I HAVE READ THE FOREGOING *APPLICATION TO EMPLOY AQMI STRATEGY CORPORATION AS CRISIS MANAGEMENT CONSULTANT TO THE DEBTOR* AND HEREBY AFFIRM THAT THE REPRESENTATIONS CONTAINED IN THE APPLICATION ARE ACCURATE AND COMPLETE AND THAT THE RETENTION OF AQMI STRATEGY CORPORATION WOULD BE IN THE BEST INTEREST OF THE BANKRUPTCY ESTATE OF COMMUNITY HEALTH SOLUTIONS OF AMERICA, LLC.

COMMUNITY HEALTH SOLUTIONS OF AMERICA, LLC.

By: /s/ *[signature]*

As Its: Manager/President

Dated: March \_\_\_\_\_, 2006

4