UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Chapter 11

COMMUNITY HEALTH SOLUTIONS                          Case No.: 8:06-bk-01215-CPM
   OF AMERICA, LLC

       Debtor.
_____

## NOTICE OF FILING

Community Health Solutions of America, LLC, Debtor, files the attached Verified Statement in Support of Application to Employ AQMI Strategy Corporation as Crisis Management Consultant to the Debtor and Disclosures Pursuant to Federal Rules of Bankruptcy Procedure 2014(a) in support of Application to Employ AQMI Strategy Corporation as Crisis Management Consultant to the Debtor.

Respectfully submitted,

**WATKINS LAW FIRM, P.A.**

/s/Allan C. Watkins
_____
ALLAN C. WATKINS, Esq.
Watkins Law Firm, P.A.
707 N. Franklin Street
Suite 750
Tampa, FL 33602
(813) 226-2215
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by either CM/ECF electronic notice or U.S. Mail to all parties listed on the attached Local Rule 1007-2 Parties in Interest Matrix on April 14, 2006.

/s/ Allan C. Watkins
_____
Allan C. Watkins, Esquire