UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                  Chapter 11

COMMUNITY HEALTH SOLUTIONS                              Case No. 8:06-bk-01215-CPM
OF AMERICA, LLC

    Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

    Allan C. Watkins, Esq. and Watkins Law Firm, P.A., file this Motion to Withdraw as Counsel for Debtor, saying:

    1.    On March 24, 2006, the Debtor filed its Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code.

    2.    Thereafter, the Court entered an Order authorizing the employment of Allan C. Watkins and Watkins Law Firm, P.A. as counsel for the Debtor.

    3.    Since the filing, facts and circumstances have become known that raise irreconcilable conflict between Debtor and Counsel making the continued representation impossible.

    WHEREFORE, Allan C. Watkins and Watkins Law Firm, P.A. pray that the Court enter an order approving this motion to withdraw, authorize Watkins Law Firm, P.A. to file a final application and allowance for fees and costs, and to relieve Allan C. Watkins and Watkins Law Firm, P.A. from further responsibility in the case.

Dated: May 15, 2006                              Respectfully submitted,

                                                                /s/ Allan C. Watkins

                                                                _____
                                                                Allan C. Watkins, Esquire
                                                                Florida Bar No.: 185104
                                                                WATKINS LAW FIRM, P.A.
                                                                Tampa Theatre Bldg.
                                                                707 N. Franklin St., Suite 750
                                                                Tampa, Florida 33602
                                                                Phone: (813) 226-2215
                                                                Fax: (813) 226-2038

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by either CM/ECF electronic notice or U.S. Mail to Community Health Solutions of America, LLC, 17755 US Highway 19 North, Suite 400, Clearwater, FL 33764, United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602 and Thomas Lash, Esq., Saxon, Gilmore, 201 East Kennedy Boulevard, Suite 600, Tampa, Florida 33602 and the LBR 1007-2 parties in interest on May 15, 2006.

                                            WATKINS LAW FIRM, P.A.

                                            /s/ Allan C. Watkins
                                            _____
                                            Allan C. Watkins, Esquire
                                            Florida Bar Number: 185104
                                            707 North Franklin Street, Suite 750
                                            Tampa, Florida 33602
                                            (813) 226-2215
                                            Attorney for Debtor