UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

COMMUNITY HEALTH SOLUTIONS
OF AMERICA, LLC,       CASE NO. 8:06-bk-01215-CPM
                                                       CHAPTER 11
        Debtor.
_____/

## CHAPTER 11 TRUSTEE'S OBJECTION TO IMPERIAL STAY MOTION

Larry S. Hyman, Chapter 11 Trustee (the "Trustee") of Community Health Solutions of America, LLC (the "Debtor"), by and through his undersigned counsel, hereby objects to the Amended Motion for Relief from the Automatic Stay, or alternatively, for Adequate Protection (the "Stay Motion"), filed by Imperial Premium Finance, Inc. ("Imperial"), and states as follows:

1. The Trustee was appointed on May 18, 2006, and has not yet had an opportunity to fully evaluate the Debtor's operations and financial affairs.

2. The Trustee believes that the insurance policy(s) at issue in the Stay Motion may be necessary and critical to the Debtor's continued operations.

3. It is unclear whether and to what extent the Debtor has defaulted on its obligations under the Finance Agreement.

4. Finally, the Trustee has not yet determined whether and to what extent the signatory of the Premium Finance Agreement, Disclosure Statement and Security Agreement (the "Finance Agreement") that forms the basis of Imperial's claim had the requisite authority to bind the Debtor to same.

/s/ Cheryl Thompson
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar No. 731013
**CHERYL THOMPSON, ESQUIRE**
Florida Bar No. 0970931
GRAYROBINSON, P.A.
201 N. Franklin Street, Suite 2200
Post Office Box 3324
Tampa, Florida 33601-3324
Telephone: (813) 273-5000
Facsimile: (813) 273-5145

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the "Chapter 11 Trustee's Objection to Imperial Stay Motion" and Exhibit "A" have been furnished by electronic means or by First Class U.S. mail, on this 19th day of May, 2006, to:

Community Health Solutions of America, LLC
17755 U.S. Highway 19 North
Suite 400
Clearwater, FL 33764

Larry Hyman
106 S. Tampania Drive, Ste. 200
Tampa, Florida 33609

Theresa M. Boatner, Esquire
Office of the United States Trustee
501 East Polk Street
Suite 1200
Tampa, Florida 33602

Allan C. Watkins
Watkins Law Firm, PA
707 N. Franklin Street, Suite 750
Tampa, FL 33602

Denise E. Barnett
United States Trustee
501 East Polk Street, Suite 1200
Tampa, FL 33602

John Anthony, Esquire
201 N. Franklin St., Ste. 2200
Tampa, Florida 33602

L.R. 1007 Parties in Interest Creditors Matrix

/s/ Cheryl Thompson
**ATTORNEY**