UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

COMMUNITY HEALTH SOLUTIONS
OF AMERICA, LLC,

CASE NO. 8:06-bk-01215-CPM
CHAPTER 11

Debtor.
_____/

## APPLICATION TO EMPLOY COUNSEL
## FOR CHAPTER 11 TRUSTEE NUNC PRO TUNC

Larry S. Hyman, the Chapter 11 Trustee (the "Trustee") of Community Health Solutions of America, LLC (the "Debtor"), respectfully requests the order of this Court authorizing the employment of John A. Anthony, Esquire, and the law firm of GrayRobinson, P.A, (the "Firm") to represent him in the above-captioned bankruptcy case (the "Bankruptcy Case"), nunc pro tunc to May 16, 2006, and states in support as follows:

1. On March 24, 2006, the Debtor filed its voluntary Petition for protection from creditors pursuant to Chapter 11 of the Bankruptcy Code, thereby initiating the Bankruptcy Case.

2. On May 16, 2006, the Court approved the appointment of a Chapter 11 trustee of the Debtor; and later that day, the office of the United States Trustee appointed the Trustee for the same.

3. The Trustee desires to employ John A. Anthony, Esquire, the Firm, and its attorneys, who are duly qualified to practice before this Court in the Bankruptcy Case.

4. The Trustee has selected these attorneys for the reason that they have had considerable experience in matters of this character, and the Trustee believes them to be well qualified to represent him in the Bankruptcy Case, and to advise him on his relations with, and

responsibilities to, the Debtor's creditors and other interested parties.

5. The professional services which these attorneys are to render are the general representation of the Trustee in the Bankruptcy Case and the performance of all legal services for the Trustee which may be necessary therein. Such services are summarized as follows:

(a) to give advice to the Trustee with respect to his powers and duties as a Chapter 11 trustee, and the continued management or liquidation of the Debtor's business operations;

(b) to advise the Trustee with respect to his responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements, and with the rules of this Court;

(c) to prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the Bankruptcy Case;

(d) to protect the interests of the Trustee in all matters pending before this Court; and;

(e) to represent the Trustee in negotiation with the Debtor's creditors in the preparation and filing of a plan.

6. The Trustee wishes to employ said attorneys under a general retainer because of the extensive legal services which the Trustee anticipates will be required.

7. To the best of the Trustee's knowledge, said attorneys have no connection with the Trustee, the Debtor, the creditors, any other party in interest or their respective attorneys or

accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except that the Firm has represented and represents the Trustee in other matters, the Trustee has provided and provides services to the Firm in other matters, and the Firm has provided services in unrelated matters that involve Frank Amodeo ("Amodeo") or entities in which Amodeo has an ownership interest.

8. To the best of the Trustee's knowledge, said attorneys have no interest adverse to the Trustee or the Debtor in any of the matters upon which they are to be engaged, and their employment would be in the best interests of this estate. Attached hereto as Exhibit "A" is the affidavit of John A. Anthony, Esquire, attesting to the fact that said attorneys are disinterested as required by Bankruptcy Code § 327(a) and Federal Rule of Bankruptcy Procedure Rule 2014.

WHEREFORE, the Trustee respectfully requests the order of this Court authorizing the retention of John A. Anthony, Esquire, the law firm of GrayRobinson, P.A., and its attorneys, as the Trustee's attorneys, under a general retainer, nunc pro tunc to May 16, 2006, and for such other and further relief as is necessary and appropriate.

Dated: June 5, 2006

COMMUNITY HEALTH SOLUTIONS OF AMERICA, LLC,

BY _____
LARRY S. HYMAN, Chapter 11 Trustee
106 S. Tampania Ave., Suite 200
Tampa, FL 33609

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic means on this 5th day of June, 2006, and/or by First Class U.S. mail on this 6th day of June, 2006, to the following:

Community Health Solutions of America, LLC
17755 U.S. Highway 19 North
Suite 400
Clearwater, FL 33764

Theresa M. Boatner, Esquire
Office of the United States Trustee
501 East Polk Street
Suite 1200
Tampa, Florida 33602

Denise E. Barnett
United States Trustee
501 East Polk Street, Suite 1200
Tampa, FL 33602

Larry Hyman
106 S. Tampania Drive, Ste. 200
Tampa, Florida 33609

Allan C. Watkins
Watkins Law Firm, PA
707 N. Franklin Street, Suite 750
Tampa, FL 33602

John Anthony, Esquire
201 N. Franklin St., Ste. 2200
Tampa, Florida 33602

L.R. 1007 Parties in Interest Creditors Matrix

/s/ Cheryl Thompson
**ATTORNEY**

# 749703/caf