UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED VIA MAIL

Aug 01 2006
mn7
CLERK, U.S. BANKRUPTCY
COURT, TAMPA FLORIDA

IN RE:

COMMUNITY HEALTH SOLUTIONS
OF AMERICA, LLC.                          CASE NO, 8:06-bk-01215-CPM
                                          CHAPTER 11

      Debtor      ,

_____/

## MOTION FOR PROTECTIVE ORDER

**COMES NOW**, Frank Amodeo, by and through his undersigned counsel, and moves this

Honorable Court to grant a motion for protective order to prevent the deposition duces

tecum of Frank Amodeo. As grounds for issuance of protective order, undersigned

counsel states:

    1. Undersigned Counsel received a notice of taking deposition duces tecum on

July 27, 2006.

    2. The notice of deposition was faxed to the office of undersigned counsel and

was bearing no certificate of service.

    3. Under Local Rule 7030-1, depositions upon oral examination of any person

may be noticed on no less than ten (10) days notice in writing to every other party to the

contested matter or adversary proceeding to the deponent.

    4. In the Instance Case, notice was not timely served under the local rules and

should be quashed immediately.

    5. Furthermore, Mr. Amodeo, through undersigned counsel, moves this court to

issue a protective order based on the grounds there is a clear conflict of interest.

6. Currently, the law firm of Gray Robinson personally represents Mr. Amodeo and his corporate interests.

7. The same law firm is trying to depose its' own client in a matter that is hostile to Mr. Amodeo' interests. This is clearly a conflict and cuts directly against the Florida Bar Rules of Professional Conduct and Ethics.

**WHEREFORE**, undersigned counsel respectfully requests this Court to issue a protective order preventing the deposition duces tecum of Mr. Amodeo.

_____
**HARRISON T. SLAUGHTER, JR.**
Florida Bar No. 194822
**LEVENTHAL & SLAUGHTER, P.A.**
111 N. Orange Avenue, Suite 700
Orlando, Florida 32801
407/849-6161
Counsel for the Defendant


**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by facsimile/U.S. Mail this _31ST_ day of July, 2006, to: **OFFICE OF THE STATE ATTORNEY**, John Anthony, Esquire, Gray Robinson, P.A. Post Office box 3324, Tampa, Florida 33601.

_____
**HARRISON T. SLAUGHTER, JR.**
Florida Bar No. 194822
**LEVENTHAL & SLAUGHTER, P.A.**
111 N. Orange Avenue, Suite 700
Orlando, Florida 32801
407/849-6161
Counsel for the Defendant