# EXHIBIT "B"

Esquire Deposition Services    407-426-7676

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

COMMUNITY HEALTH SOLUTIONS

CASE NO. 8:06-bk-1215-CPM
CHAPTER 11

_____/


SWORN STATEMENT OF MAUREEN ANN VITUCCI, ESQUIRE

Tuesday, August 1, 2006
10:00 a.m. to 11:20 p.m.

GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801


Reported By:

Carolyn M. Oglesby, Court Reporter
Esquire Deposition Services
Orlando Office Job #817218
Phone - 407.426.7676

```
 1   PRESENT:
 2        MAUREEN ANN VITUCCI, ESQUIRE
          GRAYROBINSON, P.A.
 3        301 North Franklin Street, Suite 2200
          Tampa, Florida 33602
 4
 5
 6                        I N D E X
 7   TESTIMONY:                                    PAGE
     MAUREEN ANN VITUCCI, ESQUIRE                   3
 8
     Certificate of Reporter                        12
 9
10
11                  E X H I B I T S  M A R K E D
12    NUMBER              DESCRIPTION
        1            Notice                          3
13      2            Application to Employ Counsel   5
        3            Employment of GrayRobinson      5
14      4            Affidavit of Frank Amodeo       5
        5            Order Approving Application     5
15      6            Motion for Reconsideration      5
        7            Affidavit to Employ Counsel     5
16      8            Order on Motion for Rehearing   5
        9            Notice of Appearance            6
17     10            E-mail Transmission             6
       11            Mr. Slaughter's Letter          7
18     12            Ms. Thompson's Letter           8
       13            E-Mail from Mr. Slaughter       9
19     14            Motion for Protective Order     9
20
21
22
23
24
25
```

1      Proceeding taken before Carolyn M. Oglesby,
2 Court Reporter and Notary Public in and for the State of
3 Florida at Large, in the above cause.
4           TESTIMONY:
5      MS. VITUCCI:  We're here at the deposition of
6 Frank Amodeo.  My name if Maureen Vitucci.  I am
7 counsel for Larry S. Hyman, Chapter 11 trustee.
8      On the outset, I would like on the record it
9 be known that the deposition was agreed to by the
10 parties as to time, location, and scope of the
11 deposition.
12      The parties also agreed to use this deposition
13 in lieu of testimony at an upcoming hearing among
14 the parties on August 7, 2006, at 9:30 a.m.
15      I'd like to offer as Exhibit No. 1 the notice
16 of taking deposition duces tecum.
17      (Exhibit No. 1 marked for identification.)
18      BY MS. VITUCCI:  I also want the record to set
19 forth that this deposition was conditioned on
20 offering Ms. Tracy Marshall and Mr. John Anthony,
21 both of whom are shareholders with the firm of
22 GrayRobinson for deposition on the same day and on
23 the same terms as agreed upon by Mr. Amodeo's
24 counsel, Mr. Slaughter.
25      Mr. John Anthony and Ms. Tracy Marshall have

1  cleared their calendars in order to enable them to
2  participate in depositions today.
3       These depositions are being conducted
4  specifically in connection with the application to
5  employ counsel for Chapter 11 trustee nunc pro
6  tunc, the objection to employment of GrayRobinson,
7  P.A., as counsel for Chapter 11 trustee nunc pro
8  tunc filed on behalf of Frank L. Amodeo, an
9  affidavit of Frank L. Amodeo in his individual
10 capacity, an order approving application to employ
11 counsel for Chapter 11 trustee nunc pro tunc, a
12 motion for reconsideration filed by or on behalf of
13 Frank L. Amodeo in his individual capacity, as well
14 as supporting affidavit of Frank L. Amodeo in
15 opposition to Chapter 11 trustee's application to
16 employ counsel, also filed by Frank Amodeo in his
17 individual capacity.
18      The hearing on these matters has been
19 scheduled for August 7, 2006, at 9:30.  The basis
20 for the objection and the motion for consideration
21 as set forth in the supporting affidavits are that
22 GrayRobinson, P.A., represented Mr. Frank Amodeo in
23 his individual capacity.
24      I will offer, and please mark for
25 identification, the application to employ counsel

Case 8:06-bk-01215-CPM   Doc 121-2   Filed 08/02/06   Page 6 of 13

Page 5

1  for Chapter 11 trustee nunc pro tunc as Exhibit No.
2  2.
3       (Exhibit No. 2 marked for identification.)
4       BY MS. VITUCCI:  Objection to employment of
5  GrayRobinson, P.A., as counsel for Chapter 11
6  trustee nunc pro tunc as Exhibit No. 3.
7       (Exhibit No. 3 marked for identification.)
8       BY MS. VITUCCI:  Affidavit of Frank L. Amodeo
9  as Exhibit No. 4.
10      (Exhibit No. 4 marked for identification.)
11      BY MS. VITUCCI:  Order approving application
12 to employ counsel for Chapter 11 trustee as Exhibit
13 No. 5.
14      (Exhibit No. 5 marked for identification.)
15      BY MS. VITUCCI:  Motion for reconsideration as
16 Exhibit No. 6.
17      (Exhibit No. 6 marked for identification.)
18      MS. VITUCCI:  Affidavit of Frank Amodeo in
19 opposition to Chapter 11 trustee's application to
20 employ counsel as Exhibit No. 7.
21      (Exhibit No. 7 marked for identification.)
22      MS. VITUCCI:  And order on motion for
23 rehearing or reconsideration setting forth the
24 hearing date as Exhibit No. 8.
25      (Exhibit No. 8 marked for identification.)

Esquire Deposition Services   407-426-7676

d1cabe4a-5f1f-4671-bd31-f68dd398d7b1

1   MS. VITUCCI: Mr. Slaughter filed a notice of
2   appearance on July 17, 2005, on behalf of Mr. Frank
3   Amodeo.
4       I'd like to mark as an exhibit the notice of
5   appearance of Mr. Slaughter, and that will be
6   Exhibit No. 9.
7       (Exhibit No. 9 marked for identification.)
8       MS. VITUCCI: Shortly after the filing of the
9   notice of appearance, Mr. John Anthony contacted
10  Mr. Slaughter to coordinate the deposition of
11  Mr. Frank Amodeo in advance of the August 7th
12  hearing.
13      Ms. Cheryl Thompson's assistant, Ms.
14  Feminella, also called to coordinate the scheduling
15  of the deposition of Mr. Frank Amodeo.
16      She was informed by Mr. Slaughter's office
17  that he was on vacation and to call him on Monday.
18      Ms. Feminella called on Monday and Tuesday and
19  had communications with Mr. Slaughter's assistant
20  regarding the scheduling of the deposition.
21      On Wednesday, these conversations culminated
22  in an agreement between Ms. Thompson of the
23  GrayRobinson Tampa office and Mr. Slaughter
24  regarding the time, location, and scope of
25  deposition.

1     I'd like to mark as Exhibit No. 10 an e-mail
2  transmission confirming the terms of the agreement
3  between the parties regarding the time, location,
4  and scope of deposition.  It will be marked as
5  Exhibit No. 10.
6          (Exhibit No. 10 marked for identification.)
7          MS. VITUCCI:  Yesterday afternoon,
8  Mr. Slaughter forwarded a letter to Mr. John
9  Anthony in which he states, and I quote:
10         "Dear Mr. Anthony:  Please be aware that we
11 will not be attending the deposition duces tecum
12 scheduled by your office for August 1, 2006.  It is
13 our position that there is a clear conflict of
14 interest.  Additionally, the depositions of Tracy
15 Marshall and yourself will also have to be
16 rescheduled.  I will be out of the office until
17 later this afternoon.  In the event that you wish
18 to discuss the issues as it relates to the
19 depositions, please contact my office at (407)
20 849-6161 should you have any questions regarding
21 this matter."
22         I would like to mark as Exhibit No. 11 the
23 letter from Mr. Slaughter to Mr. Anthony.
24         (Exhibit No. 11 marked for identification.)
25         MS. VITUCCI:  Mr. John Anthony immediately

1    forwarded this letter to Ms. Cheryl Thompson, at
2    which point she immediately drafted and forwarded
3    a letter to Mr. Slaughter which states, and I
4    quote:
5        "Dear Mr. Slaughter: We have received your
6    letter dated July 31, 2006, regarding the
7    deposition of Frank Amodeo scheduled for tomorrow,
8    a copy of which is enclosed. Please be advised
9    that we will conduct the deposition as agreed by
10   the parties, and as duly noticed in our notice of
11   deposition, a copy of which is also enclosed."
12       I'd like to mark Ms. Thompson's letter as
13   Exhibit No. 12.
14       (Exhibit No. 12 marked for identification.)
15       MS. VITUCCI: I understand that Ms. Thompson
16   called Mr. Slaughter's office to confirm his
17   receipt of this letter. Not long after
18   Mr. Slaughter's office acknowledged receipt of this
19   letter, Mr. Slaughter sent an e-mail to
20   Ms. Thompson's assistant, Ms. Feminella, which
21   states, and I quote:
22       "Dear Ms. Feminella: The law firm of
23   GrayRobinson has an absolute conflict of interest
24   in representing the trustee of bankruptcy in the
25   CHS case. I have done my due diligence over the

1  last several days and have determined that your
2  firm has been representing Frank Amodeo
3  (personally), Tenshi Enterprises, Presidion, as
4  well as the Sunshine Companies, Inc.  I am
5  delivering to Tracy Marshall by hand delivery and
6  e-mail the factual and legal reasons as to why your
7  firm cannot represent the trustee.  I have told you
8  in writing that the deposition is not going to take
9  place, and it is not.  I will not permit Mr. Amodeo
10 to be deposed by his own law firm in an adverse
11 proceeding.  I have given you adequate notice that
12 the deposition will not be attended until the
13 bankruptcy judge has resolved this matter.  You and
14 Mr. Anthony should govern yourselves accordingly."
15         I would like to mark as Exhibit No. 13 this
16 e-mail correspondence from Mr. Slaughter.
17         (Exhibit No. 13 marked for identification.)
18         MS. VITUCCI:  After hours yesterday a motion
19 for protective order was faxed to Mr. Anthony.  The
20 motion for protective order does not seek an
21 emergency hearing and as of 9:50 this morning, this
22 has not yet been filed with the court.
23         I would like to mark as Exhibit No. 14 the
24 motion for protective order.
25         (Exhibit No. 14 marked for identification.)

1   MS. VITUCCI: I'd like to state for the
2  record, again, that the time, the location, and
3  scope of the deposition scheduled for today was
4  agreed upon by the parties.
5       Mr. Slaughterer had ample time to discuss any
6  concerns or problems that he had with scheduling of
7  this deposition and should not have agreed to the
8  scheduling of this deposition in light of any
9  problems or concerns.
10       Mr. Anthony and Ms. Marshall of this firm
11  cleared their calendars in order to be available
12  for this deposition.
13       Additionally, the filing of a motion for
14  protective order is insufficient basis for the
15  deponent, Mr. Frank Amodeo, to not appear for this
16  deposition.
17       Moreover, an emergency hearing has not been
18  sought, and as previously stated, as of 9:50 this
19  morning, the motion for protective order was not
20  even filed with the court.
21       Therefore, on behalf of Mr. Larry S. Hyman,
22  Chapter 11 trustee in this matter, I would like to
23  recognize the nonappearance of Mr. Amodeo for the
24  record.
25       COURT REPORTER: Would you like this

Page 11

1     transcribed?

2         MS. VITUCCI: Yes, definitely. I'd like it

3     today but tomorrow at the latest. Thanks.

4         (Proceeding concluded at 11:20 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  C E R T I F I C A T E   O F   O A T H
2
3  STATE OF FLORIDA )
4  COUNTY OF ORANGE )
5
6
7           Witness my hand and official seal this
8  day of 1st day of August, 2006.
9           I, CAROLYN M. OGLESBY, Court Reporter and
10 Notary Public, State of Florida at Large, certify that I
11 was authorized to and did stenographically report the
12 foregoing proceedings and that the transcript is a true
13 and complete record of my stenographic notes.
14          I further certify that I am not a relative,
15 employee, attorney, or counsel of any of the parties,
16 nor am I financially interested in the action.
17          Dated this 1st day of August, 2006.
18
19
20
                              _____
21                            Carolyn M. Oglesby,
                              Notary Public - State of Florida
                              My Commission DD279880
22                            My Commission expires 01/07/08
23
24
25