UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

COMMUNITY HEALTH SOLUTIONS
OF AMERICA, LLC
       Debtors.
_____/

Chapter 11
Case No. 8:06-BK-01215-CPM

**NOTICE OF WITHDRAWAL OF (A) OBJECTION TO EMPLOYMENT
OF GRAYROBINSON, P.A. AS COUNSEL FOR CHAPTER 11 TRUSTEE NUNC
PRO TUNC AND (B) RELATED MOTION FOR RECONSIDERATION OF THE
ORDER APPROVING APPLICATION TO EMPLOY COUNSEL FOR CHAPTER
11 TRUSTEE FILED BY FRANK L. AMODEO**

Frank L. Amodeo ("**Amodeo**"), by and through his undersigned counsel, hereby provides this notice of withdrawal of (A) his Objection to Employment of GrayRobinson, P.A. as Counsel for Chapter 11 Trustee Nunc Pro Tunc [Dkt. 100] (the "**Objection**") and (B) his related Motion for Reconsideration [Dkt. 101] (the "**Reconsideration Motion**") of the Order Approving Application to Employ Counsel for Chapter 11 Trustee [Dkt. 97] (the "**Engagement Order**"). Amodeo respectfully represents that the withdrawal of the Objection and Reconsideration Motion and the subsequent finality of the Engagement Order are made without prejudice to the preservation of and right to exercise by him or any entity of the attorney-client privilege, the attorney work product privilege, or any other applicable privilege or exemption from discovery that exists between the attorneys of GrayRobinson, P.A. ("GrayRobinson") and Amodeo and/or any affiliated entity of Amodeo, including but not limited TenShi Leasing, Inc., TenShi Enterprises, Inc., Presidion Solutions, Inc., Sunshine Staff Leasing, Inc., and Wellington Capital Group, Inc.

Dated: Tampa, Florida
August 11, 2006

                                                   LEVENTHAL & SLAUGHTER, P.A.
                                                   111 N. Orange Avenue, Suite 700
                                                   Orlando, Florida 32801
                                                   (407) 849-6161
                                                   Attorney for Frank Amodeo

                                                   By: _____
                                                   Harrison T. Slaughter, Jr., Esq.
                                                   Florida Bar No. 194822

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2006, I electronically filed a true and correct copy of the Notice of Withdrawal of (A) Objection to Employment of GrayRobinson, P.A. as Counsel for Chapter 11 Trustee Nunc Pro Tunc and (B) Related Motion for Reconsideration of the Order Approving Application to Employ Counsel for Chapter 11 Trustee with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

_____
ATTORNEY

Via the CM/ECF system which will send a Notice of Electronic Filing to:
Denise E. Barnett, Esq.
Stephanie M. Biernacki, Esq.
Theresa M. Boatner, Esq.
Noel R. Boeke, Esq.
Damon M. Ellis, Esq.
Thomas A. Lash, Esq.
Guillermo A. Ruiz, Esq.
Cheryl Thompson, Esq.
Jeffrey W. Warren, Esq.
Andrew T. Jenkins, Esq.

Via first class United States Mail, postage prepaid, to:
John Anthony, Esq.
Gray Robinson, PA
201 N. Franklin Street
Suite 2200
Tampa, Florida 33602

Community Health Solutions of America, LLC
17755 US Highway 19 North
Suite 400
Clearwater, Florida 33764