## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:

COMMUNITY HEALTH SOLUTIONS
OF AMERICA, LLC,

Case No.  8:06-bk-01215-CPM
Chapter 11

      Debtor.

_____/

### ORDER GRANTING IN PART MOTION FOR
### PROTECTIVE ORDER AND GRANTING IN PART MOTION TO
### COMPEL DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS

THIS CASE came on for hearing on August 4, 2006, of the "Motion for Protective Order" (the "Protective Order Motion") filed by Frank Amodeo ("Amodeo") and the "Motion to Compel Deposition Testimony and Production of Documents from Frank Amodeo and/or for Other Relief, Response in Opposition to Motion for Protective Order" (the "Compel Order Motion") filed by Larry S. Hyman, Chapter 11 Trustee (the "Trustee").  With the agreement of the parties and for the reasons stated orally and recorded in open court that shall constitute the decision of the Court, accordingly, it is

**ORDERED** that:

1.    The Protective Order Motion is Granted in Part and Denied in Part.

2.    The Compel Order Motion is Granted in Part and Denied in Part.

3.    The depositions of Frank Amodeo, Tracy Marshall, Jodi Jaiman, and John Anthony shall take place on August 16, 2006, in the order set forth herein.

4.    The preliminary hearing of the objection to the application to employ John A. Anthony and the firm of GrayRobinson, P.A. as counsel for the Trustee (the "Objection") and the

motion for reconsideration of the order approving the application (the "Reconsideration Motion") scheduled for August 7, 2006, is hereby cancelled.

5.    The Court will separately enter an order scheduling an evidentiary hearing of the Objection and Reconsideration Motion.

**DONE AND ORDERED** in chambers, at Tampa, Florida, this ___ day of August, 2006.

22nd

*Catherine Mc Ewen*

**HONORABLE CATHERINE PEEK MCEWEN**
**UNITED STATES BANKRUPTCY JUDGE**

Copies furnished to:

Community Health Solutions of America, LLC
17755 U.S. Highway 19 North
Suite 400
Clearwater, Florida 33764

Larry S. Hyman
PO Box 18614
Tampa, Florida 33679

Theresa M. Boatner
United States Trustee
Timberlake Annex
Suite 1200
501 E. Polk Street
Tampa, Florida 33602

Harrison T. Slaughter, Jr.
Leventhal & Slaughter, P.A.
111 N. Orange Ave.
Suite 700
Orlando, Florida 32801

Mark J. Bernet, Esquire
Buchanan Ingersoll & Rooney P.C.
SunTrust Financial Center
401 E. Jackson Street, Suite 2500
Tampa, Florida 33602

Frazier Carraway, Esquire
Thomas Lash, Esquire
Damon Ellis, Esquire
Saxon, Gilmore,
201 E. Kennedy Boulevard #600
Tampa, Florida  33602

# 761436 v1/caf