UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

COMMUNITY HEALTH SOLUTIONS
OF AMERICA, LLC,

CASE NO. 8:06-bk-01215-CPM
CHAPTER 11

_____/

## MOTION TO STRIKE FIRST STATUS
## REPORT FILED BY FOR MIRABILIS VENTURES, INC.

Larry S. Hyman, Chapter 11 Trustee (the "Trustee") on behalf of Community Health Solutions of America, LLC (the "Debtor"), by and through his undersigned attorneys, hereby moves on the following grounds for the order of this Court striking the first status report filed by counsel for Mirabilis Ventures, Inc. ("Mirabilis") and states as follows:

### A. Background Allegations

1. On March 24, 2006 (the "Petition Date"), the Debtor filed its voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). From that date to May 16, 2006, the Debtor operated its business and managed its property as debtor-in-possession pursuant to Bankruptcy Code §§ 1107(a) and 1108.

2. On May 16, 2006, the United States Trustee filed a "Motion to Appoint Trustee" (the "Trustee Motion")

3. The Trustee Motion cited as a basis for the appointment of a trustee perceived improprieties between Mirabilis and/or its affiliates.

4. The Trustee Motion was granted with the consent of Mirabilis on May 16, 2006, and constitutes a final, non-appealable order.

5. On June 5, 2006, the undersigned counsel filed an "Application to Employ John A. Anthony as Counsel for Chapter 11 Trustee Nunc Pro Tunc" (the "Application").

6. On June 19, 2006, the Court approved John A. Anthony as counsel for the Trustee.

### B. Specific Allegations

7. Other than the pending adversary proceeding, styled as <u>Larry S. Hyman, Chapter 11 Trustee of the Estate of Community Health Solutions of America, LLC, a Florida limited liability company, and on behalf of Cadent Underwriters, Inc., a Delaware corporation vs Mirabilis Ventures, Inc., a Nevada corporation, and Common Paymaster Corporation, a Florida Corporation, Adv. Proc. No. 8:06-ap-00328-CPM</u>, (the "Adversary Proceeding"), there is no pending contested matter between the Trustee and Mirabilis and/or Common Paymaster Corporation ("Common Paymaster").

8. Pursuant to agreement of the parties, the Adversary Proceeding was tolled through Tuesday, August 29, 2006, as memorialized in the order entered by the Court in the Adversary Proceeding on August 22, 2006 (the "Tolling Order").

9. On August 23, 2006, Mirabilis filed a document prepared by Oscher Consulting, P.A. ("Oscher Consulting") entitled "Financial Transaction Investigation for Counsel for Mirabilis Ventures, Inc., First Status Report, Dated August 23, 2006 (the "Report").[1]

10. Oscher Consulting has not been retained as a professional in the case but has purportedly been retained by Mirabilis' counsel to evaluate the propriety of certain actions taken by Mirabilis or by Frank Amodeo during the time in which it was in control of the Debtor and related entities.

11. There appears to be no legitimate purpose for filing the Report. The Report has not been filed in support of a motion seeking relief from the Court nor has it been filed at the Court's request or direction.[2]

12. Rather, the Report appears to be narrowly directed to matters that are at issue in the Adversary Proceeding and was filed in violation of the Tolling Order.

---

[1] Although the Report references an "Appendix" there is no appendix attached.
[2] Although it is unclear on whom the Report should have been served, Mirabilis' procedurally defective service of the Report to the clerk and subsequent service only to parties that receive electronic notice suggests that the Report is directed to specific parties for a specific unexplicated reason

13. Moreover, the filing of the Report is in violation of F.R.B.P. 7005, incorporating F.R.Civ.P. 5(d), which precludes the filing of discovery materials of this sort until they are used in the contested matter or proceeding at issue.[3]

14. The rule precluding the filing of materials generated from discovery propounded by the parties is intended to eliminate the unilateral presentation to the trier of fact of purported evidence without the protections afforded by the rules of evidence and the rules of civil procedure.

15. The Trustee has not reviewed the documents that form the basis of the Report nor has he been afforded an opportunity to depose Oscher Consulting.

16. Moreover, the Report appears to rely heavily on subjective information or hearsay for the preliminary conclusions reached on surgically crafted narrow issues and raises more questions then it answers.

WHEREFORE, the Debtor respectfully requests the order of this Court as follows:

(a) Granting the Motion;

(b) Striking the Report; and

(c) For such other relief as is appropriate in the circumstances.

/s/ Cheryl Thompson
**JOHN A ANTHONY, ESQUIRE**
Florida Bar Number: 0731013
**CHERYL THOMPSON, ESQUIRE**
Florida Bar Number: 0970931
GRAYROBINSON, P.A.
201 N. Franklin Street, Suite 2200
Tampa, FL 33602
Telephone No.: (813) 273-5066
Facsimile No.: (813) 273-5145
Attorneys for Larry S. Hyman
Chapter 11 Trustee

---

[3] The Court's order entered in the Adversary Proceeding on August 22, 2006, directing the filing of discovery propounded by the parties does not modify the rule precluding the filing of papers obtained or to be used by the parties, unless such discovery is filed pursuant to a request for relief or presented in the context of an evidentiary hearing.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "Motion to Strike First Status Report" has been furnished electronically and/or by first class U.S. Mail on this 29th day of August 2006, to:

Community Health Solutions of America, LLC
17755 U.S. Highway 19 North
Suite 400
Clearwater, Florida 33764
*Debtors*

Theresa M. Boatner
Office of the United States Trustee
501 East Polk Street, Suite 1200
Tampa, Florida 33602

Larry S. Hyman
Larry S. Hyman, C.P.A.
PO Box 18614
Tampa, Florida 33679
*Trustee*

Damon M. Ellis, Esquire
Thomas A. Lash, Esquire
Saxon Gilmore, Carraway
Gibbons, Lash & Wilcox, P.A.
Fifth Third Center
201 East Kennedy Blvd., Suite 600
Tampa, Florida 33602

Denise E. Barnett
Office of the United States Trustee
501 East Polk Street, Suite 1200
Tampa, FL 33602

Mark J. Bernet, Esquire
Buchanan Ingersoll, P.C.
401 E. Jackson Street, Suite 2500
Tampa, Florida 33602

Local Rule 1007-2 Parties in Interest Matrix

/s/ Cheryl Thompson
**ATTORNEY**

# 764658 v1/caf