# Composite Exhibit "B"

# Financial Transaction Investigation for

# Counsel for Mirabilis Ventures Inc.

## First Status Report

## August 23, 2006

Prepared by:
Oscher Consulting, P.A.

# Financial Transaction Investigation for Counsel for Mirabilis Ventures Inc.
## First Status Report – August 23, 2006
## Oscher Consulting, P.A.

## OUR UNDERSTANDING

We have been engaged to review, investigate and analyze the financial transactions between Mirabilis Ventures, Inc. ("Mirabilis" of "MVI"), including its subsidiaries and affiliates, and Community Healthcare Solutions of America, LLC ("CHS" or "the Debtor"), including its subsidiaries and affiliates. CHS filed Chapter 11 bankruptcy on March 23, 2006 and remained a Debtor in Possession until the appointment of a Chapter 11 Trustee in May, 2006. The various Debtor affiliates are frequently referred to as "Cadent Companies." The Cadent Companies include CHS, Cadent Underwriters ("CU"), Cadent Administrators ("CA") and Bencomp National ("BC"). CHS provides care management and third party administration services for insured and self insured health insurance groups. Cadent Underwriters holds the necessary licenses for the network services provided. Bencomp holds the intellectual software for the services provided. Cadent Administrators generally handles the cash flows of the affiliated companies; during the period of our initial investigation (October 1, 2005 through March 23, 2006) CA received funds from the other Cadent Companies through an arrangement with their bank, AmSouth, commonly understood to be a "sweep" arrangement.

Prior to, as well as subsequent to, the bankruptcy filing, staffing and payroll services were provided by the Mirabilis' wholly-owned subsidiary, Common Paymaster Corporation ("Common Paymaster" or "CPC"). These payroll and staffing services were provided to all of the Mirabilis affiliated entities, as well as the Cadent Companies. In addition, we understand that the Cadent Companies' operating facility, telephone equipment and service had been leased and are being paid for by Mirabilis or a Mirabilis affiliate; the Cadent Companies have not paid for the use of the facility and equipment.

After our initial meeting with counsel for Mirabilis, we contacted Ms. Teresa Boatner ("Ms. Boatner") of the U.S. Trustee's office and, subsequently met with Mr. Larry Hyman ("Mr. Hyman" or "the Trustee"), the Chapter 11 Trustee and his counsel, Mr. John Anthony ("Mr. Anthony"). We made arrangements through Mr. Hyman to meet with the Trustee's on-site representatives, Mr. Robert Konicki ("Mr. Konicki") and Ms. Joyce Dove ("Ms. Dove"). We made our initial site visit to CHS on July 13, 2006; several subsequent site visits were made. We met with and obtained information from CPC's President, Mr. Marty Flynn ("Mr. Flynn"); over the course of our investigation, we obtained additional relevant and corroborating information from other Mirabilis employees. Subsequently, we had additional meetings and conversations with Mirabilis' attorneys, the Trustee and his counsel and Ms. Boatner. We expect to continue our site visits and discussions through-out the assignment.

The initial investigation and analysis encompassed four areas:

- Pre-petition transfers between the Debtor and Mirabilis or its affiliates including, but not limited to cash transfers and supporting documentation between the Cadent Companies and Mirabilis/affiliates/subsidiaries.

- Services and fees for payroll and staffing services provided either directly by Mirabilis or Mirabilis' wholly owned subsidiary, Common Paymaster for the benefit of CHS and the other Cadent Companies.

- Administration of the self insured health benefit program by Common Paymaster.

- The financial condition of CHS and the Cadent Companies in 2002 leading up to September, 2005.

## INFORMATION CONSIDERED

**[Appendix A is an inventory of the documents that have been gathered to-date. The Appendix will be updated as documents are gathered during the investigation.]**

We met with CHS representatives and, upon the recommendation of Mr. Konicki, with a former accountant for the Cadent Companies, Mr. Harry Ramphal ("Mr. Ramphal"). The relationship with Mirabilis and Mirabilis' affiliates began in September 2005 with no change in the operational control of the Cadent Companies. Subsequently, in November 2005, after executing the Line of Credit and Acquisition Agreement, Mirabilis became an equity owner in each of the Cadent Companies. In December 2005, control over the Cadent Companies' financial activities were being exercised by Mirabilis. It is our understanding that Mr. Ramphal's employment began in February 2006 to update the financial records and perform whatever accounting functions were required after the removal of the Cadent Companies' prior financial officer, Mr. Todd Burch, in February 2006. Mr. Ramphal informed us that when he arrived, although certain financial transactions had been recorded, the financial statements had not been updated for many months and he could not find completed bank reconciliations for most of 2005. Mr. Ramphal subsequently located the bank statements, posted transactions from the statements and created some financial statement information for the Cadent Companies. Using this information, he created various Excel spreadsheets for transactions between the Cadent Companies and transactions between Cadent Companies and third parties. Mr. Ramphal prepared several schedules which were subsequently used by Mirabilis to support their Proof of Claim against the Debtor.

CHS's bank statements as well as invoices from unrelated vendors/suppliers have served as our primary independent, third-party information. It is our understanding that Mr. Ramphal is no longer working for the Debtor or other affiliated Cadent companies; however, we also understand that he continues to prepare checks and perform other duties as may be requested by Mr. Konicki.

## OUR FINDINGS

### Transfers prior to March 23, 2006

It is our understanding the relationship between Mirabilis and CHS and the Cadent Companies began in September 2005, as a result of discussions during the summer. Common Paymaster was seeking a third party claims administrator for their planned self-insured health insurance program. Subsequently, the relationship developed to where Common Paymaster agreed to provide payroll and other human resource services for the Cadent Companies in the same manner that they were planning to provide for Mirabilis' employees. Mirabilis entered into an agreement to advance funds to the Cadent Companies or to fund services provided to Cadent Companies (e.g., pay for payroll liabilities). The Line of Credit agreements were executed in early October 2005 and funding by Mirabilis began with the first and second payrolls.

We were asked to investigate three specific pre-petition transfers from the Debtor to Common Paymaster. We have analyzed these three transactions as well as the Cadent Companies payroll information for the fourth quarter of 2005 and the first and second quarters of 2006. The schedule below identifies the payroll and payroll services for these periods, together with the payment history.

### Schedule I –Payroll Services Analysis

| Payroll End Date ("PR") | Gross PR from CPC | Gross PR from CHS | Burden from CPC* | Pay Date | Pay Amt | Source |
|---|---|---|---|---|---|---|
| 10/01/05 | $161,596.14 | $161,599.14 | $17,407.37 | 10/05/05 | $123,610.11 | Mirabilis |
| 10/15/05 | 157,051.15 | 159,116.98 | 23,557.67 | 10/20/05 | 120,413.14 | Mirabilis |
| 10/30/05 | ** | | 4,510.00 | | $244,023.25 | Total Mirabilis |
| 11/12/05 | 153,367.67 | 153,367.67 | 36,492.54 | | | |
| 11/26/05 | 147,289.59 | 147,289.59 | 35,046.33 | | | |
| 12/10/05 | 1,615.38 | | 388.16 | | | Cadent Co. |
| 12/10/05 | 146,711.91 | 146,711.91 | 34,905.07 | 11/16/05 | $25,000.00 | Underwriter |
| 12/24/05 | (707.52) | | (247.63) | 01/27/06 | 236,565.60 | Administrator |
| 12/24/05 | 156,117.16 | 156,117.16 | 37,147.09 | 03/21/06 | 141,375.02 | Underwriter |
| 01/07/06 | 155,595.68 | 155,595.68 | 24,605.77 | 03/21/06 | 102,336.00 | CHS SC Soln |
| 01/21/06 | 156,866.79 | 156,866.79 | 23,207.36 | | $505,276.62 | Total |
| 01/21/06 | 0.00 | 0.00 | | | | |
| 02/04/06 | 153,520.53 | 153,520.53 | 22,712.03 | | | |
| 02/04/06 | 1,087.28 | 1,087.28 | 160.82 | Various | $1,168,806.51 | Funding CPC |
| 02/18/06 | 119,225.98 | 119,225.98 | 59,612.99 | | | |
| 02/18/06 | | | | | "Hard" Costs *** | |
| 03/04/06 | 104,469.23 | 104,469.23 | 52,234.61 | Net Checks | | $1,157,929.18 |
| 03/18/06 | 106,467.81 | 106,467.81 | 53,233.91 | Employee tax/benefit | | 562,345.60 |
| 03/18/06 | 0.00 | 1,323.18 | | Employer tax | | 197,831.60 |
| Total | $1,720,274.78 | $1,722,758.93 | $424,974.09 | Total | | $1,918,106.38 |

*Amounts invoiced by CPC to CHS are referred to as "Burden by CPC and include employer tax liability, insurance liability, accruals for employee benefits (i.e., vacation, pto, sick leave) human resource staffing services and payroll administration services.
** Payroll net checks were issued by Cadent Company
*** Hard costs are the actual net checks received by the employees plus the related employee and employer payroll costs

4

With the exception of the first two payroll periods, when Mirabilis provided funds directly to the employees of the Cadent Companies, all subsequent payments for the benefit of the Debtor and Cadent Companies were made by Common Paymaster. Other than the four checks noted in Schedule I, which are identified as transfers from various Cadent Companies, it is our understanding that Mirabilis or Mirabilis related entities have provided the funding to Common Paymaster necessary to meet the Debtor and Cadent Companies payroll requirements. As a result of our investigation, we have identified one additional payment not previously noted (there were four payments not just the three we were initially asked to investigate). On November 16, 2005, $25,000 had been transferred from the CU bank account to the CPC bank account.

## Payroll Analysis Subsequent to March 23, 2006

During the initial investigation, at the request of Mirabilis'counsel, we expanded our scope to include post-petition invoices and payments for payroll services provided to the Debtor by CPC. The schedule below depicts the charges for services and the sources of payment.

### Schedule II – Post-petition Payroll Analysis

| Payroll End Date ("PR") | Gross PR from CPC | Gross PR from CHS | Burden from CPC | Total Invoice | | Payment Date | Payment Amount | Source of Payment |
|---|---|---|---|---|---|---|---|---|
| 04/01/06 | $107,893.84 | $107,893.84 | $37,762.84 | $145,656.68 | (1) | Not funded by the Debtor or Cadent Companies | | |
| 04/15/06 | 98,791.42 | 99,881.10 | 34,577.00 | 133,368.42 | (1) | Not funded by the Debtor or Cadent Companies | | |
| 04/29/06 | 96,831.55 | 96,831.55 | 33,891.04 | 130,722.59 | | 05/03/06 | $130,722.59 | Debtor (CHS) |
| 05/13/06 | 95,539.86 | 95,539.86 | 34,438.95 | 129,978.81 | | 05/18/06 | $127,112.51 | Debtor (CHS) |
| 05/27/06 | 94,614.16 | 94,614.16 | 33,114.96 | 127,729.12 | | 06/02/06 | $96,131.39 | Cadent Undwrtr |
| | | | | | | | 31,597.73 | Debtor (CHS) |
| | | | | | | | $127,729.12 | Total Paid |
| 06/10/06 | 92,801.85 | 92,747.60 | 32,480.65 | 125,282.50 | | 06/14/06 | $125,282.50 | Debtor (CHS) |
| 06/24/06 | 95,157.71 | 94,888.48 | 33,305.20 | 128,462.91 | | 06/28/06 | $128,099.45 | Debtor (CHS) |
| TOTAL | $681,630.39 | $682,396.59 | $239,570.63 | $921,201.02 | | | | |

(1)CPC initially issued invoices with a 50% payroll "Burden" which were adjusted upon the appointment of the Trustee. Also, there was a small additional payroll not included in this analysis. These payrolls have not been funded by the Debtor.

| | | |
|---|---|---|
| Total Pd Postpetition by Cadent/ Debtor | $96,131.39 | Cadent Underwriter |
| | 542,814.78 | Debtor (CHS) |
| | $638,946.17 | Total Paid |

**Services and Fees Charged by Common Paymaster.**

Our investigation included a review of Common Paymaster's basis for the Administrative Fees ("Burden") that were charged to CHS and the Cadent Companies. The detail of these fees is as follow:

| | |
|---|---|
| • Employer taxes | 11.15 % |
| • Workman's Compensation | 5.00 |
| • Health Insurance | 12.87 |
| • Life/Disability Insurance | 1.10 |
| • 401-K | 2.00 |
| • Quantum | 1.00 |
| • Vacation/Paid time off | 7.00 |
| • Sick | 1.00 |
| • Human Resource Mgmt | 6.00 |
| • Administrative Fee | 3.00 |
| Total | 50.12 % |

We noted that while this percentage (50.12%) was identified as the payroll Burden invoiced by Mirabilis/Common Paymaster for three pre-petition periods (February 23, March 9 and March 23), the earlier periods were significantly less. The post-petition Burden percentages were approximately 35 percent and have been negotiated with the Trustee since his appointment.

Common Paymaster operates as an Employee Leasing Company. As such, all of CHS's employees, as well as other Cadent Companies' employees and all employees of Mirabilis, its affiliates and subsidiaries, are employees of CPC, subject to the same benefits, pay-grades, procedures and administrative service fees.

We have reviewed the records provided by CPC regarding payments for payroll taxes and the benefits due the employees of the Debtor and Cadent Companies. As previously noted, the amount identified as Burden includes the employer's share of an employee's tax liability as well as various insurances, benefits and administration fees. We have concluded that the required payments were made to the appropriate taxing authorities or benefit provider. We have discussed the accruals for leave time, insurance payments and 401-K employee deductions and the related employer match with the personnel at Common Paymaster. It appears these charges have been appropriately considered. There have been additional amounts for Common Paymaster's overhead expenses which are included as Burden that are still being evaluated at this time.

**Common Paymaster's Administration of the Self Insured Health Benefits Program.**

Mirabilis' counsel has requested that we investigate the propriety of the administration of Common Paymaster's self insured health benefits program. The third party claims administration has been provided by Cadent Companies on behalf of Common Paymaster. All claims from the various service providers are paid for by Common Paymaster; Cadent

Companies have not made any payments to either providers or insurers. We understand that a requirement of a self-insured health benefit program is to have an excess insurance policy as well as an actuarial study of benefit costs. We noted during our investigation that both the actuarial study and excess insurance policy have been obtained by Common Paymaster. With the exception of the first invoice, the fees billed by Cadent Companies to Common Paymaster for their services have not been paid.

### Financial condition of CHS up to September, 2005.

As a part of our investigation, we collected the financial information that was available at the Cadent Company offices, consisting of tax returns for 2002, 2003 and 2004. We did not locate any tax information for 2005 nor did we locate any monthly or quarterly financial statements that were prepared prior to the relationship between Mirabilis and the Cadent Companies. We are continuing to analyze the cash inflows and outflows for 2005 from the available bank records.

From our review of the corporate tax returns, CHS was chartered on January 1, 2003; they are organized as a limited liability company and file a partnership type return (Form-1065). Their first year-end as a limited liability company was December 31, 2003. We did, however, locate a tax return for Community Health Solutions of America, Inc. for 2002, during which year they were organized as a corporation (Sub-Chapter S for tax reporting purposes).Cadent Underwriters was chartered in February 1990 and is organized for tax reporting purposes as a Sub-Chapter S Corporation. Both Cadent Administrators (chartered in August 1998) and BenComp National (chartered in June 1995) have tax reporting year-ends of May 31.

During each of the three years, CHS reported net losses on a tax reporting basis. Reported revenues in 2003 were $22,759,469 with a reported loss of $615,413 and in 2004 revenues were reported at $15,595,652 with a loss of $1,483,355.

## PHASE I CONCLUSION

It appears from our investigation, to date, that prior to the bankruptcy filing on March 23, 2006 the only funds transferred from the Debtor or the Cadent Companies totaled $ 505,276. Those amounts were paid to Common Paymaster, a wholly-owned subsidiary of Mirabilis Ventures, Inc. From the bank accounts we have received, we have not observed any payments by the Debtor or the Cadent Companies to Mirabilis Ventures, Inc. However, subsequent to the bankruptcy filing date there were several payments made by the Debtor or Cadent Companies to fund their own payroll although was noted that the first two payments were not funded by the Debtor or the Cadent Companies.

We noted that the Administrative Fees invoiced by Common Paymaster varied throughout the period of our investigation. We are aware that there are issues regarding antecedent debt and/or preference payments but it is apparent from Schedule I that Common Paymaster has advanced funds, for the benefit of CHS and the Cadent Companies' employees, in excess of the amounts paid directly to the CHS and Cadent Companies'employees or the taxing authorities on thei employees' behalf. Similarly, Schedule II indicates, that while payments were made by the Debtor and Cadent Companies for various payrolls (including the payroll Burden), the total

amount paid to Common Paymaster by the Cadent Companies does not fully fund the amounts advanced on CHS and the Cadent Companies' behalf for payroll and the related payroll taxes.

The self-funded health benefits program appears to have been properly established. Common Paymaster utilized an independent actuarial company to determine the anticipated program costs as well as an independent insurance carrier to provide the required excess insurance policy.

Our investigation is continuing as additional information comes to our attention and for any additional tasks assigned. Our investigation and analysis of the flow of funds within the Cadent Companies has not been completed at this time. We expect to have an updated report by August 25, 2006.

Steven S. Oscher

8/23/06

Date

# Financial Transaction Investigation for

# Counsel for Mirabilis Ventures Inc.

# Supplement to First Status Report

## September 8, 2006

Prepared by:
Oscher Consulting, P.A.

# Supplement to First Status Report September 8, 2006

## OVERVIEW of SUPPLEMENTAL REPORT

In our report dated August 23, 2006. we indicated an update would be provided analyzing the flow of funds within the Cadent Companies. This updated analysis includes the flow of funds for the period September 2005 through April 2006; where information has been available, for Cadent Administrators and Cadent Underwriters, we have, also. included an analysis for May 2006 through July 2006.We have not yet received information for BenComp for April or May, 2006. The information for Community Health Solutions, the Debtor, has been included through May 2006, at which time the bank account was closed. The Chapter 11 Trustee subsequently filed his reports for May through July 2006.

Our first report provided a discussion on Common Paymaster's Administrative Costs (Burden). We have provided further analysis of the Burden (Exhibit C).

## OUR FINDINGS

### Flow of Funds – Post-September 2005

Exhibit A reflects that the total of new funds brought into the Cadent Companies totaled $7.371391.63 during the period September 2005 through July 2006. This total includes funds received through normal business operations of $5,216,298.50. as well as additional amounts from other sources of $2.155.093.13 (e.g., loans from Mr. Simmons, Mirabilis cash advances or cash advances on the Cadent Companies' line of credit).

During this same time period, we analyzed the flow of funds out of the Cadent Companies. Exhibit A indicates to whom these funds were disbursed.

We learned through our investigation that the Cadent Companies frequently moved funds between each entities' bank accounts. We have traced these amounts through the various bank statements and have eliminated the inter-bank transfers from our conclusion of the source and use of funds during the period September 2005 through July 2006. We are aware that questions have been raised regarding the appropriateness of certain Responses contained in the Statement of Financial Affairs (Questions 3c and 10). As previously noted in our Initial Report we are not aware of any funds that were paid by the Debtor to Mirabilis Ventures. Inc. for the period from September 2005 through April 2006.

### Flow of Funds – Pre-September 2005

In addition to the various analyses we have been asked to perform post September 2005, we have also been directed to investigate CHS's/Cadent Companies' flow of funds for the period January 2005 through August 2005. Although this work effort is continuing,

and no final conclusions have been reached, there are certain business activities and transactions that we made note of.

## Mr. Simmons Proof of Claim and Note Receivable from Tricast, Inc. (Mr. Simmons has an interest in this entity).

In analyzing Mr. Simmon's Proof of Claim we traced the monies recorded as loans ($1,204,327) to the Company's financial records. Similarly, we agreed the repayments to Mr. Simmons ($291.351) that were made.

During this analysis of shareholder loans we became aware of a Note Receivable account from an entity in which we understand Mr. Simmons has an ownership interest. This entity. Tricast, Inc. ("Tricast"), apparently had received advances from CHS prior to January 1. 2005. The outstanding balance at January 1, 2005 was $513.432.17. There have been no repayments by Tricast to CHS during the period January 1, 2005 through the bankruptcy filing in March 2006. This Note Receivable has been documented as an asset on the bankruptcy schedules.

Since one of our objectives was to gain an understanding of Cadent Companies' cash flows from operations, it was interesting to note that Mr. Simmons loaned over $830,000 to CHS during the eight month period immediately prior to Mirabilis' investment in the Company. At the present time, it appears that the Cadent Companies' daily operating cash requirements were being met, either, by loans from Mr. Simmons or, by the non-payment/extended payment of certain operating liabilities.

## MedImpact Healthcare Systems, Inc ("MedImpact")

MedImpact served as CHS's provided of prescription services. As payments were received from the insurer. Clarendon Insurance Group ("Clarendon"), disbursements should have flowed directly to MedImpact for their services. The financial records indicate that these payments were being withheld from MedImpact and by August 31, 2005 the outstanding balance due MedImpact exceeded $500.000. Exhibit B is provided to show the flow of funds received by CHS as well as the funds that passed through to MedImpact.

During the course of our investigation we learned that Clarendon, after discovering that MedImpact had not been paid by CHS, advanced the funds necessary to keep MedImpact as a service provider. An arrangement currently exists to repay Clarendon commencing in March 2006.

## Payroll Analysis

In our August 23, 2006 Report we noted that Common Paymaster had provided payroll services to the Cadent Companies commencing in October 2005. In order to evaluate the specific allocations made and/or invoiced by Common Paymaster, we have prepared

Exhibits C1-C3. As previously noted, the expense categories shown as Burden represent items that require immediate funding (e.g., payroll taxes and certain benefits), amounts that are being accrued for future funding (e.g., vacation and paid time off) and amounts for administrative fees (e.g., human resource management, administration and Quantum).

As further explanation, Exhibit C1 is intended to show the total gross payroll process by Common Paymaster for the Cadent Companies for the period October 2005 through June 2006. The Burden total on C1 is derived from the Burden detail. Exhibit C2 shows the Burden detail, for each pay period based on our analysis of the Burden at Exhibit C3. Exhibit C3 is our analysis of each pay period in which we reviewed the Proof of Claim, Invoices for Payroll Services and the actual Detail Payroll Recap.

The result is shown on Exhibit C2 as a percentage of the total Burden ($604,723). The amount requiring immediate funding would be $210,787 (34.85% of the Burden total); the amount for accrued expenses would be $257,478 (42.57% of the Burden total); and the administrative fees would be $136,458 (22.56% of the Burden total).

## Office Rental Expense

We were asked to investigate the basis for Cadent Companies' relocation from their prior office space to a building leased by an entity related to Mirabilis. We subsequently determined that the prior location had been noticed for demolition. As a result, a move to their current location was made. It is our understanding that no funds have been paid by the Cadent Companies for rent since their relocation.

## Interest Expense Payments to Insiders

We were also asked to investigate whether any interest payments had been paid. Other than interest payments on loans from third party financial institutions, no disbursements have been identified for the period between September 2005 through July 2006.

At the present time we are continuing to analyze the period January 2005 through August 2005. Certain bank records we understood were available have not been located and, as a result, arrangements have now been made with Cadent Companies' financial institution to provide the necessary information.

Respectfully submitted,

Steven S. Oscher

9/8/06

Date

Cadent Companies - Analysis of Cash Flows for September 2005 - July 2006

| Cash Flows In | | Cash Flows Out | |
|---|---|---|---|
| Funds from Operations | | Operational Disbursements | |
| South Carolina Program | $915,504.56 | Prescriptions MedImpact | $2,345,001.58 |
| State Treasurer South Carolina | 62,500.00 | Payroll ADP | 383,731.40 |
| Ohio Program | 83,817.80 | Payroll Direct by Cadent Companies | 113,500.00 |
| FHK Program Florida Comprehensive | 1,099,481.18 | Employee Benefits | 93,056.14 |
| Florida Comprehensive Program | 162,074.11 | Payroll CPC | 941,585.34 |
| Bay Medical | 224,408.22 | Other Operational Expenses* | 1,119,929.67 |
| Other Programs | 400,925.53 | Total Funds Disbursed | 4,996,804.13 |
| Sub Total | 2,948,711.40 | Non Operating Disbursements | |
| Prescriptions | 2,330,077.10 | Shareholders | 287,908.42 |
| Total Funds Received | 5,278,788.50 | Credit Line Payments | 1,584,473.97 |
| Other Fund Sources | | Cash Management Services | 221,372.13 |
| Mr. Simmons | 384,000.00 | DeLage Landen Financial | 5,644.84 |
| Mirabilis | 110,000.00 | Jacksonville Property Settlement | 52,000.00 |
| Advances from Credit Line (AmSouth) | 1,377,221.00 | Transfer to Chapter 11 Trustee | 111,323.00 |
| Cash Management Services (AmSouth) | 221,372.13 | | 2,262,722.36 |
| | 2,092,593.13 | Total Cash Flows Out | $7,259,526.49 |
| Total Cash Flows In | $7,371,381.63 | *Detailed Below | |

| *Detail of Other Operational Expenses | | | |
|---|---|---|---|
| Dr. Freeman | $13,241.24 | CHS and other Network Fees | $12,273.60 |
| Various Employee Expense Reports | 23,900.00 | CompServ/Other Software | 22,949.26 |
| Gulf Atlantic | 109,233.90 | Newcorp | 5,101.00 |
| State Licensing Fees | 7,063.40 | Capital Consultants | 7,300.00 |
| Able Air | 6,696.00 | Spherion | 2,357.88 |
| Kaliedescope | 4,623.15 | DHL | 1,000.00 |
| Copy Services/Office Supplies | 82,643.25 | US Lec | 40,202.01 |
| Brown and Brown | 6,845.34 | Excel/Wakely | 30,089.03 |
| Aetna Insurance | 85,753.30 | R&D Associates | 12,000.00 |
| Other Insurance | 27,561.31 | Other Items Reviewed/not Detailed | 479,472.17 |
| Pitney Bowes/Postage | 81,726.42 | Total Column 2 | 612,744.95 |
| Credit Cards | 57,897.41 | Total from Column 1 | 507,184.72 |
| Total Column 1 | $507,184.72 | | $1,119,929.67 |

| Inter-Company Flows of Out | | Inter-Company Flows Into | |
|---|---|---|---|
| South Carolina Solutions | $171,967.56 | South Carolina Solutions | $32,945.06 |
| Community Health Solutions | 2,933,360.30 | Community Health Solutions | 1,559,541.36 |
| Cadent Underwriters | 1,195,694.15 | Cadent Underwriters | 623,414.88 |
| BenComp | 18,014.08 | BenComp | 219,494.27 |
| Debtor In Possession | 0.00 | Debtor In Possession | 151,038.22 |
| Cadent Administrators | 2,237,482.95 | Cadent Administrators | 3,970,085.25 |
| Total | $6,556,519.04 | Total | $6,556,519.04 |

Schedule of Payments from Clarendon Insurance Group for
Prescriptions Provided by MedImpact Healthcare Systems, Inc.

| Date | Amount Received From Clarendon Insurance Group | Amount Paid to MedImpact Healthcare Systems, Inc. | Cumulative Difference |
|---|---|---|---|
| 01/06/05 | $11,064.76 | | $11,064.76 |
| 01/14/05 | 111,328.85 | | 122,393.61 |
| 01/24/05 | | $288,360.26 | (165,966.65) |
| 01/24/05 | 145,802.29 | | (20,164.36) |
| 01/24/05 | | | (20,164.36) |
| 01/26/05 | | | (20,164.36) |
| 02/08/05 | | | (20,164.36) |
| 02/16/05 | | 103,137.70 | (123,302.06) |
| 02/18/05 | 354,163.83 | | 230,861.77 |
| 02/22/05 | | 135,768.18 | 95,093.59 |
| 03/07/05 | | | 95,093.59 |
| 03/21/05 | 343,826.31 | | 438,919.90 |
| 03/22/05 | | 151,207.71 | 287,712.19 |
| 04/12/05 | | 157,070.11 | 130,642.08 |
| 04/12/05 | | 132,934.52 | (2,292.44) |
| 04/12/05 | 285,557.48 | | 283,265.04 |
| 04/21/05 | | 147,649.82 | 135,615.22 |
| 04/21/05 | | 2,108.35 | 133,506.87 |
| 04/21/05 | | | 133,506.87 |
| 04/25/05 | 6,935.04 | | 140,441.91 |
| 04/29/05 | | 148,192.44 | (7,750.53) |
| 04/29/05 | 139,657.23 | | 131,906.70 |
| 05/17/05 | 147,727.36 | | 279,634.06 |
| 05/18/05 | | 137,372.07 | 142,261.99 |
| 05/19/05 | | | 142,261.99 |
| 06/01/05 | 148,906.52 | | 291,168.51 |
| 06/03/05 | | 129,016.67 | 162,151.84 |
| 06/14/05 | 118,255.72 | | 280,407.56 |
| 06/21/05 | | | 280,407.56 |
| 06/29/05 | 121,437.07 | | 401,844.63 |
| 07/27/05 | 105,109.52 | | 506,954.15 |
| 07/27/05 | | | 506,954.15 |
| 08/01/05 | | 150,000.00 | 356,954.15 |
| 08/11/05 | 116,414.07 | | 473,368.22 |
| 08/18/05 | 126,890.46 | | 600,258.68 |
| 08/18/05 | | | 600,258.68 |
| 08/19/05 | | 151,207.71 | 449,050.97 |
| 08/31/05 | 142,213.35 | | 591,264.32 |
| 09/01/05 | | 100,000.00 | 491,264.32 |
| 09/09/05 | | 100,000.00 | 391,264.32 |
| 09/16/05 | | | 391,264.32 |
| 09/16/05 | 132,926.13 | | 524,190.45 |
| 09/16/05 | | 100,000.00 | 424,190.45 |
| 09/23/05 | | 100,000.00 | 324,190.45 |
| 09/28/05 | 142,837.43 | | 467,027.88 |
| 09/29/05 | | 100,000.00 | 367,027.88 |
| 10/07/05 | | 100,000.00 | 267,027.88 |
| 10/14/05 | 133,649.38 | | 400,677.26 |

Schedule of Payments from Clarendon Insurance Group for
Prescriptions Provided by MedImpact Healthcare Systems, Inc.

| Date | Amount Received From Clarendon Insurance Group | Amount Paid to MedImpact Healthcare Systems, Inc. | Cumulative Difference |
|---|---|---|---|
| 10/14/05 | | 100,000.00 | 300,677.26 |
| 10/25/05 | | | 300,677.26 |
| 10/25/05 | | 100,000.00 | 200,677.26 |
| 10/28/05 | 139,153.83 | | 339,831.09 |
| 11/01/05 | | 100,000.00 | 239,831.09 |
| 11/09/05 | 120,664.24 | | 360,495.33 |
| 11/14/05 | | 55,472.72 | 305,022.61 |
| 11/18/05 | | | 305,022.61 |
| 11/29/05 | 1,179.92 | | 306,202.53 |
| 11/30/05 | 141,591.83 | | 447,794.36 |
| 12/13/05 | 130,989.46 | | 578,783.82 |
| 12/27/05 | 139,225.65 | | 718,009.47 |
| 12/29/05 | | | 718,009.47 |
| 12/29/05 | | 150,000.00 | 568,009.47 |
| 01/03/06 | | 150,000.00 | 418,009.47 |
| 01/09/06 | 113,865.60 | | 531,875.07 |
| 01/12/06 | | 150,000.00 | 381,875.07 |
| 01/18/06 | | 80,000.00 | 301,875.07 |
| 01/25/06 | 131,044.44 | | 432,919.51 |
| 01/25/06 | | | 432,919.51 |
| 01/27/06 | | 80,000.00 | 352,919.51 |
| 02/01/06 | | 0.00 | 352,919.51 |
| 02/02/06 | 142,767.40 | | 495,686.91 |
| 02/14/06 | | 121,369.35 | 374,317.56 |
| 02/27/06 | | 23,591.62 | 350,725.94 |
| 03/02/06 | | | 350,725.94 |
| 03/10/06 | 323,591.36 | | 674,317.30 |
| 03/13/06 | | 237,012.25 | 437,305.05 |
| 04/18/06 | 108,107.58 | | 545,412.63 |
| 04/19/06 | 144,153.89 | | 689,566.52 |
| 04/25/06 | | 130,723.36 | 558,843.16 |
| 04/28/06 | 139,185.79 | | 698,028.95 |
| 05/01/06 | | | 698,028.95 |
| 05/01/06 | | 139,667.35 | 558,361.60 |
| 05/10/06 | 145,143.17 | | 703,504.77 |
| 05/11/06 | | 127,164.93 | $576,339.84 |
| | $4,755,366.96 | $4,179,027.12 | |

| | | | |
|---|---|---|---|
| 9/1/05-5/11/06 | | $2,330,077.10 | $2,345,001.58 |
| 9/1/05-3/21/06 | | $1,793,486.67 | $1,947,445.94 |
| 3/21/06-5-11/06 Debtor In Possession | | $536,590.43 | $397,555.64 |

Cadent Companies Payroll Burden Analysis

| Payroll ("PR") End Date | Net Parryoll Checks | Employee Tax and Benefits | Gross Payroll | BURDEN |
|---|---|---|---|---|
| 10/1/2005 | $123,610.11 | $37,986.03 | $161,596.14 | $19,996.05 |
| 10/15/2005 | 113,581.01 | 43,469.64 | 157,050.65 | 23,557.67 |
| 11/12/2005 | 110,605.74 | 42,761.93 | 153,367.67 | 36,492.54 |
| 11/26/2005 | 106,733.86 | 40,555.73 | 147,289.59 | 35,046.33 |
| 12/10/2005 | 106,553.42 | 40,158.49 | 146,711.91 | 34,905.27 |
| 12/24/2005 | 113,504.38 | 42,612.78 | 156,117.16 | 37,147.09 |
| 1/7/2006 | 113,896.75 | 41,698.93 | 155,595.68 | 24,605.72 |
| 1/21/2006 | 114,495.54 | 42,371.25 | 156,866.79 | 23,207.36 |
| 2/4/2006 | 111,939.78 | 41,580.75 | 153,520.53 | 22,712.03 |
| 2/18/2006 | 86,749.38 | 32,476.60 | 119,225.98 | 35,203.53 |
| 3/4/2006 | 76,507.11 | 27,962.12 | 104,469.23 | 30,324.44 |
| 3/18/2006 | 78,007.13 | 28,460.68 | 106,467.81 | 40,308.96 |
| 4/1/2006 | 78,826.47 | 29,067.37 | 107,893.84 | 40,408.73 |
| 4/15/2006 | 71,840.03 | 26,951.39 | 98,791.42 | 34,577.00 |
| 4/29/2006 | 68,913.80 | 27,917.75 | 96,831.55 | 33,891.04 |
| 5/13/2006 | 67,725.69 | 27,814.17 | 95,539.86 | 33,438.95 |
| 5/27/2006 | 67,506.98 | 27,107.18 | 94,614.16 | 33,114.96 |
| 6/10/2006 | 66,173.35 | 26,628.50 | 92,801.85 | 32,480.65 |
| 6/24/2006 | 69,568.78 | 25,588.93 | 95,157.71 | 33,305.20 |
| TOTAL | $1,746,739.31 | $653,170.22 | $2,399,909.53 | $604,723.50 |

Cadent Companies Payroll Burden Analysis

| Payroll ("PR") End Date | Employer Payroll Tax Liability | Employer Worker Compensa-tion | Employer Health Insurance | Employer Life,Disab. Insurance | Employer 401K 2% | Employer Vac/PTO Accrual 18 days | Employer Sick 3 days | HR Mgmt 6% | Adm Fee 3% | Quantum Benefit | Burden Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2005 | $14,131.98 | $1,016.15 | | | | | | | $4,847.92 | | $19,996.05 |
| 10/15/2005 | 13,187.72 | 986.78 | | | $3,141.01 | $1,530.84 | | | 4,711.52 | | 23,557.87 |
| 11/12/2005 | 12,345.59 | 962.70 | | | 3,067.35 | 10,735.74 | $1,533.68 | $3,246.45 | 4,601.03 | | 36,492.54 |
| 11/26/2005 | 11,615.70 | 926.40 | $8,950.00 | | 2,945.79 | 10,310.27 | 1,472.90 | 3,356.58 | 4,418.69 | | 35,046.33 |
| 12/10/2005 | 15,858.38 | 934.49 | 9,500.00 | | 2,934.24 | 10,269.83 | 506.97 | | 4,401.36 | | 34,905.27 |
| 12/24/2005 | 11,947.51 | 976.71 | 8,925.00 | | 3,122.34 | 10,928.20 | 1,561.17 | 3,927.64 | 4,683.51 | | 37,147.09 |
| 1/7/2006 | 13,655.63 | 977.80 | 8,500.00 | | 3,111.91 | 2,192.51 | | | 4,667.87 | | 24,605.72 |
| 1/21/2006 | 13,513.10 | 981.02 | 8,375.00 | | 3,137.34 | 869.90 | | | 4,706.00 | | 23,207.36 |
| 2/4/2006 | 12,728.06 | 966.42 | 7,700.00 | | 3,070.41 | 1,341.52 | | | 4,605.62 | | 22,712.03 |
| 2/18/2006 | 9,295.37 | 751.46 | | $1,311.49 | 2,384.52 | 8,345.82 | 1,192.26 | 7,153.56 | 3,576.78 | 1,192.26 | 35,203.53 |
| 3/4/2006 | 8,244.80 | 647.81 | | 1,149.16 | 2,089.38 | 7,312.85 | 1,044.69 | 6,268.15 | 3,134.08 | 433.51 | 30,324.44 |
| 3/18/2006 | 8,231.29 | 662.96 | $8,950.00 | 1,171.15 | 2,129.36 | 7,452.75 | 1,064.68 | 6,388.07 | 3,194.03 | 1,064.68 | 40,308.96 |
| 4/1/2006 | 8,105.37 | 668.93 | 9,500.00 | 1,186.83 | 2,157.88 | 7,552.57 | 1,078.94 | 6,473.63 | 3,236.82 | 447.77 | 40,408.73 |
| 4/15/2006 | 7,345.99 | 614.77 | 8,925.00 | 1,098.69 | 1,997.62 | 6,991.68 | 998.81 | 3,608.00 | 2,996.43 | | 34,576.09 |
| 4/29/2006 | 7,173.99 | 599.19 | 8,500.00 | 1,065.15 | 1,936.63 | 6,778.21 | 968.32 | 3,964.61 | 2,904.95 | | 33,891.04 |
| 5/13/2006 | 7,072.66 | 596.78 | 8,375.00 | 1,050.94 | 1,910.80 | 6,687.79 | 955.40 | 3,923.39 | 2,866.20 | | 33,438.95 |
| 5/27/2006 | 7,059.77 | 590.97 | 7,700.00 | 1,040.76 | 1,892.28 | 6,622.99 | 946.14 | 4,423.62 | 2,838.42 | | 33,114.95 |
| 6/10/2006 | 6,912.73 | 581.98 | 7,675.00 | 1,020.22 | 1,854.95 | 6,492.33 | 927.48 | 4,233.53 | 2,782.43 | | 32,480.65 |
| 6/24/2006 | 7,322.32 | 595.69 | 7,675.00 | 1,043.77 | 1,897.77 | 6,642.19 | 948.88 | 4,332.91 | 2,846.65 | | 33,305.19 |
| TOTAL | $195,747.36 | $15,039.03 | $67,300.00 | $11,138.16 | $44,781.59 | $119,057.99 | $15,200.31 | $61,300.13 | $72,020.31 | $3,138.22 | $604,723.69 |
| | $210,787 | | | | $257,478 | | | $136,456 | | | |
| | (34.85%) | | | | (42.57%) | | | (22.56%) | | | (100%) |

## CPC PAYROLL FOR CHS - Burden Worksheet

| Payroll (PRT End Date) | Row | Net Payroll Checks | Employee Tax and Benefits | Gross Payroll | BURDEN | Employer Tax | Employer Worker Compensation | Employer Health Insurance | Employer Life/Disab. Insurance | Employer 401K 2% | Employer Vac/PTO Accrual 18 days | Employer Sick 3 days | HR Mgmt 6% | Adm Fee 3% | Unallocated Burden/Quantum Benefit | Burden Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Proof of Claim ("Proof") | | | 161,596.14 | 17,407.37 | 14,131.98 | 1,016.15 | | | | | | | 2,259.24 | 0.00 | 17,407.37 |
| 10/1/2005 | Invoice | 123,610.11 | | 161,599.14 | 56,559.70 | | | | | | | | | | | 0.00 |
| 10/1/2005 | Detail Payroll Recap | 123,610.11 | 37,986.03 | 161,596.14 | 19,996.05 | 14,131.98 | 1,016.15 | | | | | | | 4,847.92 | | 19,996.05 |
| 10/1/2005 | Burden Accrual | | | | 19,996.01 | 14,131.98 | 1,016.15 | | | | | | | 4,847.88 | | 19,996.01 |
| | Selected | 123,610.11 | 37,986.03 | 161,596.14 | 19,996.05 | 14,131.98 | 1,016.15 | | | | | | | 4,847.92 | | 19,996.05 |
| | Proof of Claim ("Proof") | | | 157,051.15 | 23,557.67 | 13,187.72 | 986.78 | | | | | | | 6,282.04 | 3,101.33 | 23,557.87 |
| 10/15/2005 | Invoice | 113,581.01 | | 159,116.98 | 55,590.94 | | | | | | | | | | | 0.00 |
| 10/15/2005 | Detail Payroll Recap | 113,581.01 | 43,469.64 | 157,050.65 | 20,456.54 | 13,187.72 | 986.78 | | | 3,141.01 | | | | 6,282.04 | | 20,456.54 |
| 10/15/2005 | Burden Accrual | | | | 22,027.03 | 13,187.72 | 986.78 | | | 3,141.01 | 1,530.84 | | | 4,711.52 | | 22,022.03 |
| | Selected | 113,581.01 | 43,469.64 | 157,050.65 | 23,557.67 | 13,187.72 | 986.78 | | | 3,141.01 | | | | 4,711.52 | | 23,557.87 |
| | Proof of Claim ("Proof") | | | 153,387.67 | 36,492.54 | 0.00 | 0.00 | | | | | | | 36,492.54 | | 36,492.54 |
| 11/12/2005 | Invoice | 110,605.74 | | 153,387.67 | 38,492.54 | 17,117.86 | 970.59 | | | | | | 9,202.06 | 20,404.09 | | 20,404.09 |
| 11/12/2005 | Detail Payroll Recap | 110,605.74 | 42,761.93 | 153,387.67 | 17,909.29 | 12,345.59 | 962.70 | | | | | | 3,246.45 | 4,601.03 | | 17,909.29 |
| 11/12/2005 | Burden Accrual | | | | 55,442.41 | 17,100.50 | 7,668.38 | | | | | 1,533.68 | | 4,601.03 | 1,533.68 | 55,442.41 |
| | Selected | 110,605.74 | 42,761.93 | 153,387.67 | 36,492.54 | 12,345.59 | 962.70 | | | | | 1,533.68 | | 4,601.03 | | 36,492.54 |
| | Proof of Claim ("Proof") | | | 147,289.59 | 35,046.33 | 0.00 | 0.00 | | | | | | | 35,046.33 | | 35,046.33 |
| 11/26/2005 | Invoice | 106,733.86 | | 147,289.59 | 35,046.33 | 16,439.43 | 932.15 | | | | | | 8,837.38 | 17,674.75 | | 35,046.33 |
| 11/26/2005 | Detail Payroll Recap | 106,733.86 | 40,555.73 | 147,289.59 | 16,960.80 | 11,615.70 | 926.40 | | | 2,945.79 | 10,735.74 | | 3,556.69 | 4,418.70 | | 16,960.80 |
| 11/26/2005 | Burden Accrual | | | | 53,245.19 | 16,422.79 | 7,364.48 | | | 2,945.70 | 10,735.74 | 1,472.90 | | 4,418.69 | 1,472.90 | 53,245.19 |
| | Selected | 106,733.86 | 40,555.73 | 147,289.59 | 35,046.33 | 11,615.70 | 926.40 | | | 2,945.70 | | 1,472.90 | | 4,418.69 | | 35,046.33 |
| | Proof of Claim ("Proof") | | | 146,711.91 | 34,905.27 | 0.00 | 0.00 | | | | | | | 34,905.27 | | 34,905.27 |
| 12/10/2005 | Invoice | 106,553.42 | | 146,711.91 | 34,905.27 | 16,365.36 | 934.40 | | | | | | 8,802.71 | 17,605.42 | | 34,905.27 |
| 12/10/2005 | Detail Payroll Recap | 106,553.42 | 40,158.49 | 146,711.91 | 15,858.38 | 15,858.38 | | | | 2,934.24 | 10,269.83 | | | 4,401.36 | | 15,858.38 |
| 12/10/2005 | Burden Accrual | | | | 53,036.36 | 15,858.38 | 7,335.60 | | | 2,934.24 | 10,269.83 | 1,467.12 | | 4,401.36 | 1,467.12 | 53,036.36 |
| | Selected | 106,553.42 | 40,158.49 | 146,711.91 | 34,905.27 | | 934.40 | | | | | 506.97 | | | | 34,905.27 |
| | Proof of Claim ("Proof") | | | 156,117.16 | 37,147.09 | 0.00 | 0.00 | | | | | | | 37,147.09 | | 37,147.09 |
| 12/24/2005 | Invoice | 113,504.38 | | 156,117.16 | 37,147.09 | 17,425.37 | 987.67 | | | | | | 10,734.05 | 18,734.05 | | 37,147.09 |
| 12/24/2005 | Detail Payroll Recap | 113,504.38 | 42,612.78 | 156,117.16 | 17,607.76 | 11,947.51 | 976.71 | | | 3,122.34 | 10,928.20 | | 3,927.64 | 4,683.54 | | 17,607.76 |
| 12/24/2005 | Burden Accrual | | | | 56,436.35 | 17,407.06 | 7,805.66 | | | 3,122.34 | 10,928.20 | 1,561.17 | | 4,683.51 | 1,561.17 | 56,436.35 |
| | Selected | 113,504.38 | 42,612.78 | 156,117.16 | 37,147.09 | 11,947.51 | 976.71 | | | 3,122.34 | | 1,561.17 | | 4,683.51 | | 37,147.09 |
| | Proof of Claim ("Proof") | 0.00 | 0.00 | 155,595.68 | 19,301.35 | 13,655.63 | 977.80 | | | | | | | 4,667.92 | | 19,301.35 |
| 1/7/2006 | Invoice | 113,896.75 | 41,698.93 | 155,595.68 | 24,605.77 | 17,366.09 | 985.01 | | | | | | 9,335.74 | 6,254.67 | 1,555.96 | 24,605.77 |
| 1/7/2006 | Detail Payroll Recap | 113,896.75 | 41,698.93 | 155,595.68 | 19,301.35 | 13,655.63 | 977.80 | | | 3,111.91 | 10,891.70 | 1,555.96 | | 4,667.92 | | 19,301.35 |
| 1/7/2006 | Burden Accrual | | | | 56,247.64 | 17,348.92 | 7,779.78 | | | 3,111.91 | 2,192.51 | | | 4,667.87 | | 56,247.64 |
| | Selected | | | | 24,605.72 | 13,655.63 | 977.80 | | | | | | | 4,667.87 | | 24,605.72 |
| | Proof of Claim ("Proof") | 0.00 | 0.00 | 158,866.70 | 18,200.16 | 13,513.10 | 981.02 | | | | | | | 4,706.04 | | 18,200.16 |
| 1/21/2006 | Invoice | 114,495.54 | 42,371.25 | 158,866.79 | 23,207.36 | 17,508.75 | 992.57 | | | | | | 9,412.01 | 4,706.04 | 1,568.67 | 23,207.36 |
| 1/21/2006 | Detail Payroll Recap | 114,495.54 | 42,371.25 | 158,866.79 | 19,200.16 | 13,513.10 | 981.02 | | | 3,137.34 | 10,980.68 | 1,568.67 | | 4,706.04 | | 19,200.16 |
| 1/21/2006 | Burden Accrual | | | | 56,707.34 | 17,490.65 | 7,8__.34 | | | 3,137.34 | 869.90 | | | 4,706.00 | | 56,707.34 |
| | Selected | | | | 23,207.36 | 13,513.10 | 981.02 | | | | | | | 4,706.00 | | 23,207.36 |
| | Proof of Claim ("Proof") | 0.00 | 0.00 | 153,520.53 | 22,712.03 | 17,134.55 | 971.81 | | | | | | | 22,712.03 | | 22,712.03 |
| 2/4/2006 | Invoice | 0.00 | | 153,520.53 | 22,712.03 | 12,728.06 | 966.42 | | | | | | 9,211.23 | 4,605.67 | 1,535.21 | 22,712.03 |
| 2/4/2006 | Detail Payroll Recap | 111,939.78 | 41,580.75 | 153,520.53 | 18,300.15 | 17,117.54 | 776.03 | | | 3,070.41 | 10,746.44 | | | 4,605.67 | | 18,300.15 |
| 2/18/2006 | Burden Accrual | | | | 55,497.67 | 12,728.06 | 966.42 | | | 3,070.41 | 1,341.52 | 1,535.21 | | 4,605.62 | | 55,497.67 |
| | Selected | 111,939.78 | 41,580.75 | 153,520.53 | 22,712.03 | 12,728.06 | 966.42 | | | | | | | 4,605.62 | | 22,712.03 |

## CPC PAYROLL FOR CHS - Burden Worksheet

| Row | Payroll ("PR") End Date | Net Payroll Checks | Employee Tax and Benefits | Gross Payroll | BURDEN | Employer Tax | Employer Worker Compensation | Employer Health Insurance | Employer Life,Disab. Insurance | Employer 401K 2% | Employer VacPTO Accrual 18 days | Employer Sick 3 days | HR Mgmt 6% | Adm Fee 3% | Burden Summary | Unallocated Burden/ Quantum Benefit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim ("Proof") | 2/18/2006 | 0.00 | 0.00 | 59,612.99 | 59,612.99 | 0.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 59,612.99 | 59,612.99 | 0.00 |
| Invoice | 2/18/2006 | 86,749.38 | 32,476.60 | 119,225.98 | 66,692.97 | 13,312.14 | 751.48 | 15,344.38 | 1,311.49 | 2,384.52 | 8,345.82 | 1,192.26 | 7,153.56 | 51,629.35 | 66,692.97 | 1,192.26 |
| Detail Payroll Recap | 2/18/2006 | 86,749.38 | 32,476.60 | 119,225.98 | 9,546.85 | 8,795.37 | 751.48 | n/a | n/a | n/a | n/a | n/a | n/a | 0.00 | 9,546.85 | |
| Burden Accrual | | n/a | n/a | 59,756.06 | 59,756.06 | 13,293.70 | 5,561.30 | 15,344.38 | 1,311.49 | 2,384.52 | 8,345.82 | 1,192.26 | 7,153.56 | 3,576.78 | 59,756.06 | 1,192.26 |
| Selected | | 86,749.38 | 32,476.60 | 119,225.98 | 35,200.53 | 9,295.37 | 751.48 | 15,344.38 | 1,311.49 | 2,384.52 | 8,345.82 | 1,192.26 | 7,153.56 | 3,576.78 | 35,200.53 | 1,192.26 |
| Proof of Claim ("Proof") | 3/4/2006 | 76,507.11 | 27,962.12 | 104,469.23 | 52,234.61 | 0.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 52,234.61 | 52,234.61 | 0.00 |
| Invoice | 3/4/2006 | 76,507.11 | 27,962.12 | 104,469.23 | 57,950.33 | 11,648.26 | 647.81 | 13,445.19 | 1,149.16 | 2,089.38 | 7,312.85 | 1,044.69 | 6,268.15 | 55,654.26 | 57,950.33 | 1,044.69 |
| Detail Payroll Recap | 3/4/2006 | 76,507.11 | 27,962.12 | 104,469.23 | 30,324.47 | 8,244.80 | 647.81 | n/a | n/a | n/a | n/a | n/a | n/a | 21,431.66 | 30,324.47 | |
| Burden Accrual | | n/a | n/a | 52,359.98 | 52,359.98 | 11,648.32 | 5,223.46 | 13,445.19 | 1,149.16 | 2,089.38 | 7,312.85 | 1,044.69 | 6,268.15 | 3,134.08 | 52,359.98 | 1,044.69 |
| Selected | | 76,507.11 | 27,962.12 | 104,469.23 | 30,324.44 | 8,244.80 | 647.81 | 13,445.19 | 1,149.16 | 2,089.38 | 7,312.85 | 1,044.69 | 6,208.15 | 3,134.08 | 30,324.44 | 433.51 |
| Proof of Claim ("Proof") | 3/18/2006 | 78,007.13 | 28,460.68 | 106,467.81 | 53,233.91 | 0.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 53,233.91 | 53,233.91 | 0.00 |
| Invoice | 3/18/2006 | 78,007.13 | 28,460.68 | 106,467.81 | 54,883.25 | 11,871.15 | 662.96 | 6,950.00 | 1,171.15 | 2,129.36 | 7,452.75 | 1,064.68 | 6,388.07 | 33,399.14 | 54,883.25 | 1,064.68 |
| Detail Payroll Recap | 3/18/2006 | 78,007.13 | 28,460.68 | 106,467.81 | 39,686.15 | 8,231.29 | 662.96 | 6,950.00 | n/a | n/a | n/a | n/a | n/a | 21,841.90 | 39,686.15 | |
| Burden Accrual | | n/a | n/a | 53,261.67 | 53,261.67 | 11,871.15 | 5,323.39 | 13,702.41 | 1,171.15 | 2,129.36 | 7,452.75 | 1,064.68 | 6,388.07 | 3,194.03 | 53,261.67 | 1,064.68 |
| Selected | | 78,007.13 | 28,460.68 | 106,467.81 | 40,308.96 | 8,231.29 | 662.96 | 6,950.00 | 1,171.15 | 2,129.36 | 7,452.75 | 1,064.68 | 6,388.07 | 3,194.03 | 40,308.96 | 1,064.68 |
| Proof of Claim ("Proof") | 4/1/2006 | 78,826.47 | 29,067.37 | 107,893.84 | 53,984.76 | 0.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 31,765.66 | 53,984.76 | 0.00 |
| Invoice | 4/1/2006 | 78,826.47 | 29,067.37 | 107,893.84 | 40,046.73 | 12,030.17 | 668.93 | 9,500.00 | 1,166.83 | 2,157.88 | 7,552.57 | 1,078.94 | 6,473.63 | 22,134.43 | 40,046.73 | 1,078.94 |
| Detail Payroll Recap | 4/1/2006 | 78,826.47 | 29,067.37 | 107,893.84 | 39,729.80 | 8,105.37 | 669.03 | 9,500.00 | n/a | n/a | n/a | n/a | n/a | 22,134.43 | 39,729.80 | |
| Burden Accrual | | n/a | n/a | 54,076.39 | 54,076.39 | 12,030.16 | 5,394.69 | 13,085.94 | 1,166.83 | 2,157.88 | 7,552.57 | 1,078.94 | 6,473.63 | 3,236.82 | 54,076.39 | 1,078.94 |
| Selected | | 78,826.47 | 29,067.37 | 107,893.84 | 40,408.73 | 8,105.37 | 668.93 | 9,500.00 | 1,166.83 | 2,157.88 | 7,552.57 | 1,078.94 | 6,473.63 | 3,236.82 | 40,408.73 | 447.77 |
| Proof of Claim ("Proof") | 4/15/2006 | n/a | n/a | n/a | 50,562.29 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 29,257.13 | 50,562.29 | n/a |
| Invoice | 4/15/2006 | 71,840.03 | 26,951.39 | 98,791.42 | 37,152.83 | 11,758.42 | 614.77 | 8,925.00 | 1,098.69 | 1,997.62 | 6,991.68 | 998.81 | 5,992.87 | 20,267.07 | 37,152.83 | 998.81 |
| Detail Payroll Recap | 4/15/2006 | 71,840.03 | 26,951.39 | 98,791.42 | 50,060.41 | 7,345.99 | 614.77 | 8,925.00 | n/a | n/a | n/a | n/a | n/a | | 50,060.41 | |
| Burden Accrual | | n/a | n/a | 49,940.55 | 49,940.55 | 11,136.74 | 4,994.08 | 12,854.70 | 1,098.69 | 1,997.62 | 6,991.68 | 998.81 | 5,992.87 | 2,963.43 | 49,940.55 | 998.81 |
| Selected | | 71,840.03 | 26,951.39 | 98,791.42 | 34,577.00 | 7,345.99 | 614.77 | 8,925.00 | 1,098.69 | 1,997.62 | 6,991.68 | 998.81 | 5,992.87 | 2,963.43 | 34,577.00 | 998.81 |
| Proof of Claim ("Proof") | 4/29/2006 | n/a | n/a | n/a | 34,438.95 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 13,995.15 | 34,438.95 | n/a |
| Invoice | 4/29/2006 | 68,913.80 | 27,917.75 | 96,831.55 | 36,138.19 | 10,796.70 | 599.19 | 8,500.00 | 1,065.15 | 1,936.63 | 6,778.21 | 968.32 | 5,809.89 | 19,865.01 | 36,138.19 | 968.32 |
| Detail Payroll Recap | 4/29/2006 | 68,913.80 | 27,917.75 | 96,831.55 | 48,531.97 | 7,173.99 | 599.19 | 8,500.00 | n/a | n/a | n/a | n/a | n/a | | 48,531.97 | |
| Burden Accrual | | n/a | n/a | 48,531.97 | 48,531.97 | 10,796.72 | 4,841.58 | 12,462.22 | 1,065.15 | 1,936.63 | 6,778.21 | 968.32 | 5,809.89 | 2,904.95 | 48,531.97 | 968.32 |
| Selected | | 68,913.80 | 27,917.75 | 96,831.55 | 33,891.04 | 7,173.99 | 599.19 | 8,500.00 | 1,065.15 | 1,936.63 | 6,778.21 | 968.32 | 5,809.89 | 2,904.95 | 33,891.04 | 968.32 |
| Proof of Claim ("Proof") | 5/13/2006 | 67,725.69 | 27,814.17 | n/a | 34,438.95 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 14,814.66 | 34,438.95 | n/a |
| Invoice | 5/13/2006 | 67,725.69 | 27,814.17 | 95,539.86 | 35,644.45 | 10,652.51 | 596.78 | 8,375.00 | 1,050.94 | 1,910.60 | 6,687.79 | 955.40 | 5,732.39 | 19,600.01 | 35,644.45 | 955.40 |
| Detail Payroll Recap | 5/13/2006 | 67,725.69 | 27,814.17 | 95,539.86 | 47,894.58 | 7,072.66 | 596.78 | 8,375.00 | n/a | n/a | n/a | n/a | n/a | | 47,894.58 | |
| Burden Accrual | | n/a | n/a | 47,894.58 | 47,894.58 | 10,652.49 | 4,760.71 | 12,295.98 | 1,050.94 | 1,910.60 | 6,687.79 | 955.40 | 5,732.39 | 2,866.20 | 47,894.58 | 955.40 |
| Selected | | 67,725.69 | 27,814.17 | 95,539.86 | 33,438.95 | 7,072.66 | 596.78 | 8,375.00 | 1,050.94 | 1,910.60 | 6,687.79 | 955.40 | 5,732.39 | 2,866.20 | 33,438.95 | 955.40 |
| Proof of Claim ("Proof") | 5/27/2006 | n/a | n/a | n/a | 33,114.96 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 14,274.61 | 33,114.96 | n/a |
| Invoice | 5/27/2006 | 67,506.98 | 27,107.18 | 94,614.16 | 34,760.83 | 10,549.38 | 590.97 | 7,700.00 | 1,040.76 | 1,892.28 | 6,822.99 | 946.14 | 5,676.85 | 19,410.09 | 34,760.83 | 946.14 |
| Detail Payroll Recap | 5/27/2006 | 67,506.98 | 27,107.18 | 94,614.16 | 47,420.62 | 7,059.77 | 590.97 | 7,700.00 | n/a | n/a | n/a | n/a | n/a | | 47,420.62 | |
| Burden Accrual | | n/a | n/a | 47,420.62 | 47,420.62 | 10,549.48 | 4,730.71 | 12,176.84 | 1,040.76 | 1,892.28 | 6,822.99 | 946.14 | 5,676.85 | 2,838.42 | 47,420.62 | 946.14 |
| Selected | | 67,506.98 | 27,107.18 | 94,614.16 | 33,114.96 | 7,069.77 | 590.97 | 7,700.00 | 1,040.76 | 1,892.28 | 6,822.99 | 946.14 | 5,676.85 | 2,838.42 | 33,114.96 | 0.00 |
| Proof of Claim ("Proof") | 6/10/2006 | n/a | n/a | n/a | 46,373.80 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 46,373.80 | 46,373.80 | n/a |
| Invoice | 6/10/2006 | n/a | n/a | n/a | 34,208.01 | 10,341.36 | 581.98 | 7,675.00 | 1,020.22 | 1,854.95 | 6,492.33 | 927.48 | 5,564.86 | 19,680.30 | 34,208.01 | 927.48 |
| Detail Payroll Recap | 6/10/2006 | 66,173.35 | 26,628.50 | 92,801.85 | 46,405.10 | 6,912.73 | 581.98 | 7,675.00 | n/a | n/a | n/a | n/a | n/a | | 46,405.10 | |
| Burden Accrual | | n/a | n/a | 46,405.10 | 46,405.10 | 10,341.36 | 4,637.38 | 11,936.62 | 1,020.22 | 1,854.95 | 6,492.33 | 927.48 | 5,564.86 | 2,782.43 | 46,405.10 | 927.48 |
| Selected | | 66,173.35 | 26,628.50 | 92,801.85 | 32,480.65 | 6,912.73 | 581.98 | 7,675.00 | 1,020.22 | 1,854.95 | 6,492.33 | 927.48 | 5,564.86 | 2,782.43 | 32,480.65 | 0.00 |

## CPC PAYROLL FOR CHS - Burden Worksheet

| | Payroll ("PR") End Date | Net Payroll Checks | Employee Tax and Benefits | Gross Payroll | BURDEN | Employer Tax | Employer Worker Compensation | Employer Health Insurance | Employer Life,Disab. Insurance | Employer 401K 2% | Employer Vac/PTO Accrual 18 days | Employer Sick 3 days | HR Mgmt 6% | Adm Fee 3% | Unallocated Burden/Quantum Benefit | Burden Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Proof of Claim ("Proof")** | | | | | | | | | | | | | | | | |
| Invoice | 6/24/2006 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Detail Payroll Recap | 6/24/2006 | 69,568.78 | 25,588.93 | 94,888.48 | 33,210.97 | 7,322.32 | 595.69 | 12,212.15 | 1,043.77 | 1,897.77 | 6,642.19 | 948.88 | 5,693.31 | 19,521.61 | | 33,210.97 |
| Burden Accrual | 6/24/2006 | | | | 27,439.62 | 10,580.07 | 4,744.42 | 7,675.00 | 1,043.77 | 1,897.77 | 6,642.19 | 948.88 | 4,332.91 | | 948.88 | 27,439.62 |
| Selected | | 69,568.78 | 25,588.93 | 95,157.71 | 33,305.20 | 7,322.32 | 595.69 | 7,675.00 | 1,043.77 | 1,897.77 | 6,642.19 | 948.88 | 4,332.91 | 2,846.65 | 0.00 | 33,305.19 |
| | | | | 47,558.11 | | | | | | | | | | 2,846.65 | | 47,558.11 |

| | | Net Payroll Checks | Employee Tax and Benefits | Gross Payroll | BURDEN | Employer Tax | Employer Worker Compensation | Employer Health Insurance | Employer Life,Disab. Insurance | Employer 401K 2% | Employer Vac/PTO Accrual 18 days | Employer Sick 3 days | HR Mgmt 6% | Adm Fee 3% | Unallocated Burden/Quantum Benefit | Burden Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | | | | | | | | | | | | |
| **Proof of Claim ("Proof")** | | | | | | | | | | | | | | | | |
| Invoice | totals | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Detail Payroll Recap | totals | 1,746,739.31 | 653,170.22 | 2,402,745.06 | 801,848.61 | 211,976.14 | 11,914.15 | 51,950.00 | 11,138.16 | 44,781.59 | 145,742.03 | 20,820.29 | 124,923.74 | 414,378.42 | 0.00 | 690,219.71 |
| Burden Accrual | totals | | | 490,231.68 | 195,247.96 | 14,104.54 | 59,625.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 221,923.11 | 0.00 | 490,900.61 | |
| Selected | totals | 1,746,739.31 | 653,170.22 | 2,399,909.53 | 936,131.09 | 195,465.93 | 106,104.38 | 130,316.42 | 11,138.16 | 44,781.59 | 145,742.03 | 20,820.29 | 124,923.74 | 72,020.27 | 20,820.29 | 936,131.09 |
| | | | | | | 195,747.96 | 106,104.38 | 67,300.00 | 11,138.16 | 44,781.59 | 119,067.99 | 15,200.31 | 61,300.13 | 72,020.31 | 3,138.22 | 604,723.69 |