# EXHIBIT "A"

## CLAIMS OBJECTIONS

| | Name of Creditor | Amount of Claim on Schedules | Status of Claim on Schedules | Proof of Claim Nos. | Amount of Claim on POC | | | Basis for Claim on POC | Allowed Claim Amount | Objection Classification | Claim Allowed/ Disallowed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Priority | Secured | Unsecured | | | | |
| 1 | Community Health Network | Unknown | Unsecured | | | | | | $0.00 | A | |
| 4 | Gary Simmons | $ 120,100.32 | Unsecured | 25 | | | $ 975,942.32 | Loan | $0.00 | A | |
| 5 | George & Fisher | - | - | 11 | | | $ 18,000.00 | Services performed | $0.00 | A | |
| 6 | Internal Revenue Service | - | - | 15 | $49,586.81 | $434.03 | $4,582.60 | Taxes | $0.00 | A, E | |
| 7 | Michael Masters | $ 151,154.08 | Unsecured | 9 | | $ 150,000.00 | | Sale of LLC units | $0.00 | A | |
| 8 | Rhonda Masters | - | - | 7 | | $ 150,000.00 | | Sale of LLC units | $0.00 | A | |
| 9 | The Clemons Company | $ 102,281.00 | Unsecured | | | | | | $0.00 | A | |
| 10 | Brown McCarroll LLP | - | - | 34 | | | $ 19,570.79 | Services performed | $0.00 | B | |
| 11 | MBNA America Delaware N A | - | - | 27 | | | $ 15,861.26 | Credit card debt | $0.00 | B | |
| 12 | MBNA America Delaware N A | - | - | 28 | | | $ 6,626.80 | Credit card debt | $0.00 | B | |
| 13 | Tax Collector, Pinellas County | - | - | 5A | | $27,933.45 | | Taxes | $0.00 | B | |
| 14 | George & Fisher | $ 18,000.00 | Unsecured | 1 | | | $ 18,000.00 | Services performed | $0.00 | C | |
| 15 | Ikon Office Solutions | - | - | 42 | | | $ 3,274.03 | Goods/services | $0.00 | D | |
| 16 | MBNA America Delaware N A | - | - | 43 | | | $ 34,202.96 | Credit card debt | $0.00 | D | |
| 17 | Pitney Bowes Inc. | 19,578.71 | Unsecured | 39 | | | $ 27,195.81 | Goods sold | $19,578.71 | D | |
| 18 | Spherion Corporation | 5,063.40 | Unsecured | 38 | | | $ 13,752.00 | Services performed | $5,063.10 | D | |
| 19 | Michael Masters | - | - | 19 | | $ 150,000.00 | | Sale of LLC units | $0.00 | F | |
| 20 | Rhonda Masters | - | - | 18 | | $ 150,000.00 | | Sale of LLC units | $0.00 | F | |
| 21 | Beth Frazier | $ 1,009.40 | Unsecured | 6 | $ 721.00 | | | PTO | $0.00 | G | |
| 22 | Sir Speedy | $ 16,633.66 | Unsecured | 10 | | | $ 18,818.11 | Goods/services | $17,665.25 | G | |
| 23 | Tax Collector, Pinellas County | $ 2,186.86 | Priority | 5 | | $4,373.72 | | Taxes | $4,373.72 * | H | |
| 24 | ADP | $ 1,070.02 | Unsecured | | | | | | $522.85 | I | |
| 25 | Adrienne Glowatsky | $ 5,753.73 | Unsecured | | | | | | $2,814.84 | I | |
| 26 | Albertina Simmons | $ 300.67 | Unsecured | | | | | | $0.00 | I | |
| 27 | Andrea Holsey | $ 197.62 | Unsecured | | | | | | $0.00 | I | |
| 28 | Annette Donovan | $ 616.14 | Unsecured | | | | | | $0.00 | I | |
| 29 | Barbara Freeman | $ 6,923.52 | Unsecured | | | | | | $8,232.36 | I | |
| 30 | Beatrice Reele | $ 985.03 | Unsecured | | | | | | $0.00 | I | |
| 31 | Betty Youngblood | $ 240.00 | Unsecured | | | | | | $0.00 | I | |
| 32 | Catherine Battista | $ 407.68 | Unsecured | | | | | | $0.00 | I | |
| 33 | Community Health Network | $ 6,730.80 | Unsecured | | | | | | $6,252.55 | I | |
| 34 | Corporate Express | $ 9,999.48 | Unsecured | | | | | | $6,830.10 | I | |
| 35 | Cynthia Sterner | $ 2,075.42 | Unsecured | | | | | | $0.00 | I | |
| 36 | Darla M. Urban | $ 943.14 | Unsecured | | | | | | $578.57 | I | |
| 37 | Deborah Hensley | $ 576.72 | Unsecured | | | | | | $0.00 | I | |
| 38 | Deborah Hydrick | $ 161.52 | Unsecured | | | | | | $0.00 | I | |
| 39 | Debra Zepeda | $ 376.04 | Unsecured | | | | | | $0.00 | I | |
| 40 | Diane Ford | $ 888.12 | Unsecured | | | | | | $0.00 | I | |
| 41 | Donna Baldwin | $ 150.24 | Unsecured | | | | | | $0.00 | I | |
| 42 | Donna Power | $ 549.23 | Unsecured | | | | | | $269.10 | I | |
| 43 | Eris T. Griffith | $ 538.03 | Unsecured | | | | | | $0.00 | I | |
| 44 | Florida Comprehensive Health Assoc. | Unknown | Unsecured | | | | | | $0.00 | I | |
| 45 | Gail S. Demeter | $ 3,690.62 | Unsecured | 12 | $ 2,459.90 | | | PTO | $383.06 ** | I | |
| 46 | Gloria E. Roman | $ 202.77 | Unsecured | | | | | | $0.00 | I | |
| 47 | Gloria J. Alexander | $ 2,169.68 | Unsecured | | | | | | $463.44 | I | |

| | Name of Creditor | Amount of Claim on Schedules | Status of Claim on Schedules | Proof of Claim Nos. | Amount of Claim on POC | | | Basis for Claim on POC | Allowed Claim Amount | Objection Classification | Claim Allowed/ Disallowed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Priority | Secured | Unsecured | | | | |
| 48 | Grace Stanley | $ 644.70 | Unsecured | | | | | | $0.00 | I | |
| 49 | James Duncan | $ 587.40 | Unsecured | | | | | | $236.30 | I | |
| 50 | James Glover | $ 530.94 | Unsecured | | | | | | $0.00 | I | |
| 51 | John Hiller | $ 408.54 | Unsecured | | | | | | $0.00 | I | |
| 52 | Joyce Dove | $ 20,278.75 | Unsecured | | | | | | $12,831.14 | I | |
| 53 | Judith Cortez | $ 670.09 | Unsecured | | | | | | $123.28 | I | |
| 54 | Karen Redding | $ 153.84 | Unsecured | | | | | | $0.00 | I | |
| 55 | Karen S. Hetrick | $ 1,438.36 | Unsecured | | | | | | $315.84 | I | |
| 56 | Kathryn Dearborn | $ 529.15 | Unsecured | | | | | | $0.00 | I | |
| 57 | Kimberly Wilson | $ 390.34 | Unsecured | | | | | | $0.00 | I | |
| 58 | Leigh Duncan | $ 274.64 | Unsecured | | | | | | $0.00 | I | |
| 59 | Lori A. Oliver-Bomar | $ 8,636.88 | Unsecured | | | | | | $5,368.88 | I | |
| 60 | Lyle Gilbert | $ 353.04 | Unsecured | | | | | | $0.00 | I | |
| 61 | Marva Kelly | $ 353.28 | Unsecured | | | | | | $0.00 | I | |
| 62 | Matthew Higgins | $ 523.82 | Unsecured | | | | | | $366.22 | I | |
| 63 | MedImpact | $ 704,475.08 | Unsecured | | | | | | $0.00 | I | |
| 64 | Michael Bahnick | $ 1,407.11 | Unsecured | | | | | | $263.18 | I | |
| 65 | Michelle Donelson | $ 1,755.52 | Unsecured | | | | | | $219.44 | I | |
| 66 | Nancy J. Beck | $ 869.76 | Unsecured | | | | | | $2,301.84 | I | |
| 67 | Nikki Green | $ 304.32 | Unsecured | | | | | | $0.00 | I | |
| 68 | Patricia Leiser | $ 1,504.99 | Unsecured | | | | | | $501.97 | I | |
| 69 | Patrician Dankworth | $ 1,749.80 | Unsecured | | | | | | $948.63 | I | |
| 70 | Paul Brown | $ 97.41 | Unsecured | | | | | | $0.00 | I | |
| 71 | Paul Clifford | $ 1,383.36 | Unsecured | 32 | $1,750.00 | | | PTO | $1,131.84** | I | |
| 72 | Priscilla Alexander | $ 212.32 | Unsecured | | | | | | $0.00 | I | |
| 73 | Raymond Loeser | $ 538.56 | Unsecured | | | | | | $0.00 | I | |
| 74 | Rhea Roberts | $ 755.29 | Unsecured | | | | | | $274.86 | I | |
| 75 | Rhonda Masters | $ 6,250.40 | Unsecured | | | | | | $4,808.00 | I | |
| 76 | Richard Dankworth | $ 8,409.99 | Unsecured | | | | | | $7,794.55 | I | |
| 77 | Samantha Bailey | $ 721.00 | Unsecured | | | | | | $0.00 | I | |
| 78 | Samantha L. Gabbard | $ 762.78 | Unsecured | | | | | | $0.00 | I | |
| 79 | Saniata Mogenson | $ 884.80 | Unsecured | | | | | | $0.00 | I | |
| 80 | Shirley McKenna | $ 530.64 | Unsecured | | | | | | $0.00 | I | |
| 81 | Susan Willingham | $ 884.80 | Unsecured | | | | | | $0.00 | I | |
| 82 | Theresa Kurtzner | $ 173.04 | Unsecured | | | | | | $0.00 | I | |
| 83 | Thomas Reed | $ 714.60 | Unsecured | | | | | | $0.00 | I | |
| 84 | Tina Thomas | $ 4,328.13 | Unsecured | | | | | | $156.25 | I | |
| 85 | Todd Burch | $ 3,625.00 | Unsecured | | | | | | $3,375.00 | I | |
| 86 | Tracy Kussmaul | $ 2,436.54 | Unsecured | | | | | | $945.32 | I | |
| 87 | Valerie Briggman | $ 1,538.40 | Unsecured | | | | | | $1,230.72 | I | |
| 88 | Viviana Dillon | $ 534.72 | Unsecured | | | | | | $0.00 | I | |
| 89 | Imperial Premium Finance | $ 77,568.43 | Unsecured | 21 | | $ 48,275.67 | | Loan/Breach of K | $6,190.01 | J | |
| 90 | McKesson Information Solutions | $ 52,528.04 | Unsecured | 26 | | | $ 38,403.57 | Goods sold | $2,500.00 | J | |
| 91 | Mirabilis Ventures, Inc. | $ 1,760,536.15 | Secured | 35 | | $ 1,732,727.56 | | Loan | $1,732,727.56*** | J | |

2

| Name of Creditor | Amount of Claim on Schedules | Status of Claim on Schedules | Proof of Claim Nos. | Amount of Claim on POC | | | Basis for Claim on POC | Allowed Claim Amount | Objection Classification | Claim Allowed/ Disallowed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Priority | Secured | Unsecured | | | | |
| | | | **Objection Classification Legend:** | | | | | | | |
| | | | A - Duplication | | | F - Unsecured Claimant Plan Subordination | | | | |
| | | | B - Incorrect Debtor Identification | | | G - Unsecured Claim Amount Difference From Debtor's Records | | | | |
| | | | C - Unsecured Claim Insufficient Documentation | | | H - Unsecured Priority Claimant Non-Priority Due to Incorrect Classification | | | | |
| | | | D - Late Filing of Claim | | | I - Incorrect Scheduled Claim | | | | |
| | | | E - Priority Claim Difference in Amount from Debtor's Records | | | J - Adjustement to Settled Allowed Claim Amount | | | | |
| | | | | | | | | | | |
| | | | * Secured claim paid as priority. | | | | | | | |
| | | | **Objection as to amount, not classification. | | | | | | | |
| | | | ***Class 3 claim of Mirabilis Ventures, Inc. allowed secured claim of $1,232,727.56, unsecured claim of $500,000.00. | | | | | | | |

3