UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                  Chapter 11

COMMUNITY HEALTH SOLUTIONS                     Case No.: 08:06-bk-01215-CPM
OF AMERICA, LLC,

        Debtor.
_____/

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Sherwood Construction, Inc. | Graeme Smith |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Record Address of Transferor: |
|---|---|
| Horton Johnson<br>Sherwood Construction, Inc.<br>20 N. Orange Ave., 14th Floor<br>Orlando, Florida 32801 | 11590 Shipwatch Dr., Apt. 644<br>Largo, FL 33774 |

| Name and Address where transferee payments should be sent: | Name and Current Address of Transferor: |
|---|---|
| Same as above. | Graeme Smith<br>11590 Shipwatch Dr., Apt. 644<br>Largo, FL 33774 |

Court Claim #: 33
Date Claim Filed: June 5, 2006

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Jeffrey W. Warren, Agent                    Date: October 17, 2006
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

403380.1