IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

COMMUNITY HEALTH SOLUTIONS           Chapter 11
OF AMERICA, LLC,           Case No.: 08:06-bk-1215-KPM

        Debtor.
_____/

## NOTICE OF FILING

     I HEREBY CERTIFY that on **January 19, 2007** I provided the **Plan Proponents' First Request for Production of Documents to MBNA America (Delaware), N.A.** and **Plan Proponents' First Set of Interrogatories** to the following parties by electronic mail / regular US mail: Brad W. Hissing, Esq., P.O. Box 800, Tampa, Florida 33601 (original and a copy); Cheryl Thompson, Esq., 201 N. Franklin Street, Suite 2200, Tampa, Florida 33602; and Jeff W. Warren, Esq., 220 South Franklin Street, Tampa, Florida 33602 (true and correct copy of each document).

             Respectfully submitted,

             SAXON, GILMORE, CARRAWAY
             GIBBONS LASH & WILCOX, P.A.
             Fifth Third Center
             201 East Kennedy Blvd. Suite 600
             Tampa, FL 33602
             Telephone 813.314.4515
             Facsimile: 813.314.4555

             /s/ Damon M. Ellis_____
             THOMAS A. LASH, ESQ.
             Florida Bar No.: 849944
             tlash@saxongilmore.com
             DAMON M. ELLIS, ESQ.
             Florida Bar No.: 0111864
             dellis@saxongilmore.com