UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

COMMUNITY HEALTH SOLUTIONS
OF AMERICA, LLC,

       Debtor.
_____/

Case No: 06-bk-01215-CPM
Chapter 11

## PLAN PROPONENTS' WITNESS LIST

**COMES NOW**, Plan Proponents, Mirabilis Ventures, Inc. ("Mirabilis"), on behalf of itself, Larry S. Hyman, Chapter 11 Trustee (the "Trustee") and Community Health Solutions of America, LLC (the "Debtor") (collectively, the "Plan Proponents"), by and through the undersigned counsel and pursuant the Court's January 5, 2007 Order Setting Final Evidentiary Hearing (the "Order") and files this Witness List listing the following persons as witnesses for the Final Evidentiary Hearing on Plan Proponents Objections to the claims of MBNA America (Delaware), N.A.:

1. Robert Konicki;

2. Rhonda Masters;

3. Corporate Representative(s) of MBNA America (Delaware), N.A. ("MBNA") with the most and best knowledge concerning the accounts which form the basis for MBNA's proof of claim numbers 27, 28 and 43 and the policies and procedures of MBNA with respect to these accounts;

4. Any rebuttal witnesses of choice; and

5. Any witness listed on any MBNA Witness List.

As discovery is still on-going Plan Proponents reserve the right to amend this Witness List.  Plan Propoents will file their Exhibits in accordance with the Order Setting Final Evidentiary Hearing as a separate document within the timeframe required.

Dated:  January 22, 2007.

                Respectfully Submitted,

                SAXON, GILMORE, CARRAWAY
                GIBBONS, LASH, WILCOX, P.A.
                201 East Kennedy Boulevard, Suite 600
                Tampa, Florida 33602
                Telephone: 813.314.4500
                Facsimile: 813.314.4555

                /s/ Damon M. Ellis_____
                THOMAS A. LASH, ESQUIRE
                Florida Bar No: 849944
                DAMON M. ELLIS, ESQUIRE
                Florida Bar No: 0111864
                Attorneys for Plan Proponents

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **PLAN PROPONENTS' WITNESS LIST** to the following parties by electronic mail / regular US mail: Brad W. Hissing, Esq.,  P.O. Box 800, Tampa, Florida 33601; Cheryl Thompson, Esq., 201 N. Franklin Street, Suite 2200, Tampa, Florida 33602; and Jeff  W. Warren, Esq., 220 South Franklin Street, Tampa, Florida 33602.

                /s/ Damon M. Ellis_____
                Attorney

e:\mirabilis ventures\cadent matters\chs\pldg\drafts\witness list.doc
1/22/07