IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

COMMUNITY HEALTH SOLUTIONS
OF AMERICA, LLC,

Chapter 11

Case No.: 08:06-bk-01215-CPM

Debtor.

_____/

MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR MIRABILIS VENTURES, INC. AND FOR
TEMPORARY ABATEMENT OF CONTESTED MATTER

COMES NOW counsel for Mirabilis Ventures, Inc. ("Mirabilis"), Saxon, Gilmore, Carraway, Gibbons, Lash & Wilcox, P.A. ("Saxon Gilmore") by and through the undersigned counsel, pursuant to Fed.R.Bankr.P. 9014 and 9029, and Local Rule 2091-1, and files this *Motion to Withdraw as Counsel of Record for Mirabilis Ventures, Inc. and for Temporary Abatement of Contested Matter* requesting an Order (1) approving Saxon Gilmore's withdrawal as counsel in this case; (2) abating the contested matter of the MBNA claims numbers 27, 28 and 43 and related objections to them (the "Contested Matter") for a period of thirty (30) days in order to allow Mirabilis to obtain other counsel to represent its interests; and (3) stopping all electronic and other notices to Saxon Gilmore in this case; and in support thereof states as follows:

1. Irreconcilable differences have arisen between Saxon Gilmore and Mirabilis which preclude Saxon Gilmore's continued representation of Mirabilis in this Bankruptcy case and the Contested Matter (collectively the "Representation").

2. Based on these irreconcilable differences, it has become impracticable for Saxon Gilmore to represent Mirabilis.

3. In light of the foregoing, Saxon Gilmore respectfully requests that the pending Contested Matter, regarding the MBNA proofs of claims and related objections, be abated for a period of no less than thirty (30) days to allow Mirabilis to obtain new counsel.

4. This Motion to Withdraw has been filed as soon as practicable after irreconcilable differences have made representation impracticable in order to avoid the possibility of any prejudice to either Mirabilis's, or any other party's, position as a result of this Motion to Withdraw.

5. Saxon Gilmore has made several attempts to contact Mirabilis by telephone regarding this Motion to Withdraw and the relief requested herein, but to date has received no responses to its voicemail messages.

6. A copy of this Motion to Withdraw has been furnished to Mirabilis via overnight Federal Express delivery to: Mark J. Bernet, General Counsel, Mirabilis Ventures, Inc., 200 South Orange Avenue, 28th Floor, Orlando, Florida 32801 as required by applicable case law.

WHEREFORE, Saxon Gilmore respectfully requests this Honorable Court to enter an Order (a) allowing Saxon Gilmore to immediately withdraw as counsel of record for Mirabilis and granting Saxon Gilmore relief from any representation of Mirabilis in this Bankruptcy Case No.: 08:06-bk-01215-CPM; (b) abating this Contested Matter for a period of not less than thirty (30) days to allow Mirabilis time to retain new counsel; (c) stopping all notices and

papers served or required to be served in this case upon Saxon Gilmore; and (d) granting such other and further relief as this Court deems appropriate.

Dated: February 15, 2007.

Respectfully submitted,

/s/ Thomas A. Lash
THOMAS A. LASH, ESQ.
Florida Bar No.: 849944
DAMON M. ELLIS, ESQ.
Florida Bar No.: 0111864
SAXON, GILMORE, CARRAWAY, GIBBONS,
LASH & WILCOX, P.A.
201 E. Kennedy Boulevard, Suite 600
Tampa, Florida 33602
Telephone: (813) 314-4500
Facsimile: (813) 314-4555
Attorneys for Mirabilis Ventures, Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Motion to Withdraw as Counsel of Record for Mirabilis Ventures, Inc. and for Temporary Abatement of Contested Matter* has been furnished to the following parties by electronic mail / regular US mail: Brad W. Hissing, Esq., P.O. Box 800, Tampa, Florida 33601; Larry Foyle, Esq., 1505 N Florida Ave Tampa Florida 33602; Cheryl Thompson, Esq., 201 N. Franklin Street, Suite 2200, Tampa, Florida 33602; Jeffery W. Warren, Esq., 220 South Franklin Street, Tampa, Florida 33602; Community Health Solutions of America, LLC., 17755 U.S. Hwy 19 N., Clearwater, Florida, 33762; and to all parties in the attached Local Rule 1007-2 Parties in Interest List.

/s/ Thomas A. Lash
ATTORNEY

e:\mirabilis ventures\cadent matters\chs\pldg\drafts\motion to withdraw as counsel.doc

| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 8:06-bk-01215-CPM<br>Thu Feb 15 14:01:09 EST 2007 | Aetna<br>P.O. Box 44129<br>Jacksonville, FL 32231-4129 | AmSouth Bank<br>Platinum Plus for Business<br>P.O. Box 15469<br>Wilmington, DE 19886-5469 |
| Atlantic Relocation Systems<br>5415 Pioneer Park Blvd.<br>Tampa, FL 33634 | Brown McCarroll, LLP<br>111 Congress Avenue<br>Suite 1400<br>Austin, TX 78701-4043 | Corporate Express<br>9319 Peach Palm Avenue<br>Tampa, FL 33619 |
| Danka Financial Services<br>P.O. Box 7247-0322<br>Philadelphia, PA 19170-0322 | Dwight Darby & Company<br>611 South Magnolia Avenue<br>Tampa, FL 33606-2799 | Gary Simmons<br>320 Park Street South<br>Saint Petersburg, FL 33707 |
| George & Fisher<br>354 Manning Street<br>Jefferson, MA 01533 | Gilbert Weisman<br>Becket & Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Guillermo A. Ruiz, Esquire<br>P. O. Box 12787<br>St. Petersburg, FL 33733-2787 |
| Imperial Premium Finance<br>1001 Winstead Drive<br>Suite 500<br>Cary, NC 27513 | Imperial Premium Finance, Inc.<br>c/o Noel R. Boeke, Esq.<br>Holland & Knight LLP<br>P.O. Box 1288<br>Tampa, FL 33601,  33601 | Joyce Dove<br>8910 Commodore Drive<br>Seminole, FL 33776 |
| Lori A. Oliver-Bomar<br>1443 Shell Flower Drive<br>Brandon, FL 33511 | MBNA America Delaware N A<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | McKesson Health Solutions<br>22423 Network Place<br>Chicago, IL 60673-1224 |
| Medimpact<br>10680 Treena Street<br>5th Floor<br>San Diego, CA 92131 | Mirabilis Ventures, Inc.<br>Attn: Thomas A. Lash, Esq.<br>201 E. Kennedy Blvd., Ste. 600<br>Fifth Third Center<br>Tampa, FL 33602,  33602 | Pacific Atlantic Capital Corporation<br>Attn: Thomas A. Lash, Esq.<br>201 E. Kennedy Blvd., Ste. 600<br>Fifth Third Center<br>Tampa, FL 33602,  33602 |
| Pitney Bowes<br>P.O. Box 856042<br>Louisville, KY 40285-6043 | Platinum Plus for Business<br>P.O. Box 15469<br>Wilmington, DE 19886-5469 | Sir Speedy<br>956 1st Avenue North<br>Saint Petersburg, FL 33705 |
| State of Florida<br>Dept. of Revenue<br>505 W. Tennessee Street<br>Tallahassee, FL 32399-0100 | Suddath Rolocation Systems<br>of St. Petersburg<br>4756 122nd Avenue North<br>Clearwater, FL 33762 | Tenshi Enterprises, Inc.<br>c/o Andrew T. Jenkins, Esq.<br>Bush Ross, P.A.<br>P.O. Box 3913<br>Tampa, FL 33601,  33601 |
| Tricast, Inc.<br>10200 W. Innovation Dr.<br>Milwaukee, WI 53226 | | |