UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

COMMUNITY HEALTH SOLUTIONS
OF AMERICA, LLC,

      Debtor.

_____/

Chapter 11
Case No. 8:06-BK-01215-CPM

**AGREED MOTION OF THE REORGANIZED DEBTOR
TO SUBSTITUTE THE REORGANIZED DEBTOR FOR MIRABILIS VENTURES, INC.
AS AN OBJECTOR WITH REGARD TO ALL PENDING CLAIM OBJECTIONS**

Community Health Solutions of America, LLC (the "**Reorganized Debtor**"), by and through undersigned counsel, files this Agreed Motion of the Reorganized Debtor to Substitute the Reorganized Debtor for Mirabilis Ventures, Inc. as an Objector with Regard to All Pending Claim Objections (the "**Motion**") and respectfully represents:

1.    On October 25, 2006, this Court confirmed the Plan of Reorganization For Community Health Solutions of America, LLC (the "**Plan**") (Dkt. 188). The Effective Date of the Plan was November 10, 2006 (Dkt. 207)

2.    On October 27, 2006, the Larry S. Hyman, the Chapter 11 Trustee (the "**Trustee**"), and Mirabilis Ventures, Inc. ("**Mirabilis**") filed the Amended First Omnibus Objections to Claims of Certain Creditors (As Listed On Attached Exhibit "A") (the "**Objection**").

3.    On February 15, 2007, the Court entered an order extending the time for the Trustee and Mirabilis to file additional objections to disputed claims to April 2, 2007 (the "**Extension Order**") (Dkt. 245).

4.    Article 7.4 of the Plan contemplated that, after the Effective Date, objections to claims would be filed and prosecuted by the Reorganized Debtor.

418936.02

5.       Based upon these and other matters, Mirabilis no longer desires to fill the role of an objector to claims, which role is more properly filled by the Reorganized Debtor.

6.       As the proper party in interest for such matters, the Reorganized Debtor respectfully requests to be substituted for Mirabilis with regard to all claim objections pending before this Court and to have the right under the Extension Order to file additional objections, if necessary.

7.       Counsel for the Reorganized Debtor has consulted with counsel for the Trustee, counsel for MBNA America (Delaware), N.A., the only claimant currently disputing the objection to its claims contained in the Objection, former counsel for Mirabilis, Saxon, Gilmore, Carraway, Gibbons, Lash & Wilcox, P.A., and current general counsel for Mirabilis, Mark A. Bernet, Esq., regarding this Motion prior to its filing and is authorized to represent that no party has an objection to the relief requested herein.

WHEREFORE, the Reorganized Debtor moves this Court (a) to authorize the substitution of the Reorganized Debtor for Mirabilis Ventures, Inc. with regard to all pending claim objections, (b) to grant the Reorganized Debtor the right to file further objections pursuant to the Extension Order in the place of Mirabilis, (c) and for such further relief as is just and proper.

Dated: Tampa, Florida
       February 20, 2006

/s/ Andrew T. Jenkins
Jeffrey W. Warren, Esq.
Florida Bar No. 150024
jwarren@bushross.com
Andrew T. Jenkins, Esq.
Florida Bar No. 0527106
ajenkins@bushross.com
Bush Ross, P.A.
P.O. Box 3913
Tampa, Florida  33601-3913
(813) 224-9255
(813) 223-9620 (telecopy)
Counsel for Community Health
Solutions of America, LLC

418936.02

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on February 20, 2007, I electronically filed a true and correct copy of the foregoing Agreed Motion of the Reorganized Debtor to Substitute the Reorganized Debtor for Mirabilis Ventures, Inc. with Regard to All Pending Claim Objections with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, and I furnished a copy of the foregoing document to the following parties in the manner of service indicated below:

                                                                  /s/ Andrew T. Jenkins
                                                                        ATTORNEY

<u>Via the CM/ECF system which will send a Notice of Electronic Filing to</u>:
Thomas A. Lash, Esquire
Damon M. Ellis, Esquire
Cheryl Thompson, Esquire
Denise E. Barnett, Trustee
Theresa M. Boatner, Trustee
Jeffery W. Warren, Esquire
Larry S. Hyman
Scott R. Lilly, Esquire
Stephanie M. Biernacki, Esquire
Larry M. Foyle, Esquire
Brad W. Hissing, Esquire
Sarah Richardson, Esquire
Pinellas County Tax Collector

418936.02