**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

**COMMUNITY HEALTH SOLUTIONS**  Chapter 11
**OF AMERICA, LLC,**

                                                 Case No.: 08:06-bk-01215-CPM

    **Debtor.**
_____/

**SUPPLEMENT OF MIRABILIS VENTURES, INC.'S AGREEMENT TO**
**MOTION TO WITHDRAW AS COUNSEL**
**OF RECORD FOR MIRABILIS VENTURES, INC. AND FOR**
**TEMPORARY ABATEMENT OF CONTESTED MATTER**

**COMES NOW** counsel for Mirabilis Ventures, Inc. ("Mirabilis"), Saxon, Gilmore, Carraway, Gibbons, Lash & Wilcox, P.A. ("Saxon Gilmore") by and through the undersigned counsel, pursuant to Fed.R.Bankr.P. 9014 and 9029, and Local Rule 2091-1, and files this *Supplement of Mirabilis Venture, Inc.'s Agreement to Motion to Withdraw as Counsel of Record for Mirabilis Ventures, Inc. and for Temporary Abatement of Contested Matter* to inform this honorable Court of Mirabilis's agreement to Saxon Gilmore's motion to withdraw; and in support thereof states as follows:

    1.    Irreconcilable differences have arisen between Saxon Gilmore and Mirabilis which preclude Saxon Gilmore's continued representation of Mirabilis in this Bankruptcy case and the Contested Matter (collectively the "Representation").

    2.    Based on these irreconcilable differences, it has become impracticable for Saxon Gilmore to represent Mirabilis.

3. In light of the foregoing, Saxon Gilmore filed its *Motion to Withdraw as Counsel of Record for Mirabilis Ventures, Inc. and for Temporary Abatement of Contested Matter* ("Motion to Withdraw") on February 15, 2007. Saxon Gilmore is respectfully requesting Court approval of Saxon Gilmore's withdrawal and that the pending Contested Matter, regarding the MBNA proofs of claims and related objections, be abated for a period of no less than thirty (30) days to allow Mirabilis to obtain new counsel.

4. This Supplement is filed to inform this honorable Court that Mirabilis has now communicated its agreement to Saxon Gilmore's Motion to Withdraw.

5. A copy of this Supplement has been furnished to Mirabilis via overnight Federal Express delivery to: Mark J. Bernet, General Counsel, Mirabilis Ventures, Inc., 200 South Orange Avenue, 28th Floor, Orlando, Florida 32801.

Dated: March 5, 2007.

                Respectfully submitted,

/s/ Thomas A. Lash
THOMAS A. LASH, ESQ.
Florida Bar No.: 849944
DAMON M. ELLIS, ESQ.
Florida Bar No.: 0111864
SAXON, GILMORE, CARRAWAY, GIBBONS,
LASH & WILCOX, P.A.
201 E. Kennedy Boulevard, Suite 600
Tampa, Florida 33602
Telephone: (813) 314-4500
Facsimile: (813) 314-4555

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Supplement to Motion to Withdraw as Counsel of Record for Mirabilis Ventures, Inc. and for Temporary Abatement of Contested Matter* has been furnished to the following parties by electronic mail / regular US mail: Brad W. Hissing, Esq., P.O. Box 800, Tampa, Florida 33601; Larry Foyle, Esq., 1505 N Florida Ave Tampa Florida 33602; Cheryl Thompson, Esq., 201 N. Franklin Street, Suite 2200, Tampa, Florida 33602; Jeffery W. Warren, Esq., 220 South Franklin Street, Tampa, Florida 33602; Community Health Solutions of America, LLC., 17755 U.S. Hwy 19 N., Clearwater, Florida, 33762; and to all parties in the attached Local Rule 1007-2 Parties in Interest List.

/s/ Thomas A. Lash
ATTORNEY

e:\mirabilis ventures\cadent matters\chs\pldg\drafts\supplement to motion to withdraw as counsel.doc
3/5/07