**IN THE UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

**COMMUNITY HEALTH SOLUTIONS**      Chapter 11
**OF AMERICA, LLC,**

        Case No.: 08:06-bk-01215-CPM

    Debtor.
_____/

**ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL OF RECORD FOR MIRABILIS VENTURES, INC. AND FOR
TEMPORARY ABATEMENT OF CONTESTED MATTER**

THIS CAUSE came before the Court on Saxon, Gilmore, Carraway, Gibbons, Lash & Wilcox, P.A.'s (Saxon Gilmore"), *Motion to Withdraw as Counsel of Record for Mirabilis Ventures, Inc. and for Temporary Abatement of Contested Matter,* filed February 15, 2007 and related March 5, 2007 *Supplement of Mirabilis Ventures, Inc.'s Agreement* to *Motion to Withdraw as Counsel of Record for Mirabilis Ventures, Inc. and for Temporary Abatement of Contested Matter* (collectively the "Motion to Withdraw"). The Court having reviewed Saxon Gilmore's Motion to Withdraw, the file, and otherwise being duly advised in the premises, finds that the Motion to Withdraw should be granted. Accordingly, it is:

ORDERED, ADJUDGED AND DECREED that Saxon Gilmore's Motion to Withdraw is granted; it is further

ORDERED, ADJUDGED AND DECREED that Saxon Gilmore is relieved from further responsibility in connection with this matter; it is further

2

ORDERED, ADJUDGED AND DECREED that the Contested Matter of the MBNA claims numbers 27, 28 and 43 and related objections to them have been abated for a period of thirty (30) days to allow Mirabilis to obtain other counsel to represent its interests; it is further

ORDERED, ADJUDGED AND DECREED that all electronic and other notices to Saxon Gilmore in this case shall be stopped.

DONE AND ORDERED at Tampa, Florida  March 22, 2007 _____.

*Catherine M<sup>c</sup>Ewen* (signature)

Catherine Peek McEwen
United States Bankruptcy Judge

Copies to:
Thomas A. Lash, Esquire
Damon M. Ellis, Esquire
Cheryl Thompson, Esquire
Jeffery W. Warren, Esquire
Larry M. Foyle, Esquire
Community Health Solutions of America, LLC.
Local Rule 1007-2 All Creditors Matrix

e:\mirabilis ventures\cadent matters\chs\pldg\drafts\order granting motion to withdraw as counsel (rev).doc
3/5/07