UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

COMMUNITY HEALTH SOLUTIONS
OF AMERICA, LLC,                              Case No. 8:06-bk-01215-CPM
                                              Chapter 11
    Debtor.
_____/

## MOTION TO COMPEL PRODUCTION OF TAX RETURNS AND TRANSCRIPTS

Larry S. Hyman, formerly the Chapter 11 Trustee and now the disbursing agent ("Hyman"), by and through his undersigned counsel, hereby seeks the order of this Court compelling Community Health Solutions of America, LLC, formerly the Chapter 11 debtor in this cause (the "Debtor") and now the reorganized debtor (the "Reorganized Debtor"), to produce tax returns and transcripts for the Years 2005 and 2006, and states in support the following:

1.    On March 24, 2006, the Debtor initiated this bankruptcy case by filing a voluntary Petition for protection from creditors pursuant to Chapter 11 of the Bankruptcy Code.

2.    On May 16, 2006, the Court entered its Order granting the appointment of Hyman as the Chapter 11 Trustee of the Debtor.

3.    On September 18, 2006, Mirabilis Ventures, Inc. ("Mirabilis"), Common Paymaster Corporation ("Paymaster"), and Hyman, as the then Chapter 11 Trustee, filed their "Disclosure Statement With Respect to Plan of Reorganization for Community Health Solutions of America, LLC" (the "Disclosure Statement"), as joint "Plan Proponents." The proposed "Plan of Reorganization for Community Health Solutions of America, LLC" (the "Joint Plan") was attached as Exhibit "A" to the Disclosure Statement.

4. Pursuant to the Joint Plan and Disclosure Statement, and at the confirmation hearing on October 17, 2006, the Plan Proponents represented to the Court that they were not aware of any current tax obligation that is outstanding to any taxing authority, other than in the ordinary course of operation of the Debtor's business.

5. On October 25, 2006, the Court entered its order confirming the Joint Plan (the "Confirmation Order").

6. Subsequent to the entry of the Confirmation Order, Hyman, as Disbursing Agent, developed good cause for concern that the Debtor's employee withholding taxes may not have been transmitted to the government, as represented by Paymaster, at all relevant times.

7. In light of the forgoing, Hyman, acting in his fiduciary capacity, is investigating the status of the Debtor's tax obligations to the Internal Revenue Service ("IRS") for the fourth quarter of the year 2005, and for all of the year 2006 (the "Investigation").

8. In connection with the Investigation, Hyman has requested from the Reorganized Debtor and Paymaster copies of all tax returns, including any corrected returns, which have been filed with the IRS for the fourth quarter of the year 2005 and for all of the year 2006, with respect to the Debtor's "Employees" (collectively, the "Relevant Returns"), including the tax transcripts from the IRS evidencing the filing of the same, or authority to obtain said tax transcripts (the "Request"). A copy of Form 4506, Request for Copy or Transcript of Tax Form, is attached hereto as Exhibit "A."

9. In response to the Request, and to avoid a court ordered 2004 examination, the Reorganized Debtor, working with Paymaster, agreed to produce the documents in the Request; the same was agreed to at a hearing that occurred on April 5, 2007, in this case. See Transcript

Pg. 29, ln. 10 through Pg. 30, ln. 8. A copy of the hearing transcript is attached hereto as Exhibit "B."

10. To date, however, neither the Reorganized Debtor nor Paymaster has produced the documents requested in the Request.

WHEREFORE, Hyman respectfully requests the order of this Court compelling the Reorganized Debtor and/or Paymaster to produce the documents requested in the Request, and providing for such other and further relief as the Court deems necessary and appropriate.

/s/ Stephenie Biernacki Anthony
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number: 0731013
**STEPHENIE BIERNACKI ANTHONY, ESQUIRE**
Florida Bar Number: 0127299
GrayRobinson, P.A.
Post Office Box 3324
Tampa, Florida 33601
Telephone: 813/273-5000
Telecopier: 813/273-5145

Attorneys for Larry S. Hyman, the Disbursing Agent

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by electronic means and/or by U.S. first class mail on the 17th day of April, 2007, to:

| | |
|---|---|
| Community Health Solutions of America, LLC<br>17755 U.S. Highway 19 North<br>Suite 400<br>Clearwater, Florida 33764 | Thomas A. Lash<br>Saxon Gilmore, Carraway, Gibbons, Lash & Wilcox, P.A.<br>Fifth Third Center<br>201 East Kennedy Blvd., Suite 600<br>Tampa, Florida 33602 |
| Theresa M. Boatner<br>Office of the United States Trustee<br>501 East Polk Street, Suite 1200<br>Tampa, Florida 33602 | Jeffrey W. Warren<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |
| Larry S. Hyman<br>Larry S. Hyman, C.P.A.<br>PO Box 18614<br>Tampa, Florida 33679 | Mark J. Bernet<br>200 S. Orange Avenue, 28th Floor<br>Orlando, Florida 32801 |
| Allan Watkins<br>707 N. Franklin Street, Suite 750<br>Tampa, FL 33602 | |

/s/ *Stephenie Biernacki Anthony*
**ATTORNEY**

# 821249 v1