# COMPOSITE EXHIBIT "A"

## Andrew T. Jenkins

**From:** Jeff Warren
**Sent:** Monday, February 19, 2007 11:09 AM
**To:** John Anthony; Cheryl Thompson; 'Larry Hyman'
**Cc:** 'Mark Bernet'; 'Tom Lash'; 'Boatner, Terry'
**Subject:** RE:CHS

John

Attached are complete copies of the Form 941's of Common Paymaster Corporation for all four quarters of 2006.

I have talked with Marty Flynn about getting you additional information confirming payment by Common Paymaster of employee benefit amounts. He is going to get me a statement to that effect which should bring closure to your concerns. If you, Cheryl or Larry have any information that suggests that a problem still exists, please let me know immediately so I can address the concern. Otherwise, I assume Larry can proceed to effect the distributions to holders of Allowed Claims. I am now going to focus on resolving the few open disputed claims so we can close this case.


Jeffrey W. Warren, Esq.
Bush Ross, P.A.
220 South Franklin Street
Tampa, Florida 33602-5330
(813) 224-9255 [Phone]
(813) 223-9620 [Fax]
(813) 204-6423 [Direct Line]
jwarren@bushross.com Download vCard
www.bushross.com

Mailing Address:
Post Office Box 3913
Tampa, Florida 33601-3913

# BUSH|ROSS
ATTORNEYS AT LAW

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this message is privileged and/or confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any of the information in it is strictly prohibited. If you have received this communication in error, please advise the sender by reply e-mail and then delete the message. Thank you.

-----Original Message-----


**From:** Jeff Warren
**Sent:** Friday, February 16, 2007 3:02 PM
**To:** 'janthony@grayrobinson.com'; 'cthompson@gray-robinson.com'; 'Larry Hyman'
**Cc:** 'Mark Bernet'; 'Tom Lash'; 'Boatner, Terry'
**Subject:** CHS

John

As we discussed last night, attached is a letter from me together with copies of the Form 941's of Common

Paymaster Corporation for the first 3 quarters of 2006.

# Form 941 for 2006: Employer's QUARTERLY Federal Tax Return

(Rev. January 2006)            Department of the Treasury — Internal Revenue Service

990106

OMB No. 1545-0029

(EIN)
Employer identification number   2  0  —  3  2  4  8  0  8  9

Name (not your trade name)   **Common Paymaster Corporation**

Trade name (if any)

Address   20 N. Orange Avenue 14th Floor
Number        Street                                    Suite or room number

Orlando                          FL        32801
City                             State     ZIP code

**Report for this Quarter ...**
(Check one.)

[X] 1: January, February, March

[ ] 2: April, May, June

[ ] 3: July, August, September

[ ] 4: October, November, December

Read the separate instructions before you fill out this form. Please type or print within the boxes.

## Part 1: Answer these questions for this quarter.

1 Number of employees who received wages, tips, or other compensation for the pay period including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), *Dec. 12* (Quarter 4)   **1**   793

2 Wages, tips, and other compensation   **2**   7653376 . 89

3 Total income tax withheld from wages, tips, and other compensation   **3**   1076412 . 53

4 If no wages, tips, and other compensation are subject to social security or Medicare tax   [ ] Check and go to line 6.

5 Taxable social security and Medicare wages and tips:

|  | Column 1 |  |  | Column 2 |  |
|---|---|---|---|---|---|
| 5a Taxable social security wages | 7653376 . 89 | × .124 = | | 949018 . 73 | |
| 5b Taxable social security tips | . 0 | × .124 = | | . 0 | |
| 5c Taxable Medicare wages & tips | 7653376 . 89 | × .029 = | | 221947 . 93 | |

5d Total social security and Medicare taxes (Column 2, lines 5a + 5b + 5c = line 5d)   **5d**   1170966 . 66

6 Total taxes before adjustments (lines 3 + 5d = line 6)   **6**   2247379 . 19

7 TAX ADJUSTMENTS (Read the instructions for line 7 before completing lines 7a through 7h.):

7a Current quarter's fractions of cents   1 . 12

7b Current quarter's sick pay   0 . 00

7c Current quarter's adjustments for tips and group-term life insurance   0 . 00

7d Current year's income tax withholding (attach Form 941c)   .

7e Prior quarters' social security and Medicare taxes (attach Form 941c)   .

7f Special additions to federal income tax (attach Form 941c)   .

7g Special additions to social security and Medicare (attach Form 941c)   .

7h TOTAL ADJUSTMENTS (Combine all amounts: lines 7a through 7g.)   **7h**   1 . 12

8 Total taxes after adjustments (Combine lines 6 and 7h.)   **8**   2247380 . 31

9 Advance earned income credit (EIC) payments made to employees   **9**   163 . 92

10 Total taxes after adjustment for advance EIC (line 8 – line 9 = line 10)   **10**   2247216 . 39

11 Total deposits for this quarter, including overpayment applied from a prior quarter   **11**   2247216 . 39

12 Balance due (If line 10 is more than line 11, write the difference here.) Make checks payable to *United States Treasury*.   **12**   . 0

13 Overpayment (If line 11 is more than line 10, write the difference here.)   .   Check one [ ] Apply to next return. [ ] Send a refund.

▶ You **MUST** fill out both pages of this form and **SIGN** it.

**Next ➡**

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.        Cat. No. 17001Z    Form **941** (Rev. 1-2006)

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| Common Paymaster Corporation | 20-3248088 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15 (Circular E)*, section 11.

14 [ F ] [ L ] Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in *multiple* states.

15 Check one: ☐ Line 10 is less than $2,500. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Fill out your tax liability for each month. Then go to Part 3.

Tax liability: Month 1 [                    ] .

Month 2 [                    ] .

Month 3 [                    ] .

Total liability for quarter [                    ] . Total must equal line 10.

☑ You were a semiweekly schedule depositor for any part of this quarter. Fill out *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors*, and attach it to this form.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

16 If your business has closed or you stopped paying wages .................. ☐ Check here, and

enter the final date you paid wages [        /        /        ]

17 If you are a seasonal employer and you do not have to file a return for every quarter of the year ... ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name [                    ]

Phone ( ) — Personal Identification Number (PIN) [ ][ ][ ][ ][ ]

☐ No.

## Part 5: Sign here. You MUST fill out both sides of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

X Sign your name here _____ CPA _____

Print name and title Jenny Freeman, CPA

Date 04 27 06   Phone ( 407 ) 517 - 7848

## Part 6: For PAID preparers only *(optional)*

| Paid Preparer's Signature | |
|---|---|
| Firm's name | |
| Address | EIN |
| | ZIP code |
| Date | Phone ( ) SSN/PTIN |
| ☐ Check if you are self-employed. | |

990306

# Schedule B (Form 941):

**Report of Tax Liability for Semiweekly Schedule Depositors**

(Rev. January 2006) Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

(EIN) Employer identification number: 2 0 — 3 2 4 8 0 8 8

Name (not your trade name): **Common Paymaster Corporation**

Calendar year: 2 0 0 6 (Also check quarter)

**Report for this Quarter ...**
(Check one.)

- [X] 1: January, February, March
- [ ] 2: April, May, June
- [ ] 3: July, August, September
- [ ] 4: October, November, December

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in Pub. 15 (Circular E), Employer's Tax Guide, for details.

**Month 1**

| | | | | | | | Tax liability for Month 1 |
|---|---|---|---|---|---|---|---|
| 1 | 9 | 17 | | 25 | 93046. 87 | | 655239. 82 |
| 2 | 10 | 18 | | 26 | | | |
| 3 | 11 19. 12 | 18 | 48817. 78 | 27 | 2261. 82 | | |
| 4 | 12 91094. 19 | 20 | 202361. 93 | 28 | | | |
| 5 176276. 17 | 13 | 21 | | 29 | | | |
| 6 41329. 23 | 14 | 22 | | 30 | 32. 71 | | |
| 7 | 15 | 23 | | 31 | | | |
| 8 | 16 | 24 | | | | | |

**Month 2**

| | | | | | | | Tax liability for Month 2 |
|---|---|---|---|---|---|---|---|
| 1 354. 44 | 9 90776. 39 | 17 | 16263. 46 | 25 | | | 729919. 97 |
| 2 45814. 08 | 10 7089. 09 | 18 | | 26 | | | |
| 3 13856. 05 | 11 | 19 | | 27 | 32. 79 | | |
| 4 | 12 | 20 | | 28 | | | |
| 5 | 13 | 21 | 213742. 08 | 29 | | | |
| 6 198198. 52 | 14 | 22 | 90. 72 | 30 | | | |
| 7 | 15 | 23 | 82108. 32 | 31 | | | |
| 8 | 16 | 44283. 75 | 24 | 17304. 28 | | | |

**Month 3**

| | | | | | | | Tax liability for Month 3 |
|---|---|---|---|---|---|---|---|
| 1 | 9 77606. 35 | 17 | 21195. 11 | 25 | | | 862056. 60 |
| 2 47920. 16 | 10 11921. 17 | 18 | | 26 | | | |
| 3 14249. 74 | 11 | 19 | | 27 | | | |
| 4 | 12 | 20 | 226446. | 28 | | | |
| 5 | 13 1897. 65 | 21 | | 29 | | | |
| 6 215355. 15 | 14 306. 88 | 22 | 524. 96 | 30 | 54806. 44 | | |
| 7 | 15 | 23 | 83996. 74 | 31 | 22216. 55 | | |
| 8 | 16 51771. 72 | 24 | 31841. 63 | | | | |

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter
Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

**Total liability for the quarter** 2247216. 39

For Paperwork Reduction Act Notice, see separate instructions. Cat. No. 11967Q Schedule B (Form 941) Rev. 1-2006

CORRECTED

Form **941 for 2006:** **Employer's QUARTERLY Federal Tax Return**

(Rev. January 2006)

Department of the Treasury — Internal Revenue Service

990106

OMB No. 1545-0029

(EIN)
Employer identification number

`2 0 — 3 2 4 8 0 8 8`

Name (not your trade name)    Common Paymaster Corporation

Trade name (if any)

Address    20 N. Orange Avenue 14th Floor

Number    Street    Suite or room number

Orlando    FL    32801

City    State    ZIP code

**Report for this Quarter ...**
(Check one.)

- [ ] 1: January, February, March
- [X] 2: April, May, June
- [ ] 3: July, August, September
- [ ] 4: October, November, December

Read the separate instructions before you fill out this form. Please type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

| | |
|---|---|
| 1 Number of employees who received wages, tips, or other compensation for the pay period including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), *Dec. 12* (Quarter 4)  **1** | 1074 |
| 2 Wages, tips, and other compensation . . . . . . . . . . . .  **2** | 11109553 . 17 |
| 3 Total income tax withheld from wages, tips, and other compensation .  **3** | 1531713 . 56 |

4 If no wages, tips, and other compensation are subject to social security or Medicare tax .  [ ] Check and go to line 6.

5 Taxable social security and Medicare wages and tips:

| | Column 1 | | Column 2 | |
|---|---|---|---|---|
| 5a Taxable social security wages | 11238900 | 56 | × .124 = | 1393623 . 67 |
| 5b Taxable social security tips | 2663 | 58 | × .124 = | 330 . 28 |
| 5c Taxable Medicare wages & tips | 11346278 | 15 | × .029 = | 329042 . 07 |

| | |
|---|---|
| 5d Total social security and Medicare taxes (*Column 2*, lines 5a + 5b + 5c = line 5d) .  **5d** | 1722996 . 02 |
| 6 Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . .  **6** | 3254709 . 58 |

7 **TAX ADJUSTMENTS** (Read the instructions for line 7 before completing lines 7a through 7h.):

| | |
|---|---|
| 7a Current quarter's fractions of cents . . . . . . . . | 3 . 24 |
| 7b Current quarter's sick pay . . . . . . . . . . | 0 . 00 |
| 7c Current quarter's adjustments for tips and group-term life insurance | 0 . 00 |
| 7d Current year's income tax withholding (attach Form 941c) . . | . |
| 7e Prior quarters' social security and Medicare taxes (attach Form 941c) | . |
| 7f Special additions to federal income tax (attach Form 941c) . . | . |
| 7g Special additions to social security and Medicare (attach Form 941c) | . |

| | | |
|---|---|---|
| 7h **TOTAL ADJUSTMENTS** (Combine all amounts: lines 7a through 7g.) . . . .  **7h** | | 3 . 24 |
| 8 Total taxes after adjustments (Combine lines 6 and 7h.) . . . . . .  **8** | | 3254712 . 82 |
| 9 Advance earned income credit (EIC) payments made to employees . . .  **9** | | 213 . 08 |
| 10 Total taxes after adjustment for advance EIC (line 8 – line 9 = line 10) . . .  **10** | | 3254499 . 74 |
| 11 Total deposits for this quarter, including overpayment applied from a prior quarter . .  **11** | | 3254499 . 74 |
| 12 Balance due (If line 10 is more than line 11, write the difference here.) . .  **12** | | . 0 |

Make checks payable to *United States Treasury*.

13 Overpayment (If line 11 is more than line 10, write the difference here.)    `. `    Check one [ ] Apply to next return.

▶ You **MUST** fill out both pages of this form and **SIGN** it.    [ ] Send a refund.

Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2006)

990206

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| Common Paymaster Corporation | 20-3248088 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15 (Circular E), section 11.*

14 **F** **L** Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in *multiple* states.

15 Check one: ☐ Line 10 is less than $2,500. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Fill out your tax liability for each month. Then go to Part 3.

| Tax liability: | Month 1 | | . |
| | Month 2 | | . |
| | Month 3 | | . |
| Total liability for quarter | | . | Total must equal line 10. |

☑ You were a semiweekly schedule depositor for any part of this quarter. Fill out *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors,* and attach it to this form.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

16 If your business has closed or you stopped paying wages . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages      /    /

17 If you are a seasonal employer and you do not have to file a return for every quarter of the year . ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name

Phone ( )   –    Personal Identification Number (PIN) ☐ ☐ ☐ ☐ ☐

☐ No.

## Part 5: Sign here. You MUST fill out both sides of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

**X**

Sign your name here

Print name and title

Date    /    /    Phone ( )   –

## Part 6: For PAID preparers only *(optional)*

| Paid Preparer's Signature | |
|---|---|
| Firm's name | |
| Address | EIN |
| | ZIP code |
| Date    /    /    Phone ( )   – | SSN/PTIN |

☐ Check if you are self-employed.

Form **941** (Rev. 1-2006)

990306

# Schedule B (Form 941):
## Report of Tax Liability for Semiweekly Schedule Depositors
(Rev. January 2006)   Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

(EIN)
Employer identification number   2 0 — 3 2 4 8 0 8 8

Name (not your trade name)   Common Paymaster Corporation

Calendar year   2 0 0 6   (Also check quarter)

**Report for this Quarter ...**
(Check one.)

- [ ] 1: January, February, March
- [X] 2: April, May, June
- [ ] 3: July, August, September
- [ ] 4: October, November, December

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in *Pub. 15 (Circular E), Employer's Tax Guide*, for details.

**Month 1**

| # | | # | | # | | # | | |
|---|---|---|---|---|---|---|---|---|
| 1 | . | 9 | . | 17 | . | 25 | 38 . 24 | |
| 2 | . | 10 | . | 18 | . | 26 | 3060 . 74 | |
| 3 | . | 11 | . | 19 | . | 27 | 54988 . 98 | |
| 4 | . | 12 | 5056 . 05 | 20 | 363810 . 57 | 28 | 128373 . 75 | |
| 5 | 245379 . 58 | 13 | 52014 . 33 | 21 | 33358 . 57 | 29 | . | |
| 6 | 84789 . 24 | 14 | 60947 . 24 | 22 | . | 30 | . | |
| 7 | 35003 . 03 | 15 | . | 23 | . | 31 | . | |
| 8 | . | 16 | . | 24 | 47 . 90 | | | |

Tax liability for Month 1   1066868 . 22

**Month 2**

| # | | # | | # | | # | | |
|---|---|---|---|---|---|---|---|---|
| 1 | . | 9 | . | 17 | . | 25 | 43694 . 09 | |
| 2 | . | 10 | . | 18 | 88401 . 39 | 26 | 59164 . 29 | |
| 3 | . | 11 | 53310 . 02 | 19 | 34191 . 90 | 27 | . | |
| 4 | 88467 . 55 | 12 | 54465 . 49 | 20 | . | 28 | . | |
| 5 | 326979 . 08 | 13 | . | 21 | . | 29 | . | |
| 6 | . | 14 | . | 22 | 292380 . 96 | 30 | . | |
| 7 | 297 . 52 | 15 | . | 23 | 106 . 15 | 31 | . | |
| 8 | . | 16 | . | 24 | . | | | |

Tax liability for Month 2   1041458 . 44

**Month 3**

| # | | # | | # | | # | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 76335 . 45 | 9 | 48388 . 35 | 17 | . | 25 | . | |
| 2 | 32867 . 41 | 10 | . | 18 | . | 26 | . | |
| 3 | . | 11 | . | 19 | . | 27 | 4009 . 04 | |
| 4 | . | 12 | . | 20 | 302986 . | 28 | . | |
| 5 | 301341 . 13 | 13 | . | 21 | . | 29 | 84375 . 00 | |
| 6 | . | 14 | . | 22 | 42977 . 67 | 30 | 32758 . 26 | |
| 7 | 685 . 61 | 15 | 80624 . 86 | 23 | 61103 . 65 | 31 | . | |
| 8 | 43601 . 31 | 16 | 34118 . 94 | 24 | . | | | |

Tax liability for Month 3   1146173 . 08

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter ▶
Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

Total liability for the quarter   3254499 . 74

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11967Q   Schedule B (Form 941) Rev. 1-2006

Form **941 for 2006:** **Employer's QUARTERLY Federal Tax Return**

(Rev. January 2006)  Department of the Treasury — Internal Revenue Service

990106

OMB No. 1545-0029

(EIN)
Employer identification number  `2 0 — 3 2 4 8 0 8 8`

Name *(not your trade name)*  Common Paymaster Corporation

Trade name *(if any)*

Address  20 N. Orange Avenue 14th Floor
Number    Street                                      Suite or room number

Orlando                   FL    32801
City        State    ZIP code

**Report for this Quarter ...**
**(Check one.)**

[ ] 1: January, February, March

[ ] 2: April, May, June

[X] 3: July, August, September

[ ] 4: October, November, December

Read the separate instructions before you fill out this form. Please type or print within the boxes.

## Part 1: Answer these questions for this quarter.

| | | |
|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), *Dec. 12* (Quarter 4)   1 | 1037 |
| 2 | Wages, tips, and other compensation . . . . . . . . . . . . 2 | 12037279 . 97 |
| 3 | Total income tax withheld from wages, tips, and other compensation . . 3 | 1700720 . 49 |

4  If no wages, tips, and other compensation are subject to social security or Medicare tax . . [ ] Check and go to line 6.

5  Taxable social security and Medicare wages and tips:

| | Column 1 | | Column 2 |
|---|---|---|---|
| 5a  Taxable social security wages | 11412577 . 27 | × .124 = | 1415159 . 58 |
| 5b  Taxable social security tips | . 0 | × .124 = | 0 |
| 5c  Taxable Medicare wages & tips | 12351004 . 96 | × .029 = | 358179 . 14 |

| | | |
|---|---|---|
| 5d  Total social security and Medicare taxes (*Column 2*, lines 5a + 5b + 5c = line 5d)   5d | | 1773338 . 72 |
| 6  Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . 6 | | 3474059 . 21 |

7  TAX ADJUSTMENTS (Read the instructions for line 7 before completing lines 7a through 7h.):

| | |
|---|---|
| 7a  Current quarter's fractions of cents . . . . . . . . . | . |
| 7b  Current quarter's sick pay . . . . . . . . . . . | . |
| 7c  Current quarter's adjustments for tips and group-term life insurance | . 00] |
| 7d  Current year's income tax withholding (attach Form 941c) . . . | . |
| 7e  Prior quarters' social security and Medicare taxes (attach Form 941c) | . |
| 7f  Special additions to federal income tax (attach Form 941c) . . | . |
| 7g  Special additions to social security and Medicare (attach Form 941c) | . |

| | | |
|---|---|---|
| 7h  **TOTAL ADJUSTMENTS** (Combine all amounts: lines 7a through 7g.) . . . . 7h | | . |
| 8  Total taxes after adjustments (Combine lines 6 and 7h.) . . . . . . 8 | | 3474059 . 21 |
| 9  Advance earned income credit (EIC) payments made to employees . . . 9 | | 174 . 96 |
| 10  Total taxes after adjustment for advance EIC (line 8 – line 9 = line 10) . . 10 | | 3473884 . 25 |
| 11  Total deposits for this quarter, including overpayment applied from a prior quarter . . 11 | | 3481117 . 16 |
| 12  Balance due (If line 10 is more than line 11, write the difference here.) . . . . 12 | | 0 |

Make checks payable to *United States Treasury.*

| | | |
|---|---|---|
| 13  Overpayment (If line 11 is more than line 10, write the difference here.) | 7232.91 . | Check one [✓] Apply to next return. |
| | | [ ] Send a refund. |

▶ You **MUST** fill out both pages of this form and SIGN it.

Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2006)

990206

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15 (Circular E),* section 11.

14  F  L   Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in *multiple* states.

15  Check one: ☐ Line 10 is less than $2,500. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Fill out your tax liability for each month. Then go to Part 3.

Tax liability:   Month 1 [                    . ]

Month 2 [                    . ]

Month 3 [                    . ]

Total liability for quarter [                    . ]  Total must equal line 10.

☑ You were a semiweekly schedule depositor for any part of this quarter. Fill out *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors,* and attach it to this form.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

16  If your business has closed or you stopped paying wages . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages [    /    /    ] .

17  If you are a seasonal employer and you do not have to file a return for every quarter of the year . . ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name [                                        ]

Phone ( )  –   Personal Identification Number (PIN) ☐ ☐ ☐ ☐ ☐

☐ No.

## Part 5: Sign here. You MUST fill out both sides of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

X  Sign your name here [ *Jenny Freeman* ]

Print name and title [ JENNY FREEMAN ]

Date [ 10/17/06 ]  Phone [ (407) 517 - 7806 ]

## Part 6: For PAID preparers only *(optional)*

| Paid Preparer's Signature | | | |
|---|---|---|---|
| Firm's name | | | |
| Address | | EIN | |
| | | ZIP code | |
| Date | /    /    Phone ( )  – | SSN/PTIN | |
| ☐ Check if you are self-employed. | | | |

Form **941** (Rev. 1-2006)

# Schedule B (Form 941):
## Report of Tax Liability for Semiweekly Schedule Depositors
(Rev. January 2006)    Department of the Treasury — Internal Revenue Service

990306

OMB No. 1545-0029

(EIN) Employer identification number: 2 0 — 3 2 4 8 0 8 8

Name (not your trade name): Common Paymaster Corporation

Calendar year: 2 0 0 6    (Also check quarter)

**Report for this Quarter ...** (Check one.)

[ ] 1: January, February, March
[ ] 2: April, May, June
[X] 3: July, August, September
[ ] 4: October, November, December

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in *Pub. 15 (Circular E), Employer's Tax Guide,* for details.

### Month 1

| Day | Amount | Day | Amount | Day | Amount | Day | Amount |
|---|---|---|---|---|---|---|---|
| 1 | . | 9 | . | 17 | . | 25 | . |
| 2 | . | 10 | . | 18 | . | 26 | . |
| 3 | . | 11 | . | 19 | . | 27 | 82084.76 |
| 4 | . | 12 | . | 20 | 353000.33 | 28 | 31436.09 |
| 5 | 317655.83 | 13 | 75076.56 | 21 | 83333.36 | 29 | . |
| 6 | 46565.35 | 14 | 50660.96 | 22 | . | 30 | . |
| 7 | 47773.48 | 15 | . | 23 | . | 31 | . |
| 8 | . | 16 | . | 24 | . | | |

Tax liability for Month 1: **1087586.72**

### Month 2

| Day | Amount | Day | Amount | Day | Amount | Day | Amount |
|---|---|---|---|---|---|---|---|
| 1 | . | 9 | . | 17 | 52785.56 | 25 | 31014.22 |
| 2 | . | 10 | 94946.01 | 18 | 88866.73 | 26 | . |
| 3 | 59414.89 | 11 | 82112.17 | 19 | . | 27 | . |
| 4 | 115677.20 | 12 | . | 20 | . | 28 | . |
| 5 | . | 13 | . | 21 | 311872.79 | 29 | . |
| 6 | . | 14 | . | 22 | 398.20 | 30 | . |
| 7 | 331038.34 | 15 | . | 23 | . | 31 | 47277.30 |
| 8 | . | 16 | . | 24 | 74167.85 | | |

Tax liability for Month 2: **1289571.26**

### Month 3

| Day | Amount | Day | Amount | Day | Amount | Day | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 47247.03 | 9 | . | 17 | . | 25 | . |
| 2 | . | 10 | . | 18 | . | 26 | . |
| 3 | . | 11 | . | 19 | . | 27 | . |
| 4 | . | 12 | . | 20 | 313049. | 28 | 48882.66 |
| 5 | 309403.92 | 13 | 35.32 | 21 | 76355.94 | 29 | 68390.34 |
| 6 | . | 14 | 45781.53 | 22 | 32847.82 | 30 | . |
| 7 | 73293.13 | 15 | 46092.44 | 23 | . | 31 | . |
| 8 | 35351.52 | 16 | . | 24 | . | | |

Tax liability for Month 3: **1096731.47**

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter ▶
**Total must equal line 10 on Form 941** (or line 8 on Form 941-SS).

Total liability for the quarter: **3473889.45**

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11967Q    Schedule B (Form 941) Rev. 1-2006

Form **941 for 2006:** **Employer's QUARTERLY Federal Tax Return**

(Rev. January 2006)     Department of the Treasury — Internal Revenue Service

990106

OMB No. 1545-0029

**(EIN)**
**Employer identification number**   `2 0 — 3 2 4 8 0 8 8`

**Name** (not your trade name)   Common Paymaster Corporation

**Trade name** (if any)

**Address**   20 N. Orange Avenue 14th Floor
Number   Street   Suite or room number

Orlando   FL   32801
City   State   ZIP code

**Report for this Quarter ...**
(Check one.)

☐ 1: January, February, March

☐ 2: April, May, June

☐ 3: July, August, September

☒ 4: October, November, December

Read the separate instructions before you fill out this form. Please type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

| | | |
|---|---|---|
| 1 Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4) | 1 | 1252 |
| 2 Wages, tips, and other compensation | 2 | 16682773 . 32 |
| 3 Total income tax withheld from wages, tips, and other compensation | 3 | 2392061 . 64 |

4 If no wages, tips, and other compensation are subject to social security or Medicare tax . ☐ Check and go to line 6.

5 Taxable social security and Medicare wages and tips:

| | Column 1 | | Column 2 |
|---|---|---|---|
| 5a Taxable social security wages | 13751998 . 92 | × .124 = | 1705247 . 87 |
| 5b Taxable social security tips | 37960 . 41 | × .124 = | 4707 . 09 |
| 5c Taxable Medicare wages & tips | 16977897 . 52 | × .029 = | 492359 . 03 |

| | | |
|---|---|---|
| 5d Total social security and Medicare taxes (Column 2, lines 5a + 5b + 5c = line 5d) . | 5d | 2202313 . 99 |
| 6 Total taxes before adjustments (lines 3 + 5d = line 6) | 6 | 4594375 . 63 |

7 **TAX ADJUSTMENTS** (Read the instructions for line 7 before completing lines 7a through 7h.):

| | |
|---|---|
| 7a Current quarter's fractions of cents | 4 . 77 |
| 7b Current quarter's sick pay | 0 . 00 |
| 7c Current quarter's adjustments for tips and group-term life insurance | 0 . 00 |
| 7d Current year's income tax withholding (attach Form 941c) | . |
| 7e Prior quarters' social security and Medicare taxes (attach Form 941c) | . |
| 7f Special additions to federal income tax (attach Form 941c) | . |
| 7g Special additions to social security and Medicare (attach Form 941c) | . |

| | | |
|---|---|---|
| 7h **TOTAL ADJUSTMENTS** (Combine all amounts: lines 7a through 7g.) | 7h | 4 . 77 |
| 8 Total taxes after adjustments (Combine lines 6 and 7h.) | 8 | 4594380 . 40 |
| 9 Advance earned income credit (EIC) payments made to employees | 9 | 61 . 70 |
| 10 Total taxes after adjustment for advance EIC (line 8 – line 9 = line 10) | 10 | 4594318 . 70 |
| 11 Total deposits for this quarter, including overpayment applied from a prior quarter | 11 | 4594318 . 70 |
| 12 Balance due (If line 10 is more than line 11, write the difference here.) Make checks payable to United States Treasury. | 12 | . 0 |

13 Overpayment (If line 11 is more than line 10, write the difference here.)  `.`   Check one ☐ Apply to next return.
☐ Send a refund.

▶ You MUST fill out both pages of this form and SIGN it.

Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.   Cat. No. 17001Z   Form **941** (Rev. 1-2006)

990206

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| Common Paymaster Corporation | 20-3248088 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15 (Circular E)*, section 11.

14 `F` `L`  Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in *multiple* states.

15 Check one: ☐ Line 10 is less than $2,500. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Fill out your tax liability for each month. Then go to Part 3.

Tax liability: Month 1 [ . ]

Month 2 [ . ]

Month 3 [ . ]

Total liability for quarter [ . ] Total must equal line 10.

☑ You were a semiweekly schedule depositor for any part of this quarter. Fill out *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors,* and attach it to this form.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

16 If your business has closed or you stopped paying wages . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages [ / / ].

17 If you are a seasonal employer and you do not have to file a return for every quarter of the year . . ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☐ Yes. Designee's name

Phone ( ) – Personal Identification Number (PIN) ☐ ☐ ☐ ☐ ☐

☐ No.

## Part 5: Sign here. You MUST fill out both sides of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

X Sign your name here _[signature]_

Print name and title _MARTIN C. RYAN, JR_

Date _2/15/07_ Phone _(407)517-7886_

## Part 6: For PAID preparers only (optional)

Paid Preparer's Signature

Firm's name

Address | EIN |
| ZIP code |

Date / / Phone ( ) – SSN/PTIN

☐ Check if you are self-employed.

Page **2** Form **941** (Rev. 1-2006)

990306

# Schedule B (Form 941):
## Report of Tax Liability for Semiweekly Schedule Depositors
(Rev. January 2006)    Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

(EIN)
Employer identification number    2 0 — 3 2 4 8 0 8 8

Name (not your trade name)    Common Paymaster Corporation

Calendar year    2 0 0 6    (Also check quarter)

**Report for this Quarter ...**
(Check one.)

- [ ] 1: January, February, March
- [ ] 2: April, May, June
- [ ] 3: July, August, September
- [X] 4: October, November, December

Use this schedule to show your TAX LIABILITY for the quarter; DO NOT use it to show your deposits. You must fill out this form and attach it to Form 941 (or Form 941-SS) if you are a semiweekly schedule depositor or became one because your accumulated tax liability on any day was $100,000 or more. Write your daily tax liability on the numbered space that corresponds to the date wages were paid. See Section 11 in *Pub. 15 (Circular E), Employer's Tax Guide,* for details.

### Month 1

| # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|
| 1 | . | 9 | . | 17 | . | 25 | . |
| 2 | . | 10 | 173.90 | 18 | . | 26 | 52438.62 |
| 3 | . | 11 | 230.45 | 19 | 71722.85 | 27 | 122883.87 |
| 4 | . | 12 | 47148.41 | 20 | 376237.25 | 28 | . |
| 5 | 383925.88 | 13 | 43050.87 | 21 | . | 29 | . |
| 6 | 40805.91 | 14 | . | 22 | . | 30 | . |
| 7 | . | 15 | . | 23 | . | 31 | . |
| 8 | . | 16 | . | 24 | . | | |

**Tax liability for Month 1**    1138618.01

### Month 2

| # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|
| 1 | . | 9 | 47845.75 | 17 | 35621.36 | 25 | . |
| 2 | 79338.55 | 10 | 43633.66 | 18 | . | 26 | . |
| 3 | 42539.03 | 11 | . | 19 | . | 27 | . |
| 4 | . | 12 | . | 20 | 350776.27 | 28 | 93.13 |
| 5 | . | 13 | . | 21 | . | 29 | . |
| 6 | 431280.54 | 14 | . | 22 | 50841.65 | 30 | 63832.03 |
| 7 | . | 15 | . | 23 | . | 31 | . |
| 8 | 352.91 | 16 | 76202.75 | 24 | 60239.94 | | |

**Tax liability for Month 2**    1282597.57

### Month 3

| # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|
| 1 | 40197.60 | 9 | . | 17 | . | 25 | . |
| 2 | . | 10 | . | 18 | . | 26 | . |
| 3 | . | 11 | . | 19 | . | 27 | . |
| 4 | 89.07 | 12 | . | 20 | 342591.75 | 28 | 70114.84 |
| 5 | 338600.01 | 13 | 77.22 | 21 | 45018.44 | 29 | 1071714.63 |
| 6 | . | 14 | 72966.93 | 22 | 49481.85 | 30 | . |
| 7 | 44133.76 | 15 | 43613.72 | 23 | . | 31 | 2748.72 |
| 8 | 51755.29 | 16 | . | 24 | . | | |

**Tax liability for Month 3**    2173103.12

Fill in your total liability for the quarter (Month 1 + Month 2 + Month 3) = Total tax liability for the quarter ▶
Total must equal line 10 on Form 941 (or line 8 on Form 941-SS).

**Total liability for the quarter**    4594318.70

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11967Q    Schedule B (Form 941) Rev. 1-2006