# COMPOSITE EXHIBIT "B"



BUSH|ROSS
ATTORNEYS AT LAW

220 South Franklin Street
Tampa, Florida 33602-5330
(813) 224-9255 [Phone]
(813) 223-9620 [Fax]
www.bushross.com

Mailing Address:
Post Office Box 3913
Tampa, Florida 33601-3913

**JEFFREY W. WARREN**
jwarren@bushross.com
(813) 204-6423 [Direct Line]

April 23, 2007

<u>**VIA E-MAIL & HAND DELIVERY**</u>

John A. Anthony, Esq.
GrayRobinson, P.A.
201 N. Franklin Street
Suite 2200
Tampa, Florida 33602

and

Larry S. Hyman
106 S. Tampania Avenue
Suite 200
Tampa, Fl. 33609

   Re:  Community Health Solutions of America, LLC

Dear John and Larry:

   With the help of Mark Bernet, we were able to confirm that Marty Flynn was still in a position to act on behalf of Common Paymaster Corporation ("**CPC**") with respect to the Form 941s filed by CPC with the Internal Revenue Service ("**IRS**").

   We were able to reach Mr. Flynn, and he again graciously agreed to assist in our endeavor to satisfy your requests that we obtain copies from the IRS of the transcripts for CPC for its Form 941s for the 4th Quarter of 2005 and each Quarter of 2006 (collectively, the "**Transcripts**"). At our request (and to expedite receipt of the Transcripts), Mr. Flynn personally went to the IRS office in Orlando to obtain copies of the Transcripts. Copies of the Transcripts, as provided to Mr. Flynn, are attached to this letter.

   This is the first time I have ever reviewed IRS transcripts, so I asked one of the attorneys in the Bush Ross corporate group for a sample of what to expect. He provided me with a copy of an Account Transcript for Form 941s previously obtained by one of our firm's clients in January of 2007. He advised that this client's request had been made without a need for an immediate copy and that the IRS "Transcript Delivery System" in Philadelphia had faxed the requested



John A. Anthony, Esq.
Larry S. Hyman
April 23, 2007
Page 2

transcripts to the client. Although there is a different appearance in the faxed copy for this client (easier to review), both the transaction codes and information contained in the Transcripts are the same. I assume that Larry is familiar with the format we received "over the counter" and will accept them as true copies of the Transcripts.

Both of you should note that I also enclose a copy of a March 23, 2007 letter from the IRS to CPC regarding its Form 941 advising CPC that it doesn't "need to do anything further now on this matter" and apologizing "for any inconvenience we (IRS) may have caused you (CPC)." When you review the Transcripts you will notice that the 3rd Quarter and 4th Quarter reports do not provide an entry reflecting a Code 150 transaction. Code 150 is the IRS code for a "Return Filed and Tax Assessed."

I asked Mr. Flynn to obtain a clarification from the IRS as to why the Code 150 transactions for the 3rd Quarter and 4th Quarter filed returns were not reflected on the Transcripts for those quarters. He contacted the IRS again and spoke with IRS Agent Bill, ID # 2806831 (the "**IRS Agent**"), who looked up the CPC account and noted that the returns were still being processed. He directed Mr. Flynn to the March 23, 2007 letter stating that the IRS needed additional time to process the returns. Mr. Flynn had not previously seen this letter, but he was able to find it later at the offices of CPC. Mr. Flynn explained to the IRS Agent the need to have confirmation that the IRS had received the 3rd and 4th Quarter Form 941s even though the returns had not been processed and were not reflected on the Transcripts for those two (2) periods. The IRS Agent said he would send out a letter confirming receipt by the IRS of the two (2) returns, but said he could not fax the letter because it was a computer generated letter. I assume the IRS regularly has these situations occur and to them it is rather routine for the transcript to not reflect a filed return.

Since I am aware of your desire to receive verification of the filing of the two (2) returns and I am concerned about any exposure of the Reorganized Debtor to the IRS, I asked Steve Oscher whether, in his experience, there should be any reasonable concern about the inability to conclusively prove using the Transcripts that the two (2) returns had been filed. Steve said he did not believe there was any reason for concern. The Transcripts confirm that payments were made (which was also confirmed earlier), we have copies of the signed returns and the payments match the returns. Steve contacted several of his professional colleagues who confirmed his belief. It did not seem unusual to Steve for the IRS to have failed to post transactions reflecting receipt of returns. It seems to me that this would be consistent with an on-going IRS investigation.



Please feel free to contact me if you have any further questions.

Very truly yours,

Jeffrey W. Warren

JWW/ml

cc:    Stephenie Biernacki Anthony, Esq.
       Cheryl Thompson, Esq.
       Theresa M. Boatner, Esq.
       Mark J. Bernet, Esq.
       Allan Watkins, Esq.
       Steven S. Oscher

# 4th Quarter
# 2005

```
BMFOLT20-3248088 01200612000  BMF TAX MODULE     NM CTRL:COMM
88977-501-01615-7                                           UP-CYC:16

CAF:0/AIMS SC:00  MF ASS D MOD BAL:      1,682,780.29- ARDI:0    FRZ:
ASED:00-00-0000                   INTEREST TO DATE:04-30-2007 EMIS/
GOVERNING SC:29  *C CORP*   2% TRIGGER DATE: 00-00-0000 FTP START DT:00-00-0000
HISTORIC ULC:59             INT TOT:             0.00  FTP MONTHS:00
TDA COPYS:               INT AS:             0.00 FTP TT:            0.00
DAR CC:00             INT PD:             0.00  FTP ASD:            0.00
LATEST CSED DATE:00-00-0000 RSED DT:00-00-0000 RET DUE DT:01-31-2007
EARLIEST CSED DT:00-00-0000 IMMINENT CSED DT:00-00-0000 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0   FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000

TRANS DATE        AMOUNT       CYCLE      DLN         VARIABLE DATA

650  10062006          224,595.27- 200642 81119-279-70592-6
     ELEC PAY IND:E  EFT TRACE#: 29-230627900000641
650  10102006          150,000.00- 200642 81119-283-81401-6
     ELEC PAY IND:E  EFT TRACE#: 29-230628300000911
650  10112006           50,000.00- 200642 81119-284-78962-6
     ELEC PAY IND:E  EFT TRACE#: 29-230628400000638

           PAGE 001 OF 004        BMFPG 002
```

```
BMFOLT20-3248088 01200612000  BMF TAX MODULE      NM CTRL:COMM
88977-501-01615-7                                        UP-CYC:16
```

```
    TRANS DATE         AMOUNT        CYCLE  DLN           VARIABLE DATA
650  10162006              26,375.94- 200643 81119-289-28716-6
     ELEC PAY IND:E  EFT TRACE#: 29-270668900988500
650  10162006              63,571.86- 200643 81119-289-85086-6
     ELEC PAY IND:E  EFT TRACE#: 29-270668900660014
650  10232006              51,966.55- 200644 81119-296-16908-6
     ELEC PAY IND:E  EFT TRACE#: 29-270669600688238
650  10232006             250,000.00- 200644 81119-296-84474-6
     ELEC PAY IND:E  EFT TRACE#: 29-230629600000569
650  10232006              19,756.30- 200644 81119-296-94833-6
     ELEC PAY IND:E  EFT TRACE#: 29-270669600102065
650  10252006              59,248.76- 200644 81119-298-49164-6
     ELEC PAY IND:E  EFT TRACE#: 29-230629800000759
650  10262006              66,988.49- 200644 81119-299-46027-6
     ELEC PAY IND:E  EFT TRACE#: 29-230629900000400
650  10302006              41,950.87- 200645 81119-303-02409-6
     ELEC PAY IND:E  EFT TRACE#: 29-270670300075014
650  10302006             126,138.71- 200645 81119-303-11605-6
     ELEC PAY IND:E  EFT TRACE#: 29-270670300284797
```

```
BMFOLT20-3248088 01200612000  BMF TAX MODULE      NM CTRL:COMM
88977-501-01615-7                                         UP-CYC:16

TRANS DATE          AMOUNT        CYCLE  DLN          VARIABLE DATA
650  11062006           67,877.58- 200646 81119-310-52546-6
     ELEC PAY IND:E  EFT TRACE#: 29-230631000000582
650  11082006           48,198.66- 200647 81119-312-25118-6
     ELEC PAY IND:E  EFT TRACE#: 29-230631200000687
650  11102006           54,000.00- 200647 81119-314-32813-6
     ELEC PAY IND:E  EFT TRACE#: 29-270671400288319
650  11102006           13,313.95- 200647 81119-314-40540-6
     ELEC PAY IND:E  EFT TRACE#: 29-270671400442903
650  11102006           30,822.66- 200647 81119-314-43472-6
     ELEC PAY IND:E  EFT TRACE#: 29-270671400499139
650  11222006          146,702.95- 200649 81119-326-26715-6
     ELEC PAY IND:E  EFT TRACE#: 29-230632600000747
650  11302006           92,708.23- 200649 81119-334-78597-6
     ELEC PAY IND:E  EFT TRACE#: 29-230633400000532
650  12012006           11,414.53- 200650 81119-335-74299-6
     ELEC PAY IND:E  EFT TRACE#: 29-270673500253189
650  12072006           87,148.98- 200650 81119-341-41479-6
     ELEC PAY IND:E  EFT TRACE#: 29-230634100000491
599  03262007               0.00  200711 29141-060-02105-7 CLOSING CODE:06
              PAGE 003 OF 004            BMFPG 004
```

Station Name: MND001WA2541501 Date: 4/19/2007 Time: 2:15:37 PM

BMFOLT20-3248088 01200612000   BMF TAX MODULE        NM CTRL:COMM
88977-501-01615-7                                          UP-CYC:16

TRANS DATE         AMOUNT        CYCLE  DLN                    VARIABLE DATA
960R 03142007               0.00 200712 88977-473-01604-7 CAF SC:29
961  04112007               0.00 200716 88977-501-01615-7

PAGE 004 OF 004        BMFPG 001

# 1st Quarter
# 2006

```
BMFOLT20-3248088 01200512000  BMF TAX MODULE      NM CTRL:COMM
29141-042-18625-6                                            UP-CYC:16
```

```
CAF:0/AIMS SC:00  MF ASS D MOD BAL:              0.00  ARDI:0    FRZ:
ASED:04-15-2009        INTEREST TO DATE:04-30-2007
GOVERNING SC:29  *C CORP*   2% TRIGGER DATE: 00-00-0000 FTP START DT:01-31-2006
HISTORIC ULC:59        INT TOT:                  0.00  FTP MONTHS:00
TDA COPYS:0000         INT AS:             0.00  FTP TT:              0.00
DAR CC:00          INT PD:             0.00  FTP ASD:             0.00
LATEST CSED DATE:03-13-2016 RSED DT:04-15-2009 RET DUE DT:01-31-2006 GATT
EARLIEST CSED DT:03-13-2016 IMMINENT CSED DT:03-13-2016 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000
```

```
TRANS DATE        AMOUNT       CYCLE      DLN             VARIABLE DATA
150  03132006      1,010,107.09  200609 29141-042-18625-6 TC150:01312006
                       0.00  REMIT AMT (610)              USE DEFINER 'R'
650  10192005       96,189.88- 200544 18197-297-00008-5
                 TUS LOC NO: 18-44-0000000383814
650  10202005         777.12- 200544 18197-297-00008-5
                 TUS LOC NO: 18-44-0000000382995
```

BMFOLT20-3248088 01200512000  BMF TAX MODULE      NM CTRL:COMM
29141-042-18625-6                                          UP-CYC:16

| TRANS | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|-------|------|--------|-------|-----|---------------|
| 650 | 10122005 | 4,008.66- | 200546 | 18197-311-00008-5 | |
| | | TUS LOC NO: 18-43-0000000039453 | | | |
| 650 | 11022005 | 132,526.74- | 200546 | 18197-311-00008-5 | |
| | | TUS LOC NO: 18-46-0000000066627 | | | |
| 650 | 11022005 | 8,061.44- | 200546 | 18197-311-00008-5 | |
| | | TUS LOC NO: 18-46-0000000066628 | | | |
| 650 | 11032005 | 777.12- | 200546 | 18197-311-00008-5 | |
| | | TUS LOC NO: 18-46-0000000070665 | | | |
| 650 | 11102005 | 2,380.63- | 200547 | 81119-314-86379-5 | |
| | | ELEC PAY IND:E  EFT TRACE#: 29-270531400737496 | | | |
| 650 | 11172005 | 136,091.33- | 200547 | 81119-321-82529-5 | |
| | | ELEC PAY IND:E  EFT TRACE#: 29-270532100867163 | | | |
| 650 | 11232005 | 2,487.39- | 200548 | 81119-327-94201-5 | |
| | | ELEC PAY IND:E  EFT TRACE#: 29-270532700499863 | | | |
| 650 | 12022005 | 12,404.04- | 200550 | 81119-336-32395-5 | |
| | | ELEC PAY IND:E  EFT TRACE#: 29-270533600751719 | | | |
| 650 | 12052005 | 13,607.35- | 200550 | 81119-339-77372-5 | |
| | | ELEC PAY IND:E  EFT TRACE#: 29-270533900532797 | | | |

BMFOLT20-3248088 01200512000  BMF TAX MODULE     NM CTRL:COMM
29141-042-18625-6                                          UP-CYC:16

| | TRANS DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|---|---|---|---|---|---|
| 650 | 12062005 | 33,277.41- | 200550 | 81119-340-29956-5 | |
| | ELEC PAY IND:E | EFT TRACE#: 29-220534000216759 | | | |
| 650 | 12062005 | 105,857.20- | 200550 | 81119-340-88771-5 | |
| | ELEC PAY IND:E | EFT TRACE#: 29-270534000106895 | | | |
| 650 | 12092005 | 1,694.46- | 200551 | 81119-343-75328-5 | |
| | ELEC PAY IND:E | EFT TRACE#: 29-270534300593541 | | | |
| 650 | 12092005 | 795.56- | 200551 | 81119-343-79639-5 | |
| | ELEC PAY IND:E | EFT TRACE#: 29-270534300701869 | | | |
| 650 | 12142005 | 374.75- | 200551 | 81119-348-31985-5 | |
| | ELEC PAY IND:E | EFT TRACE#: 29-270534800176122 | | | |
| 650 | 12142005 | 1,243.16- | 200551 | 81119-348-68982-5 | |
| | ELEC PAY IND:E | EFT TRACE#: 29-270534800612092 | | | |
| 650 | 12212005 | 125,756.41- | 200552 | 81119-355-00533-5 | |
| | ELEC PAY IND:E | EFT TRACE#: 29-270535500760979 | | | |
| 650 | 12212005 | 40,025.70- | 200552 | 81119-355-53963-5 | |
| | ELEC PAY IND:E | EFT TRACE#: 29-270535500158138 | | | |
| 650 | 12272005 | 727.60- | 200603 | 81119-361-34133-5 | |
| | ELEC PAY IND:E | EFT TRACE#: 29-270536100296351 | | | |

PAGE 003 OF 004          BMFPG 004

BMFOLT20-3248088 01200512000  BMF TAX MODULE      NM CTRL:COMM
29141-042-18625-6                                         UP-CYC:16

```
TRANS DATE            AMOUNT       CYCLE  DLN             VARIABLE DATA
650  12272005            1,491.33- 200603 81119-361-49680-5
     ELEC PAY IND:E  EFT TRACE#: 29-270536100677314
650  12302005          209,401.08- 200603 81119-364-11805-5
     ELEC PAY IND:E  EFT TRACE#: 29-270536400006164
650  12302005            4,298.93- 200603 81119-364-18528-5
     ELEC PAY IND:E  EFT TRACE#: 29-270536400109036
650  12302005            8,942.59- 200603 81119-364-25181-5
     ELEC PAY IND:E  EFT TRACE#: 29-270536400211694
650  12302005           68,528.72- 200603 81119-364-55626-5
     ELEC PAY IND:E  EFT TRACE#: 29-270536400683117
766  01312006              168.14- 200609 29141-042-18625-6 OF TRC #:0000000000
                                                             REF NUM:000
970  01312006                 0.00 200609 29141-042-18625-6 USE DEF CODE 'R'
836  01312006             1,787.65 200609 29141-042-18625-6
914  11062006                 0.00 200646 07977-710-30068-6 AGENT ID:59036121
960R 03142007                 0.00 200712 88977-473-01610-7 CAF SC:29
961  04112007                 0.00 200716 88977-501-01619-7
```

            PAGE 004 OF 004          BMFPG 001

# 2nd Quarter
# 2006

```
BMFOLT20-3248088 01200603000  BMF TAX MODULE      NM CTRL:COMM
29141-142-26940-6                                        UP-CYC:16

CAF:0/AIMS SC:00  MF ASS D MOD BAL:          0.00  ARDI:0    FRZ:     -
ASED:04-15-2010          INTEREST TO DATE:04-30-2007
GOVERNING SC:29  *C CORP*   2% TRIGGER DATE: 00-00-0000 FTP START DT:04-30-2006
HISTORIC ULC:59          INT TOT:              0.00  FTP MONTHS:00
TDA COPYS:0000      INT AS:            0.00  FTP TT:              0.00
DAR CC:00        INT PD:           0.00  FTP ASD:              0.00
LATEST CSED DATE:06-19-2016 RSED DT:04-15-2010 RET DUE DT:04-30-2006 GATT
EARLIEST CSED DT:06-19-2016 IMMINENT CSED DT:06-19-2016 F2290 IND:00
DISASTER DUE DT:00-00-0000 AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:       DISASTER START DT:00-00-0000

TRANS DATE      AMOUNT        CYCLE      DLN          VARIABLE DATA
150  06192006    2,247,380.31  200623 29141-142-26940-6 TC150:04302006
                    0.00  REMIT AMT (610)           USE DEFINER 'R'
650  01062006          127,353.00- 200603 81119-006-67514-6
     ELEC PAY IND:E  EFT TRACE#: 29-270640600404670
650  01062006           41,121.50- 200603 81119-006-91160-6
     ELEC PAY IND:E  EFT TRACE#: 29-270640600926074


        PAGE 001 OF 011          BMFPG 002
```

```
BMFOLT20-3248088 01200603000  BMF TAX MODULE      NM CTRL:COMM
29141-142-26940-6                                            UP-CYC:16

TRANS DATE            AMOUNT           CYCLE  DLN           VARIABLE DATA
650  01092006               7,711.03- 200603 81119-009-26750-6
     ELEC PAY IND:E  EFT TRACE#: 29-270640900452649
650  01092006               3,835.77- 200603 81119-009-38889-6
     ELEC PAY IND:E  EFT TRACE#: 29-270640900770344
650  01122006              12,268.61- 200603 81119-012-44122-6
     ELEC PAY IND:E  EFT TRACE#: 29-270641200131319
650  01122006               6,132.36- 200603 81119-012-55286-6
     ELEC PAY IND:E  EFT TRACE#: 29-270641200536794
650  01122006              29,060.62- 200603 81119-012-57383-6
     ELEC PAY IND:E  EFT TRACE#: 29-270641200611426
650  01122006               2,274.73- 200603 81119-012-61971-6
     ELEC PAY IND:E  EFT TRACE#: 29-270641200778699
650  01132006              24,044.71- 200604 81119-013-63896-6
     ELEC PAY IND:E  EFT TRACE#: 29-270641300758676
650  01132006              67,049.48- 200604 81119-013-74012-6
     ELEC PAY IND:E  EFT TRACE#: 29-270641300867977
650  01232006              49,155.16- 200605 81119-023-07590-6
     ELEC PAY IND:E  EFT TRACE#: 29-270642300401407

          PAGE 002 OF 011            BMFPG 003
```

```
BMFOLT20-3248088 01200603000  BMF TAX MODULE      NM CTRL:COMM
29141-142-26940-6                                        UP-CYC:16

TRANS DATE           AMOUNT          CYCLE  DLN          VARIABLE DATA
650  01232006             35,356.30- 200605 81119-023-11689-6
     ELEC PAY IND:E  EFT TRACE#: 29-270642300525685
650  01232006             13,461.48- 200605 81119-023-18888-6
     ELEC PAY IND:E  EFT TRACE#: 29-270642300745167
650  01232006            145,309.82- 200605 81119-023-21876-6
     ELEC PAY IND:E  EFT TRACE#: 29-270642300836853
650  01272006             68,536.31- 200606 81119-027-03597-6
     ELEC PAY IND:E  EFT TRACE#: 29-270642700411568
650  01272006             24,510.56- 200606 81119-027-90071-6
     ELEC PAY IND:E  EFT TRACE#: 29-270642700037494
650  01302006                717.09- 200606 81119-030-05808-6
     ELEC PAY IND:E  EFT TRACE#: 29-270643000997608
650  01302006              1,544.73- 200606 81119-030-71521-6
     ELEC PAY IND:E  EFT TRACE#: 29-270643000085762
650  02012006                 21.25- 200606 81119-032-10403-6
     ELEC PAY IND:E  EFT TRACE#: 29-270643200055301
650  02012006                 11.46- 200606 81119-032-53269-6
     ELEC PAY IND:E  EFT TRACE#: 29-270643200613122
```

BMFOLT20-3248088 01200603000  BMF TAX MODULE      NM CTRL:COMM
29141-142-26940-6                                          UP-CYC:16

```
TRANS DATE          AMOUNT          CYCLE  DLN              VARIABLE DATA
650  02022006                 222.03- 200606 81119-033-16136-6
     ELEC PAY IND:E  EFT TRACE#: 29-270643300282878
650  02022006                 132.41- 200606 81119-033-33634-6
     ELEC PAY IND:E  EFT TRACE#: 29-270643300897629
650  02032006              12,793.55- 200607 81119-034-11685-6
     ELEC PAY IND:E  EFT TRACE#: 29-270643400751990
650  02032006              33,020.53- 200607 81119-034-91969-6
     ELEC PAY IND:E  EFT TRACE#: 29-270643400379254
650  02062006               4,479.54- 200607 81119-037-07391-6
     ELEC PAY IND:E  EFT TRACE#: 29-270643700519503
650  02062006               9,376.51- 200607 81119-037-18864-6
     ELEC PAY IND:E  EFT TRACE#: 29-270643700831944
650  02072006             149,751.74- 200607 81119-038-17353-6
     ELEC PAY IND:E  EFT TRACE#: 29-270643800205763
650  02072006              48,446.78- 200607 81119-038-22118-6
     ELEC PAY IND:E  EFT TRACE#: 29-270643800372290
650  02102006              66,878.83- 200608 81119-041-15560-6
     ELEC PAY IND:E  EFT TRACE#: 29-270644100958874
```

              PAGE 004 OF 011           BMFPG 005

BMFOLT20-3248088 01200603000  BMF TAX MODULE      NM CTRL:COMM
29141-142-26940-6                                                UP-CYC:16

```
TRANS DATE            AMOUNT         CYCLE  DLN              VARIABLE DATA
650  02102006            23,897.56- 200608 81119-041-93389-6
     ELEC PAY IND:E  EFT TRACE#: 29-270644100422566
650  02132006             5,224.12- 200608 81119-044-25811-6
     ELEC PAY IND:E  EFT TRACE#: 29-270644400070083
650  02132006             1,864.97- 200608 81119-044-37314-6
     ELEC PAY IND:E  EFT TRACE#: 29-270644400337994
650  02172006             2,893.20- 200609 81119-048-21424-6
     ELEC PAY IND:E  EFT TRACE#: 29-270644800070465
650  02172006             7,734.96- 200609 81119-048-22756-6
     ELEC PAY IND:E  EFT TRACE#: 29-270644800097709
650  02172006            24,065.19- 200609 81119-048-53260-6
     ELEC PAY IND:E  EFT TRACE#: 29-270644800748848
650  02172006             9,590.40- 200609 81119-048-55736-6
     ELEC PAY IND:E  EFT TRACE#: 29-270644800801765
650  02212006            11,391.31- 200609 81119-052-66887-6
     ELEC PAY IND:E  EFT TRACE#: 29-270645200655902
650  02212006             4,872.15- 200609 81119-052-82974-6
     ELEC PAY IND:E  EFT TRACE#: 29-270645200926613
```

PAGE 005 OF 011          BMFPG 006

```
BMFOLT20-3248088 01200603000  BMF TAX MODULE      NM CTRL:COMM        .
29141-142-26940-6                                        UP-CYC:16

TRANS DATE          AMOUNT        CYCLE  DLN               VARIABLE DATA
650  02222006                212.21- 200609 81119-053-37720-6        .
     ELEC PAY IND:E  EFT TRACE#: 29-270645300159684
650  02222006             51,184.02- 200609 81119-053-48780-6
     ELEC PAY IND:E  EFT TRACE#: 29-270645300311585
650  02222006                133.88- 200609 81119-053-57574-6
     ELEC PAY IND:E  EFT TRACE#: 29-270645300431135
650  02222006            162,211.97- 200609 81119-053-67640-6
     ELEC PAY IND:E  EFT TRACE#: 29-270645300570273
650  02232006                 48.23- 200609 81119-054-01600-6
     ELEC PAY IND:E  EFT TRACE#: 29-270645400681662
650  02232006                 48.49- 200609 81119-054-94045-6
     ELEC PAY IND:E  EFT TRACE#: 29-270645400333893
716  01312006              1,787.65- 200609 29141-042-18625-6
     CR ELECT:      $1,787.65-                     CR EL AVAIL DT:12-30-2005
650  02242006             22,016.82- 200610 81119-055-69296-6
     ELEC PAY IND:E  EFT TRACE#: 29-270645500027992
650  02242006             60,091.50- 200610 81119-055-84355-6
     ELEC PAY IND:E  EFT TRACE#: 29-270645500435777

              PAGE 006 OF 011         BMFPG 007
```

```
BMFOLT20-3248088 01200603000  BMF TAX MODULE    NM CTRL:COMM
29141-142-26940-6                                           UP-CYC:16

TRANS DATE          AMOUNT           CYCLE  DLN         VARIABLE DATA
650  02282006                    5,209.11- 200610 81119-059-86085-6
     ELEC PAY IND:E  EFT TRACE#: 29-270645900528951
650  02282006                       20.01- 200610 81119-059-94556-6
     ELEC PAY IND:E  EFT TRACE#: 29-270645900732587
650  02282006                   12,095.17- 200610 81119-059-95042-6
     ELEC PAY IND:E  EFT TRACE#: 29-270645900744311
650  02282006                       12.78- 200610 81119-059-98409-6
     ELEC PAY IND:E  EFT TRACE#: 29-270645900824506
650  03032006                   13,279.01- 200611 81119-062-27844-6
     ELEC PAY IND:E  EFT TRACE#: 29-270646200833996
650  03032006                      318.20- 200611 81119-062-29290-6
     ELEC PAY IND:E  EFT TRACE#: 29-270646200859926
650  03032006                   34,169.95- 200611 81119-062-86638-6
     ELEC PAY IND:E  EFT TRACE#: 29-270646200089294
650  03032006                      153.00- 200611 81119-062-92796-6
     ELEC PAY IND:E  EFT TRACE#: 29-270646200199596
650  03062006                    4,535.71- 200611 81119-065-54713-6
     ELEC PAY IND:E  EFT TRACE#: 29-270646500239755

          PAGE 007 OF 011            BMFPG 008
```

BMFOLT20-3248088 01200603000  BMF TAX MODULE      NM CTRL:COMM
29141-142-26940-6                                            UP-CYC:16

TRANS DATE              AMOUNT        CYCLE  DLN            VARIABLE DATA
650  03062006              9,714.03- 200611 81119-065-61696-6
     ELEC PAY IND:E  EFT TRACE#: 29-270646500420860
650  03072006             48,067.42- 200611 81119-066-73199-6
     ELEC PAY IND:E  EFT TRACE#: 29-230606600000533
650  03072006            158,322.60- 200611 81119-066-73200-6
     ELEC PAY IND:E  EFT TRACE#: 29-230606600000534
650  03102006             21,172.38- 200612 81119-069-58456-6
     ELEC PAY IND:E  EFT TRACE#: 29-270646900623681
650  03102006             56,488.01- 200612 81119-069-67932-6
     ELEC PAY IND:E  EFT TRACE#: 29-270646900837948
650  03132006              7,730.59- 200612 81119-072-01473-6
     ELEC PAY IND:E  EFT TRACE#: 29-270647200422773
650  03132006              4,190.58- 200612 81119-072-09283-6
     ELEC PAY IND:E  EFT TRACE#: 29-270647200596670
650  03132006              2,887.29- 200612 81119-072-10277-6
     ELEC PAY IND:E  EFT TRACE#: 29-270647200619019
650  03142006                470.48- 200612 81119-073-48808-6
     ELEC PAY IND:E  EFT TRACE#: 29-270647300286784

Station Name: MND001WA2541501 Date: 4/19/2007 Time: 2:20:23 PM

BMFOLT20-3248088 01200603000  BMF TAX MODULE      NM CTRL:COMM
29141-142-26940-6                                          UP-CYC:16

```
TRANS DATE          AMOUNT          CYCLE  DLN                VARIABLE DATA
650  03142006                  1,427.17- 200612 81119-073-53386-6
     ELEC PAY IND:E  EFT TRACE#: 29-270647300373714
650  03152006                    143.44- 200612 81119-074-83482-6
     ELEC PAY IND:E  EFT TRACE#: 29-270647400807802
650  03152006                    163.44- 200612 81119-074-86924-6
     ELEC PAY IND:E  EFT TRACE#: 29-270647400886090
650  03172006                 14,608.62- 200613 81119-076-17581-6
     ELEC PAY IND:E  EFT TRACE#: 29-270647600929107
650  03172006                 37,163.10- 200613 81119-076-80497-6
     ELEC PAY IND:E  EFT TRACE#: 29-270647600111749
650  03202006                  6,570.55- 200613 81119-079-37633-6
     ELEC PAY IND:E  EFT TRACE#: 29-270647900063491
650  03202006                 14,624.56- 200613 81119-079-63257-6
     ELEC PAY IND:E  EFT TRACE#: 29-270647900763600
650  03212006                 55,716.27- 200613 81119-080-77883-6
     ELEC PAY IND:E  EFT TRACE#: 29-270648000292901
650  03212006                171,098.94- 200613 81119-080-95480-6
     ELEC PAY IND:E  EFT TRACE#: 29-270648000874793
```

```
BMFOLT20-3248088 01200603000  BMF TAX MODULE      NM CTRL:COMM
29141-142-26940-6                                              UP-CYC:16

TRANS DATE          AMOUNT       CYCLE  DLN           VARIABLE DATA
650  03272006          61,070.86- 200614 81119-086-01470-6
     ELEC PAY IND:E  EFT TRACE#: 29-270648600461303
650  03272006              39.41- 200614 81119-086-08489-6
     ELEC PAY IND:E  EFT TRACE#: 29-270648600689446
650  03272006          22,435.06- 200614 81119-086-92873-6
     ELEC PAY IND:E  EFT TRACE#: 29-270648600179039
650  03272006             116.69- 200614 81119-086-93153-6
     ELEC PAY IND:E  EFT TRACE#: 29-270648600188857
650  03272006          22,925.88- 200614 81119-086-96074-6
     ELEC PAY IND:E  EFT TRACE#: 29-270648600282499
650  03272006           9,406.57- 200614 81119-086-99817-6
     ELEC PAY IND:E  EFT TRACE#: 29-270648600407154
650  03312006          15,264.57- 200615 81119-090-74098-6
     ELEC PAY IND:E  EFT TRACE#: 29-270649000554274
650  03312006          39,541.87- 200615 81119-090-88392-6
     ELEC PAY IND:E  EFT TRACE#: 29-270649000824851
650  04032006          15,417.50- 200615 81119-093-80461-6
     ELEC PAY IND:E  EFT TRACE#: 29-270649300536395

              PAGE 010 OF 011          BMFPG 011
```

Station Name: MND001WA2541501 Date: 4/19/2007 Time: 2:20:25 PM

BMFOLT20-3248088 01200603000  BMF TAX MODULE      NM CTRL:COMM
29141-142-26940-6                                          UP-CYC:16

TRANS DATE          AMOUNT          CYCLE  DLN              VARIABLE DATA
650  04032006               6,799.05- 200615 81119-093-87943-6
     ELEC PAY IND:E  EFT TRACE#: 29-270649300692488
766  04302006                163.92- 200623 29141-142-26940-6 OF TRC #:0000000000
                                                               REF NUM:000
970  04302006            0.00  200623 29141-142-26940-6 USE DEF CODE 'R'
960R 03142007            0.00  200712 88977-473-01609-7 CAF SC:29
961  04112007            0.00  200716 88977-501-01618-7


PAGE 011 OF 011          BMFPG 001

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN UT 84201-0059



000345.371359.0002.001 1 MB 0.326 530
IuIIuuIIuIIuhIIuuuIIuIuIuIIIuIIIuIIuIuuIuII

COMMON PAYMASTER CORPORATION
% MARTIN C FLYNN JR
20 N ORANGE AVENUE 14TH FLOOR
ORLANDO FL 32801-2414997

000345

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

✂ The IRS address must appear in the window.

                   0430270150

BODCD-SB

Use for payments

|  |  |
|---|---|
| Letter Number: | LTR2645C |
| Letter Date : | 2007-03-23 |
| Tax Period : | 200612 |

*203248088*

COMMON PAYMASTER CORPORATION
% MARTIN C FLYNN JR
20 N ORANGE AVENUE 14TH FLOOR
ORLANDO FL 32801-2414997

INTERNAL REVENUE SERVICE

OGDEN UT 84201-0059
IIuIuIuIuIuIdIIIuuuIIIIuuIIuuIuIuIuuuIII

203248088 CR COMM 01 2 200612 670 0000000000

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0059

In reply refer to:  0430270150
Mar. 23, 2007  LTR 2645C    0
20-3248088    200612 01 000
Input Op:  0430270150 00000301
BODC: SB

COMMON PAYMASTER CORPORATION
% MARTIN C FLYNN JR
20 N ORANGE AVENUE 14TH FLOOR
ORLANDO  FL  32801-2414997



000345

Taxpayer Identification Number: 20-3248088
Tax Period(s): Dec. 31, 2006

Form: 941

Dear Taxpayer:

Thank you for your inquiry of Feb. 26, 2007.

We haven't resolved this matter because we haven't completed all the
research necessary for a complete response.  We will contact you
again within 60 days to let you know what action we are taking.  You
don't need to do anything further now on this matter.

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter with your telephone
number and the hours we can reach you entered in the spaces provided
below.  You may want to keep a copy of this letter for your records.

Your telephone number (___)_____  Hours _____

We apologize for any inconvenience we may have caused you, and thank
you for your cooperation.

Sincerely yours,

Deborah Bingham

Deborah Bingham
Accounts Management I

# 3rd Quarter
# 2006

BMFOLT20-3248088 01200606000  BMF TAX MODULE      NM CTRL:COMM
17141-236-49877-6                                           UP-CYC:16

CAF:0/AIMS SC:00  MF ASS D MOD BAL:        40,174.10  ARDI:1     FRZ:
ASED:04-15-2010            INTEREST TO DATE:04-30-2007 EMIS/
GOVERNING SC:17  *C CORP*   2% TRIGGER DATE: 00-00-0000 FTP START DT:07-31-2006
HISTORIC ULC:59            INT TOT:          1,061.50  FTP MONTHS:00
TDA COPYS:3398            INT AS:            0.00 FTP TT:                0.00
DAR CC:00          INT PD:            0.00  FTP ASD:               0.00
LATEST CSED DATE:01-01-2017 RSED DT:04-15-2010 RET DUE DT:07-31-2006 GATT
EARLIEST CSED DT:09-18-2016 IMMINENT CSED DT:09-18-2016 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:       DISASTER START DT:00-00-0000

TRANS DATE        AMOUNT        CYCLE      DLN          VARIABLE DATA
150  09182006    3,255,289.33  200636 17141-236-49877-6 TC150:07312006
                        0.00  REMIT AMT (610)            USE DEFINER 'R'
650  04062006     184,888.45- 200615 81119-096-15897-6
     ELEC PAY IND:E  EFT TRACE#: 29-270649600587258
650  04062006      60,491.13- 200615 81119-096-20547-6
     ELEC PAY IND:E  EFT TRACE#: 29-270649600774464


          PAGE 001 OF 009        BMFPG 002

BMFOLT20-3248088 01200606000  BMF TAX MODULE     NM CTRL:COMM
17141-236-49877-6
                                                        UP-CYC:16

TRANS DATE              AMOUNT          CYCLE  DLN        VARIABLE DATA
650  04072006               335.04- 200616 81119-097-32548-6
     ELEC PAY IND:E  EFT TRACE#: 29-270649700065665
650  04072006             61,127.05- 200616 81119-097-38513-6
     ELEC PAY IND:E  EFT TRACE#: 29-270649700200429
650  04072006             23,335.37- 200616 81119-097-69346-6
     ELEC PAY IND:E  EFT TRACE#: 29-270649700893856
650  04072006                 95.62- 200616 81119-097-70584-6
     ELEC PAY IND:E  EFT TRACE#: 29-270649700921937
650  04102006             10,220.25- 200616 81119-100-33230-6
     ELEC PAY IND:E  EFT TRACE#: 29-270650000153232
650  04102006             24,782.78- 200616 81119-100-67357-6
     ELEC PAY IND:E  EFT TRACE#: 29-270650000984315
650  04132006              1,019.22- 200616 81119-103-69615-6
     ELEC PAY IND:E  EFT TRACE#: 29-270650300295452
650  04132006              4,036.83- 200616 81119-103-91143-6
     ELEC PAY IND:E  EFT TRACE#: 29-270650300914734
650  04142006             14,964.60- 200617 81119-104-20220-6
     ELEC PAY IND:E  EFT TRACE#: 29-270650400300264

          PAGE 002 OF 009          BMFPG 003

BMFOLT20-3248088 01200606000  BMF TAX MODULE      NM CTRL:COMM
17141-236-49877-6
                                                        UP-CYC:16

TRANS DATE            AMOUNT        CYCLE  DLN         VARIABLE DATA
650  04142006            37,049.73- 200617 81119-104-49065-6
     ELEC PAY IND:E  EFT TRACE#: 29-270650400591666
650  04172006            42,696.95- 200617 81119-107-47837-6
     ELEC PAY IND:E  EFT TRACE#: 29-270650700961496
650  04172006            18,250.29- 200617 81119-107-84207-6
     ELEC PAY IND:E  EFT TRACE#: 29-270650700389544
650  04212006           270,311.80- 200618 81119-111-34735-6
     ELEC PAY IND:E  EFT TRACE#: 29-270651100350486
650  04212006            93,498.77- 200618 81119-111-60318-6
     ELEC PAY IND:E  EFT TRACE#: 29-270651100954755
650  04242006             9,823.41- 200618 81119-114-05667-6
     ELEC PAY IND:E  EFT TRACE#: 29-270651400731740
650  04242006            23,535.16- 200618 81119-114-07031-6
     ELEC PAY IND:E  EFT TRACE#: 29-270651400772851
650  04242006               231.20- 200618 81119-114-82776-6
     ELEC PAY IND:E  EFT TRACE#: 29-270651400041821
650  04242006                95.62- 200618 81119-114-94906-6
     ELEC PAY IND:E  EFT TRACE#: 29-270651400407553

          PAGE 003 OF 009        BMFPG 004

BMFOLT20-3248088 01200606000  BMF TAX MODULE      NM CTRL:COMM
17141-236-49877-6                                        UP-CYC:16

TRANS DATE          AMOUNT        CYCLE  DLN        VARIABLE DATA
650  04272006              592.87- 200618 81119-117-25600-6
     ELEC PAY IND:E  EFT TRACE#: 29-270651700288743
650  04272006            2,467.87- 200618 81119-117-28119-6
     ELEC PAY IND:E  EFT TRACE#: 29-270651700404536
650  04282006           15,526.88- 200619 81119-118-04301-6
     ELEC PAY IND:E  EFT TRACE#: 29-270651800065822
650  04282006           39,462.10- 200619 81119-118-28109-6
     ELEC PAY IND:E  EFT TRACE#: 29-270651800475900
650  05012006           31,704.93- 200619 81119-121-44702-6
     ELEC PAY IND:E  EFT TRACE#: 29-270652100343166
650  05012006           96,668.82- 200619 81119-121-67202-6
     ELEC PAY IND:E  EFT TRACE#: 29-270652100758943
650  05082006           24,760.25- 200620 81119-128-79457-6
     ELEC PAY IND:E  EFT TRACE#: 29-270652800342641
650  05082006          244,702.47- 200620 81119-128-87988-6
     ELEC PAY IND:E  EFT TRACE#: 29-270652800574866
650  05082006           82,276.61- 200620 81119-128-91794-6
     ELEC PAY IND:E  EFT TRACE#: 29-270652800684008

             PAGE 004 OF 009           BMFPG 005

BMFOLT20-3248088 01200606000  BMF TAX MODULE     NM CTRL:COMM
17141-236-49877-6
                                                           UP-CYC:16

| TRANS DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|------------|--------|-------|-----|---------------|
| 650  05082006 | 63,707.30- | 200620 | 81119-128-93402-6 | |
| ELEC PAY IND:E | EFT TRACE#: 29-270652800728510 | | | |
| 650  05102006 | 172.02- | 200620 | 81119-130-55973-6 | |
| ELEC PAY IND:E | EFT TRACE#: 29-270653000650130 | | | |
| 650  05102006 | 125.50- | 200620 | 81119-130-58591-6 | |
| ELEC PAY IND:E | EFT TRACE#: 29-270653000683662 | | | |
| 650  05152006 | 74,467.78- | 200621 | 81119-135-28918-6 | |
| ELEC PAY IND:E | EFT TRACE#: 29-230613500001285 | | | |
| 650  05152006 | 33,307.73- | 200621 | 81119-135-35733-6 | |
| ELEC PAY IND:E | EFT TRACE#: 29-270653500367381 | | | |
| 650  05222006 | 87,767.63- | 200622 | 81119-142-77180-6 | |
| ELEC PAY IND:E | EFT TRACE#: 29-270654200930436 | | | |
| 650  05222006 | 34,825.66- | 200622 | 81119-142-78002-6 | |
| ELEC PAY IND:E | EFT TRACE#: 29-270654200955968 | | | |
| 650  05232006 | 220,117.79- | 200622 | 81119-143-67342-6 | |
| ELEC PAY IND:E | EFT TRACE#: 29-270654300335993 | | | |
| 650  05232006 | 72,263.17- | 200622 | 81119-143-68595-6 | |
| ELEC PAY IND:E | EFT TRACE#: 29-270654300379768 | | | |

BMFOLT20-3248088 01200606000  BMF TAX MODULE      NM CTRL:COMM
17141-236-49877-6
                                                                UP-CYC:16

TRANS DATE              AMOUNT        CYCLE  DLN            VARIABLE DATA
650  05262006                  50.49- 200623 81119-146-60466-6
     ELEC PAY IND:E  EFT TRACE#: 29-270654600531543
650  05262006                  55.66- 200623 81119-146-68128-6
     ELEC PAY IND:E  EFT TRACE#: 29-270654600717934
650  05302006              72,107.13- 200623 81119-150-11050-6
     ELEC PAY IND:E  EFT TRACE#: 29-270655000201006
650  05302006              30,145.73- 200623 81119-150-39711-6
     ELEC PAY IND:E  EFT TRACE#: 29-270655000840370
650  05312006                 214.20- 200623 81119-151-75965-6
     ELEC PAY IND:E  EFT TRACE#: 29-270655100150430
650  05312006                 391.32- 200623 81119-151-96948-6
     ELEC PAY IND:E  EFT TRACE#: 29-270655100861149
650  06062006             305,923.10- 200624 81119-157-30644-6
     ELEC PAY IND:E  EFT TRACE#: 29-270655700052329
650  06062006             105,640.52- 200624 81119-157-64305-6
     ELEC PAY IND:E  EFT TRACE#: 29-270655700978009
650  06092006              30,562.56- 200625 81119-160-65205-6
     ELEC PAY IND:E  EFT TRACE#: 29-270656000583148

           PAGE 006 OF 009          BMFPG 007

BMFOLT20-3248088 01200606000   BMF TAX MODULE      NM CTRL:COMM
17141-236-49877-6
                                                              UP-CYC:16

TRANS DATE              AMOUNT        CYCLE  DLN          VARIABLE DATA
650  06092006              12,704.90- 200625 81119-160-72476-6
     ELEC PAY IND:E  EFT TRACE#: 29-270656000739953
650  06122006              14,400.08- 200625 81119-163-31751-6
     ELEC PAY IND:E  EFT TRACE#: 29-270656300995324
650  06122006              33,700.42- 200625 81119-163-91030-6
     ELEC PAY IND:E  EFT TRACE#: 29-270656300060021
650  06132006                  67.08- 200625 81119-164-49367-6
     ELEC PAY IND:E  EFT TRACE#: 29-270656400357061
650  06132006                 220.77- 200625 81119-164-58325-6
     ELEC PAY IND:E  EFT TRACE#: 29-270656400578401
650  06192006              81,877.82- 200626 81119-170-31710-6
     ELEC PAY IND:E  EFT TRACE#: 29-270657000338072
650  06192006              32,865.98- 200626 81119-170-31877-6
     ELEC PAY IND:E  EFT TRACE#: 29-270657000341887
650  06212006              73,352.30- 200626 81119-172-68225-6
     ELEC PAY IND:E  EFT TRACE#: 29-270657200489119
650  06212006             229,620.01- 200626 81119-172-88537-6
     ELEC PAY IND:E  EFT TRACE#: 29-270657200735820

          PAGE 007 OF 009            BMFPG 008

Station Name: MND001WA2541501 Date: 4/19/2007 Time: 2:15:10 PM

BMFOLT20-3248088 01200606000  BMF TAX MODULE      NM CTRL:COMM
17141-236-49877-6                                           UP-CYC:16

```
TRANS DATE          AMOUNT          CYCLE DLN          VARIABLE DATA
650  06262006           73,549.39- 200627 81119-177-06278-6
     ELEC PAY IND:E  EFT TRACE#: 29-270657700410750
650  06262006           30,531.93- 200627 81119-177-11488-6
     ELEC PAY IND:E  EFT TRACE#: 29-270657700573253
650  06302006              921.53- 200628 81119-181-48661-6
     ELEC PAY IND:E  EFT TRACE#: 29-270658100001634
650  06302006            3,087.51- 200628 81119-181-91940-6
     ELEC PAY IND:E  EFT TRACE#: 29-270658100717005
650  07032006           83,656.18- 200628 81119-184-84973-6
     ELEC PAY IND:E  EFT TRACE#: 29-270658400466554
650  07032006           33,477.08- 200628 81119-184-87695-6
     ELEC PAY IND:E  EFT TRACE#: 29-270658400508750
610  08022006              245.91- 200632 31170-214-23745-6
766  07312006              213.08- 200636 17141-236-49877-6 OF TRC #:0000000000
                                                                REF NUM:000
```

```
BMFOLT20-3248088 01200606000  BMF TAX MODULE      NM CTRL:COMM
17141-236-49877-6                                         UP-CYC:16

TRANS DATE        AMOUNT        CYCLE  DLN                 VARIABLE DATA
970  07312006                0.00  200636 17141-236-49877-6 USE DEF CODE 'R'
186  01012007           40,174.10  200651 17141-236-49877-6 FTD PENALTY CD:044
                                                            CSED:01012017
971  01272007                0.00  200706 51977-429-00256-7
                                     X-PLAN:000  ACTION CD:611
960R 03142007                0.00  200712 88977-473-01606-7 CAF SC:29
961  04112007                0.00  200716 88977-501-01617-7
971  04072007                0.00  200716 51977-499-00220-7
                                     X-PLAN:000  ACTION CD:611
```

# 4th Quarter
# 2006

Station Name: MND001WA2541501 Date: 4/19/2007 Time: 2:15:19 PM

BMFOLT20-3248088 01200609000 BMF TAX MODULE      NM CTRL:COMM
88977-501-01616-7
                                                            UP-CYC:16

CAF:0/AIMS SC:00  MF ASS D MOD BAL:      3,481,117.16- ARDI:0    FRZ:    -
ASED:00-00-0000          INTEREST TO DATE:04-30-2007 EMIS/
GOVERNING SC:29  *C CORP*  2% TRIGGER DATE: 00-00-0000 FTP START DT:00-00-0000
HISTORIC ULC:59          INT TOT:              0.00  FTP MONTHS:00
TDA COPYS:            INT AS:              0.00 FTP TT:
DAR CC:00          INT PD:          0.00  FTP ASD:              0.00
                                                                    0.00
LATEST CSED DATE:00-00-0000 RSED DT:00-00-0000 RET DUE DT:10-31-2006
EARLIEST CSED DT:00-00-0000 IMMINENT CSED DT:00-00-0000 F2290 IND:00
DISASTER DUE DT:00-00-0000 AGREEMENT IND:0    FMS-CD:
DIRECT DEPOSIT CODE:       DISASTER START DT:00-00-0000

TRANS DATE        AMOUNT        CYCLE      DLN          VARIABLE DATA

650  07062006          78,071.84- 200628 81119-187-61712-6
     ELEC PAY IND:E  EFT TRACE#: 29-270658700177426
650  07062006          246,811.70- 200628 81119-187-88222-6
     ELEC PAY IND:E  EFT TRACE#: 29-270658700809919
650  07072006          46,699.46- 200629 81119-188-71889-6
     ELEC PAY IND:E  EFT TRACE#: 29-230618800000650

            PAGE 001 OF 006          BMFPG 002

BMFOLT20-3248088 01200609000  BMF TAX MODULE      NM CTRL:COMM
88977-501-01616-7
                                                        UP-CYC:16

TRANS DATE          AMOUNT         CYCLE  DLN          VARIABLE DATA
650  07102006              33,563.63- 200629 81119-191-77851-6
     ELEC PAY  IND:E  EFT TRACE#: 29-270659100760144
650  07102006              14,075.74- 200629 81119-191-87954-6
     ELEC PAY  IND:E  EFT TRACE#: 29-270659100973329
650  07172006              34,371.08- 200630 81119-198-31188-6
     ELEC PAY  IND:E  EFT TRACE#: 29-270659800498332
650  07172006              91,366.44- 200630 81119-198-51870-6
     ELEC PAY  IND:E  EFT TRACE#: 29-270659800659122
650  07242006              83,333.36- 200631 81119-205-53012-6
     ELEC PAY  IND:E  EFT TRACE#: 29-230620500000434
650  07242006             353,000.33- 200631 81119-205-53122-6
     ELEC PAY  IND:E  EFT TRACE#: 29-230620500000591
650  07312006              32,216.06- 200632 81119-212-25368-6
     ELEC PAY  IND:E  EFT TRACE#: 29-270661200741044
650  07312006              81,304.79- 200632 81119-212-35847-6
     ELEC PAY  IND:E  EFT TRACE#: 29-270661200913178
650  08092006             506,130.43- 200633 81119-221-40391-6
     ELEC PAY  IND:E  EFT TRACE#: 29-230622100000568

          PAGE 002 OF 006        BMFPG 003

```
BMFOLT20-3248088 01200609000  BMF TAX MODULE      NM CTRL:COMM
88977-501-01616-7                                      UP-CYC:16

TRANS DATE        AMOUNT          CYCLE  DLN          VARIABLE DATA
650  08142006            7,807.43- 200634 81119-226-37150-6
     ELEC PAY IND:E  EFT TRACE#: 29-270662600123627
650  08142006           61,295.73- 200634 81119-226-44780-6
     ELEC PAY IND:E  EFT TRACE#: 29-270662600236905
650  08142006           22,382.05- 200634 81119-226-58855-6
     ELEC PAY IND:E  EFT TRACE#: 29-270662600449533
650  08142006            3,460.80- 200634 81119-226-84941-6
     ELEC PAY IND:E  EFT TRACE#: 29-270662600843448
650  08162006           62,888.45- 200634 81119-228-06165-6
     ELEC PAY IND:E  EFT TRACE#: 29-270662800426540
650  08162006           19,223.72- 200634 81119-228-83119-6
     ELEC PAY IND:E  EFT TRACE#: 29-270662800192020
650  08212006          104,407.83- 200635 81119-233-53302-6
     ELEC PAY IND:E  EFT TRACE#: 29-270663300168231
650  08212006           37,115.04- 200635 81119-233-62827-6
     ELEC PAY IND:E  EFT TRACE#: 29-270663300426303
650  08232006          312,002.21- 200635 81119-235-65711-6
     ELEC PAY IND:E  EFT TRACE#: 29-230623500000702

          PAGE 003 OF 006         BMFPG 004
```

BMFOLT20-3248088 01200609000  BMF TAX MODULE     NM CTRL:COMM        :
88977-501-01616-7
                                                                    UP-CYC:16

TRANS DATE          AMOUNT              CYCLE  DLN              VARIABLE DATA
650  08282006                    398.20- 200636 81119-240-25324-6
     ELEC PAY IND:E  EFT TRACE#: 29-270664000192622
650  08292006                 73,462.54- 200636 81119-241-65680-6
     ELEC PAY IND:E  EFT TRACE#: 29-270664100936396
650  08292006                 31,719.53- 200636 81119-241-66849-6
     ELEC PAY IND:E  EFT TRACE#: 29-270664100975344
650  09052006                 67,052.66- 200637 81119-248-41297-6
     ELEC PAY IND:E  EFT TRACE#: 29-270664800605234
650  09052006                 27,471.67- 200637 81119-248-41663-6
     ELEC PAY IND:E  EFT TRACE#: 29-270664800611295
650  09072006                 71,015.82- 200637 81119-250-56446-6
     ELEC PAY IND:E  EFT TRACE#: 29-270665000301067
650  09072006                238,388.10- 200637 81119-250-56871-6
     ELEC PAY IND:E  EFT TRACE#: 29-270665000313147
650  09112006                 30,893.02- 200638 81119-254-45865-6
     ELEC PAY IND:E  EFT TRACE#: 29-270665400923052
650  09112006                 77,751.63- 200638 81119-254-47201-6
     ELEC PAY IND:E  EFT TRACE#: 29-270665400954615

                PAGE 004 OF 006          BMFPG 005

BMFOLT20-3248088 01200609000  BMF TAX MODULE      NM CTRL:COMM
88977-501-01616-7
                                                      UP-CYC:16

```
TRANS DATE        AMOUNT          CYCLE  DLN            VARIABLE DATA
650  09152006              65,337.45- 200639 81119-258-08754-6
     ELEC PAY IND:E  EFT TRACE#: 29-270665800392991
650  09152006              26,571.84- 200639 81119-258-48689-6
     ELEC PAY IND:E  EFT TRACE#: 29-270665800626918
650  09222006             313,049.82- 200640 81119-265-28639-6
     ELEC PAY IND:E  EFT TRACE#: 29-230626500000507
650  09252006              55,238.04- 200640 81119-268-63355-6
     ELEC PAY IND:E  EFT TRACE#: 29-270666800047882
650  09252006              21,117.90- 200640 81119-268-67463-6
     ELEC PAY IND:E  EFT TRACE#: 29-270666800165776
650  09262006              22,997.14- 200640 81119-269-82454-6
     ELEC PAY IND:E  EFT TRACE#: 29-270666900091688
650  09262006               9,850.68- 200640 81119-269-87224-6
     ELEC PAY IND:E  EFT TRACE#: 29-270666900246052
650  10022006              33,004.36- 200641 81119-275-07116-6
     ELEC PAY IND:E  EFT TRACE#: 29-270667500519281
650  10022006              84,268.64- 200641 81119-275-08182-6
     ELEC PAY IND:E  EFT TRACE#: 29-270667500540231
960R 03142007               0.00 200712 88977-473-01605-7 CAF SC:29
              PAGE 005 OF 006              BMFPG 006
```

```
BMFOLT20-3248088 01200609000   BMF TAX MODULE         NM CTRL:COMM
88977-501-01616-7                                            UP-CYC:16

TRANS DATE          AMOUNT        CYCLE  DLN            VARIABLE DATA
961  04112007                0.00 200716 88977-501-01616-7
```

PAGE 006 OF 006          BMFPG 001

# March 23, 2007
# Letter from IRS

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0059

In reply refer to:  0430270150
Mar. 23, 2007  LTR 2645C   0
20-3248088    200612 01 000
Input Op:  0430270150 00000301
BODC: SB



COMMON PAYMASTER CORPORATION
% MARTIN C FLYNN JR
20 N ORANGE AVENUE 14TH FLOOR
ORIANDO  FL  32801-2414997

000345

Taxpayer Identification Number: 20-3248088
Tax Period(s): Dec. 31, 2006.

Form: 941

Dear Taxpayer:

Thank you for your inquiry of Feb. 26, 2007.

We haven't resolved this matter because we haven't completed all the
research necessary for a complete response.  We will contact you
again within 60 days to let you know what action we are taking.  You
don't need to do anything further now on this matter.

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter with your telephone
number and the hours we can reach you entered in the spaces provided
below.  You may want to keep a copy of this letter for your records.

Your telephone number (___)_____  Hours _____

We apologize for any inconvenience we may have caused you, and thank
you for your cooperation.

Sincerely yours,

Deborah Bingham

Deborah Bingham
Accounts Management I