# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

COMMUNITY HEALTH SOLUTIONS     Case No.: 8:06-bk-01215-CPM
OF AMERICA, LLC,     Chapter 11

   Debtor.
_____/

## ORDER ON MOTION TO STRIKE FIRST
## STATUS REPORT FILED BY MIRABILIS VENTURES, INC.

THIS CASE came on for the Court's consideration of the "Motion to Strike First Status Report Filed by Mirabilis Ventures, Inc." (the "Motion") filed by Larry S. Hyman, in his capacity as Chapter 11 Trustee on August 29, 2006 [Docket No. 140]. Pursuant to the Order Confirming Plan, accordingly, it is ORDERED that the Motion is denied as moot.

DONE AND ORDERED at Tampa, Florida on this _ May 25, 2007.

_____
Catherine Peek McEwen
United States Bankruptcy Judge

*Copies to:*

| | |
|---|---|
| Community Health Solutions of America, LLC<br>17755 U.S. Highway 19 North<br>Suite 400<br>Clearwater, Florida 33764 | Jeffrey W. Warren, Esquire<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |
| Theresa M. Boatner<br>Office of the United States Trustee<br>501 East Polk Street, Suite 1200<br>Tampa, Florida 33602 | Denise E. Barnett<br>Office of the United States Trustee<br>501 East Polk Street, Suite 1200<br>Tampa, Florida 33602 |
| Larry S. Hyman<br>P.O. Box 18614<br>Tampa, Florida 33679 | |

# 816556 v1/wja