**[8W11FD]** [Final Decree – Chapter 11]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                              Case No. 8:06–bk–01215–CPM
                                                                    Chapter 11

Community Health Solutions of America, LLC
17755 U.S. Highway 19 North
Ste. 400
Clearwater, FL 33764

_____Debtor(s)_____/

## FINAL DECREE

   THIS CASE came on for consideration, upon the Debtor's motion for entry of a final decree. The Court notes that the Debtor's plan of reorganization which was confirmed by the Court has been substantially consummated under Bankruptcy Code § 1101(2) and that administration of this Chapter 11 estate is complete. It is therefore appropriate to enter a final decree closing the case.

   Accordingly, it is

   ORDERED that this case be and hereby is closed.

   DONE AND ORDERED on _____June 29, 2007_____ .

                                                    _____
                                                    Catherine Peek McEwen
                                                    United States Bankruptcy Judge